Norman La Force, State Bar #102772
Fortune O'Sullivan & Hudson
560 Mission Street, 21st Floor
San Francisco, CA 94105
(415) 227-2300

Attorneys for Defendant
CB Richard Ellis, Inc. incorrectly
sued herein as CB Ellison

ORIGINAL FILED

DEC 12 PM 12: 39

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORNEALIUS LOPES, TERESA LOPES<br><br>Plaintiff,<br><br>vs.<br><br>FREMONT FREEWHEELERS; K&K INSURANCE, et al,<br><br>Defendants. | Case No.: CV07 6213 JL<br><br>CERTIFICATE OF SERVICE |

I, Jeannie Rogers, hereby declare that:

I am over 18 years of age and not a party to the within action. I am employed at and my business address is 560 Mission Street, 21st Floor, San Francisco, California 94105.

On this date I served an exact copy of the Notice of Removal of Action; U.S. District Court Northern California- ECF Registration Information Handout; Welcome to the U.S. District Court of San Francisco; Order Setting Initial Case Management Conference; Notice of Assignment of Case to U.S. Magistrate Judge for Trial; Consent to Proceed Before a U.S. Magistrate Judge; Declination to Proceed Before a Magistrate Judge and Request for Reassignment; Drop Box Filing Procedures, on all interested parties in this action as follows:

1

Cornealius Lopes, Pro Per
6251 Quartz Place
Newark, CA 94560
Phone: (510) 790-3818

I declare under penalty of perjury, in accordance with 28 U.S.C. Section 1746, that the foregoing is true and correct.

Executed this December 11, 2007, at San Francisco, California.

_____
Jeannie Rogers