1  Norman La Force, State Bar #102772
   Fortune O'Sullivan & Hudson
2  560 Mission Street, 21st Floor
   San Francisco, CA 94105
3  (415) 227-2300

4
   Attorneys for Defendant
5  CB Richard Ellis, Inc. incorrectly
   sued herein as CB Ellison

6

7

8
                    UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10

11

| | |
|---|---|
| CORNEALIUS LOPES, TERESA LOPES | Case No.: CV 07 6213 JL |
| Plaintiff, | |
| vs. | DEFENDANT'S MOTION TO DISMISS PURSUANT TO RULE 12(b)(6) |
| FREMONT FREEWHEELERS; K&K INSURANCE, USA CYCLING NORHTERN CALIFORNIA AND NEVADA CYCLING ASSOC. (NCNCA), ROBERT PARKER; LAWRENCE UPTHEGROVE; LLOYD RATH; RICHARD BROCKIE, GARY BIRCH, SALLY WILSON, JASON SAGE, TIM O'HARA, JEFF WRONG, JOSEPH DALE WREN C.B.ELLISON, BRYAN SHEPPARD, LARRY NOLAN, STEVE GRUSIS, LARRY ROSA FREMONT FREEWHEELERS RACE TEAM, LIND BUFFETTI, JOE BAUGHMAN AND PETER ALLEN, FFBC RACE TEAM ALAMEDA COUNTY DISTRICT ATTORNEY, NEWARK POLICE DEPT., CASEY CARRINGTON, JIM DAVIS, ALAMEDA COUNTY SHARA MESIC DEPUTY D.A., LISA FARIA DEPUTY D.A. PETAGREW DEPUTY D.A. | Date: January 30, 2008<br>Time: 9:30 a.m.<br>Courtroom: Magistrate-Judge James Larson |
| Defendants. | |

1  TO PLAINTIFF IN PRO PER:

2  PLEASE TAKE NOTICE THAT on January 30, 2008 at 9:30 a.m. before Magistrate-Judge James Larson, United States Magistrate Judge, located at Courtroom F, 15th Floor at 450 Golden Gate Avenue, San Francisco, CA 94102, or as soon thereafter as may be heard in the above entitled court, Defendant /Petitioner CB Richard Ellis, Inc. incorrectly sued herein as CB Ellison will move this court to dismiss this action against it pursuant to Federal Rules of Civil Procedure, Rule 12(b)(6) because the complaint fails to state a claim upon which relief may be granted on the grounds that res judicata bars this complaint and that the applicable statute of limitations bars any claim against the moving party.

This motion is based on this notice of motion, the memorandum of points and authorities accompanying this motion, the pleadings in this action, the request for judicial notice of plaintiff's prior complaint and dismissal, and such other and further evidence as may be produced at the time of the hearing.

Dated: December 11, 2007

Fortune, Drevlow, O'Sullivan & Hudson

By: _____
Norman La Force
Attorney for Defendant
CB Richard Ellis, Inc. incorrectly
sued herein as CB Ellison