Norman La Force, State Bar #102772
Fortune O'Sullivan & Hudson
560 Mission Street, 21st Floor
San Francisco, CA 94105
(415) 227-2300

Attorneys for Defendant
CB Richard Ellis, Inc. incorrectly
sued herein as CB Ellison

ORIGINAL FILED

07 DEC 13 PM 3:34

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

COPY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORNEALIUS LOPES, TERESA LOPES<br><br>Plaintiff,<br><br>vs.<br><br>FREMONT FREEWHEELERS; K&K INSURANCE, USA CYCLING NORHTERN CALIFORNIA AND NEVADA CYCLING ASSOC. (NCNCA), ROBERT PARKER; LAWRENCE UPTHEGROVE; LLOYD RATH; RICHARD BROCKIE, GARY BIRCH, SALLY WILSON, JASON SAGE, TIM O'HARA, JEFF WRONG, JOSEPH DALE WREN C.B.ELLISON, BRYAN SHEPPARD, LARRY NOLAN, STEVE GRUSIS, LARRY ROSA FREMONT FREEWHEELERS RACE TEAM, LIND BUFFETTI, JOE BAUGHMAN AND PETER ALLEN, FFBC RACE TEAM ALAMEDA COUNTY DISTRICT ATTORNEY, NEWARK POLICE DEPT., CASEY CARRINGTON, JIM DAVIS, ALAMEDA COUNTY SHARA MESIC DEPUTY D.A., LISA FARIA DEPUTY D.A. PETAGREW DEPUTY D.A.<br><br>Defendants. | Case No.: CV 07-6213 JL<br><br>DEFENDANT'S REQUEST FOR JUDICAL NOTICE IN SUPPORT OF ITS MOTION TO DISMISS PURSUANT TO RULE 12(b)(6)<br><br>Date: January 30, 2008<br>Time: 9:30 a.m.<br>Courtroom: Magistrate-Judge James Larson |

1

1. Defendant and Moving Party CB Richard Ellis, Inc. sued herein as CB Ellison Requests the Court to take judicial notice of the attached documents:

    1. Complaint filed on March 16, 2006 entitled Lopes v. Freemont Freewheelers, et. al. Alameda County Superior Court Action Number HG 06 60161. (Exhibit A)
    2. Dismissal with prejudice as to CB Richard Ellis, Inc. sued as CB Ellison. (Exhibit B)

Dated: December 12, 2007

Fortune, Drevlow, O'Sullivan & Hudson

By: _____
Norman La Force
Attorney for Defendant
CB Richard Ellis, Inc. incorrectly
sued herein as CB Ellison

A0264

Case 3:07-cv-06213-PJH    Document 6    Filed 12/13/2007    Page 3 of 17

*4075021*

**ATTORNEY OR PARTY WITHOUT ATTORNEY** *(Name, State Bar number, and address):*
Patricia A. Turnage SBN 127873
Law Offices of Patricia Turnage
1260 "B" Street, Suite 140
Hayward, CA 94541
TELEPHONE NO: 510-727-6752    FAX NO. *(Optional):* 510-727-6751
E-MAIL ADDRESS *(Optional):*
ATTORNEY FOR *(Name):* Cornealius Lopes, Teresa Lopes

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** Alameda
STREET ADDRESS: 24405 Amador Street
MAILING ADDRESS:
CITY AND ZIP CODE: Hayward, 94544
BRANCH NAME: Superior Court

PLAINTIFF: Cornealius Lopes, Teresa Lopes

DEFENDANT: Fremont Freewheelers; Jason Sage; USA Cycling dba USCF, NORBA & USPRO; Jeff Wu; Bob Parker; Paul Chuck; Larry Upthegrove; Lloyd Rath, Technology Park, CB Ellison;

[X] DOES 1 TO 20

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**
[ ] AMENDED *(Number):*

Type *(check all that apply):*
[X] MOTOR VEHICLE    [ ] OTHER *(specify):*
   [X] Property Damage    [ ] Wrongful Death
   [X] Personal Injury    [X] Other Damages *(specify):* Loss of Consortium

Jurisdiction *(check all that apply):*
[ ] ACTION IS A LIMITED CIVIL CASE
   Amount demanded [ ] does not exceed $10,000
   [ ] exceeds $10,000, but does not exceed $25,000
[X] ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)
[ ] ACTION IS RECLASSIFIED by this amended complaint
   [ ] from limited to unlimited
   [ ] from unlimited to limited

FILED
ALAMEDA COUNTY
MAR 1 6 2006
CLERK OF THE SUPERIOR COURT
By __Michelle__
                    Deputy

CASE NUMBER:
HG06260161

1. Plaintiff *(name or names):* Cornealius Lopes, Teresa Lopes
   alleges causes of action against defendant *(name or names):* Fremont Freewheelers; (see attached-p.5
2. This pleading, including attachments and exhibits, consists of the following number of pages: 8
3. Each plaintiff named above is a competent adult
   a. [ ] except plaintiff *(name):*
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity *(describe):*
      (3) [ ] a public entity *(describe):*
      (4) [ ] a minor [ ] an adult
         (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) [ ] other *(specify):*
      (5) [ ] other *(specify):*

   b. [ ] except plaintiff *(name):*
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity *(describe):*
      (3) [ ] a public entity *(describe):*
      (4) [ ] a minor [ ] an adult
         (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) [ ] other *(specify):*
      (5) [ ] other *(specify):*

   [ ] Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

Form Approved for Optional Use
Judicial Council of California
982.1(1) [Rev. January 1, 2006]

COMPLAINT—Personal Injury, Property Damage, Wrongful Death

Legal Solutions Plus

Page 1 of 3
Code of Civil Procedure, § 425.12

982.1(1)

| SHORT TITLE: Lopes v. Fremont Freewheelers, et al. | CASE NUMBER: |
|---|---|

4. ☐ Plaintiff (name):
   is doing business under the fictitious name (specify):

   and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person
   a. ☒ except defendant (name): Fremont Freewheelers,
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):
      (4) ☐ a public entity (describe):
      (5) ☒ other (specify): non-profit organization

   c. ☒ except defendant (name): Technology Park
      (1) ☒ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):
      (4) ☐ a public entity (describe):
      (5) ☐ other (specify):

   b. ☒ except defendant (name): USA Cycling dba USCF, NORBA and USPRO
      (1) ☐ a business organization, form unknown
      (2) ☒ a corporation
      (3) ☐ an unincorporated entity (describe):
      (4) ☐ a public entity (describe):
      (5) ☐ other (specify):

   d. ☒ except defendant (name): CB Ellison
      (1) ☒ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):
      (4) ☐ a public entity (describe):
      (5) ☐ other (specify):

   ☐ Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.
   a. ☒ Doe defendants (specify Doe numbers): 1-20 were the agents or employees of other named defendants and acted within the scope of that agency or employment.
   b. ☒ Doe defendants (specify Doe numbers): 1-20 are persons whose capacities are unknown to plaintiff.

7. ☐ Defendants who are joined pursuant to Code of Civil Procedure section 382 are (names):

8. This court is the proper court because
   a. ☐ at least one defendant now resides in its jurisdictional area.
   b. ☐ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
   c. ☒ injury to person or damage to personal property occurred in its jurisdictional area.
   d. ☐ other (specify):

9. ☐ Plaintiff is required to comply with a claims statute, and
   a. ☐ has complied with applicable claims statutes, or
   b. ☐ is excused from complying because (specify):

| SHORT TITLE: Lopes v. Fremont Freewheelers, et al. | CASE NUMBER: | 982.1(1) |

10. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached)*:
   a. [X] Motor Vehicle
   b. [X] General Negligence
   c. [ ] Intentional Tort
   d. [ ] Products Liability
   e. [X] Premises Liability
   f. [X] Other *(specify):* Loss of Consortium

11. Plaintiff has suffered
   a. [X] wage loss
   b. [ ] loss of use of property
   c. [X] hospital and medical expenses
   d. [X] general damage
   e. [X] property damage
   f. [X] loss of earning capacity
   g. [X] other damage *(specify):* permanent scarring and loss of feeling in lower lip; loss of seven (7) permanent teeth; loss of consortium

12. [ ]    The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
   a. [ ] listed in Attachment 12.
   b. [ ] as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.

14. Plaintiff prays for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
   a. (1) [X] compensatory damages
      (2) [ ] punitive damages
   The amount of damages is *(in cases for personal injury or wrongful death, you must check (1))*:
      (1) [X] according to proof
      (2) [ ] in the amount of: $

15. [X] The paragraphs of this complaint alleged on information and belief are as follows *(specify paragraph numbers)*:
   5(a)(5); 5(c)(1); 5(d)(1)

Date: March 14, 2006

Patricia A. Turnage
(TYPE OR PRINT NAME)

▶ *(signature)*
(SIGNATURE OF PLAINTIFF OR ATTORNEY)

982.1(1) [Rev. January 1, 2006]     **COMPLAINT—Personal Injury, Property Damage, Wrongful Death**     Page 3 of 3

MC-025

SHORT TITLE: Lopes v. Fremont Freewheelers, et al. | CASE NUMBER:

ATTACHMENT (Number): ONE
(This Attachment may be used with any Judicial Council form.)

Page 4 of 8
(Add pages as required)

1. (cont'd) other named defendants:  Jason Sage, USA Cycling dba USCF, NORBA & USPRO; Jeff Wu; Bob Parker, Paul Chuck, Larry Upthegrove; Lloyd Rath; Technology Park, CB Ellison and Does 1 to 20.

(If the item that this Attachment concerns is made under penalty of perjury, all statements in this Attachment are made under penalty of perjury.)

Form Approved for Optional Use
Judicial Council of California
MC-025 [New July 1, 2002]

ATTACHMENT
to Judicial Council Form

Cal. Rules of Court, rule 982

| SHORT TITLE: Lopes v. Fremont Freewheelers, et al. | CASE NUMBER: |
|---|---|

| FIRST _(number)_ | CAUSE OF ACTION - Motor Vehicle | Page 5 |
|---|---|---|

ATTACHMENT TO [x] Complaint  [ ] Cross-Complaint

_(Use a separate cause of action form for each cause of action.)_

Plaintiff _(name)_: Cornealius Lopes

MV-1. Plaintiff alleges the acts of defendants were negligent; the acts were the legal (proximate) cause of injuries and damages to plaintiff; the acts occurred
on _(date)_: June 12, 2004
at _(place)_: Technology Park, 3900 Block of Eureka Street, Newark, California. Plaintiff further alleges that bicycles are subject to applicable statutes of the California Vehicle Code. As such the below-named bicyclists' conduct is governed by the California Vehicle Code. Plaintiff alleges that the below-named defendants violated the applicable provisions of the California Vehicle Code, which resulted in striking plaintiff, knocking him to the ground, and causing him to lose consciousness and to suffer physical and mental injury, all to his detriment.

MV-2. DEFENDANTS
a. [X] The defendants who operated a motor vehicle are _(names)_: Bob Parker, Paul Chuck, Larry Upthegrove, Lloyd Rath

   [X] Does 1 to 8

b. [ ] The defendants who employed the persons who operated a motor vehicle in the course of their employment are _(names)_:

   [ ] Does ___ to ___

c. [ ] The defendants who owned the motor vehicle which was operated with their permission are _(names)_:

   [ ] Does ___ to ___

d. [ ] The defendants who entrusted the motor vehicle are _(names)_:

   [ ] Does ___ to ___

e. [ ] The defendants who were the agents and employees of the other defendants and acted within the scope of the agency were _(names)_:

   [ ] Does ___ to ___

f. [X] The defendants who are liable to plaintiffs for other reasons and the reasons for the liability are
   [ ] listed in Attachment MV-2f   [X] as follows:
   Bob Parker, Paul Chuck, Larry Upthegrove, Lloyd Rath
   Defendants' liability is based upon their negligent and careless operation of bicycles in executing "an attack" which resulted in defendants striking plaintiff, knocking him unconscious, proximately causing him physical injury to his body, shock to his nervous system, great emotional distress, and other damages, according to proof.
   [X] Does 1 to 8

| SHORT TITLE: Lopes v. Fremont Freewheelers, et al.A | CASE NUMBER: |
|---|---|

__SECOND__ **CAUSE OF ACTION - General Negligence**    Page 6
(number)

ATTACHMENT TO  [x] Complaint   [ ] Cross-Complaint

*(Use a separate cause of action form for each cause of action.)*

GN-1. Plaintiff *(name)*:  Cornealius Lopes

alleges that defendant *(name)*:  Fremont Freewheelers; Jason Sage; Jeff Wu; and USA Cycling dba USCF, NORBA & USPRO

[X] Does _9_ to _16_

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant negligently caused the damage to plaintiff
on *(date)*: June 12, 2004
at *(place)*: Technology Park, 3900 Block of Eureka St., Newark, California

*(description of reasons for liability)*:

Defendants, and each of them, knew that plaintiff was present and was jogging on what they deemed to be the course for the bicycle race, known as Fremont Freewheelers Criterium. At all times mentioned herein, defendants, and each of them, owed a duty of care to plaintiff not to place him in harm's way and not to conduct the race while he was on the course. Defendant Jason Sage, as an individual and acting on behalf of Fremont Freewheelers as a race promotor, Jeff Wu as referee, and all other defendants named herein decided to start the race while plaintiff was running on the course, knowing that it was dangerous to do so. Such conduct on the part of the defendants, and each of them, was negligent, careless and constitutes a breach of the duty of care. As a proximate result of the breach of duty of care by defendants, and each of them, plaintiff has been physically and emotionally injured, in his mind and his body, and has experienced pain and suffering, and has been damaged.

SHORT TITLE: Lopes v. Fremont Freewheelers, et al.

CASE NUMBER:

___THIRD___ CAUSE OF ACTION - Premises Liability                Page _7_
(number)

ATTACHMENT TO  [X] Complaint   [ ] Cross-Complaint

*(Use a separate cause of action form for each cause of action.)*

Prem.L-1.  Plaintiff *(name):* Cornealius Lopes
alleges the acts of defendants were the legal (proximate) cause of damages to plaintiff.
On *(date):* June 12, 2004          plaintiff was injured on the following premises in the following fashion *(description of premises and circumstances of injury):*
As a member of the public, plaintiff was invited to come upon the premises and to jog through Technology Park, in Newark, California. At the time plaintiff jogged on the premises, a bicycle race, Fremont Freewheelers Criterium, was going on. The lack of written notice to plaintiff and to the public, the lack of barriers and cones to protect plaintiff from injury, created a dangerous condition on premises. As a proximate result of the existence of a dangerous condition on the premises, plaintiff was mowed down by bicyclists during the race, and suffered, *inter alia,* loss of consciousness, loss of seven permanent teeth, injury to his neck and back, permanent scarring and loss of feeling in his lower lip.

Prem.L-2.  [X] **Count One-Negligence**  The defendants who negligently owned, maintained, managed and operated the described premises were *(names):* Technology Park, CB Ellison

[X] Does _17_ to _20_

Prem.L-3.  [X] **Count Two-Willful Failure to Warn**  [Civil Code section 846] The defendant owners who willfully or maliciously failed to guard or warn against a dangerous condition, use, structure, or activity were *(names):* Technology Park

[X] Does _17_ to _20_
Plaintiff, a recreational user, was [X] an invited guest [ ] a paying guest.

Prem.L-4.  [X] **Count Three-Dangerous Condition of Public Property**  The defendants who owned public property on which a dangerous condition existed were *(names):* Technology Park

[X] Does _17_ to _20_
a. [ ] The defendant public entity had [ ] actual [ ] constructive notice of the existence of the dangerous condition in sufficient time prior to the injury to have corrected it.
b. [ ] The condition was created by employees of the defendant public entity.

Prem.L-5. a. [X] **Allegations about Other Defendants**  The defendants who were the agents and employees of the other defendants and acted within the scope of the agency were *(names):* CB Ellison

[X] Does _17_ to _20_
b. [ ] The defendants who are liable to plaintiffs for other reasons and the reasons for their liability are
[ ] described in attachment Prem.L-5.b [ ] as follows *(names):*

MC-025

SHORT TITLE: Lopes v. Fremont Freewheelers, et al.

CASE NUMBER:

ATTACHMENT (Number): Two

Page 8 of 8

(This Attachment may be used with any Judicial Council form.)

(Add pages as required)

FOURTH CAUSE OF ACTION   ---LOSS OF CONSORTIUM-(As to all Named Defendants and Does 1 to 20)

On or about June 12, 2004, and at all relevant times mentioned herein, plaintiff, Teresa Lopes, was and is the spouse of plaintiff, Cornealius Lopes. As a proximate result of defendants', and each of them, negligent conduct, Cornealius Lopes was injured, both physically and emotionally. His injuries resulted in a loss of consortium to Teresa Lopes, his spouse, as she was deprived of the love, joy, comfort and society of her spouse, all to her detriment.

(If the item that this Attachment concerns is made under penalty of perjury, all statements in this Attachment are made under penalty of perjury.)

Form Approved for Optional Use
Judicial Council of California
MC-025 [New July 1, 2002]

ATTACHMENT
to Judicial Council Form

Cal. Rules of Court, rule 982

FILED
ALAMEDA COUNTY

JUL 2 4 2007

CLERK OF THE SUPERIOR COURT
By Nancy A. Rose
                    Deputy

SUPERIOR COURT OF CALIFORNIA

IN AND FOR THE COUNTY OF ALAMEDA

CORNELIUS LOPES, TERESA LOPES, )
                               )      -260161
                               )   Case No: HG06280484
                               )
            Plaintiffs,        )   JUDGMENT ON JURY VERDICT
vs.                            )
                               )
FREMONT FREEWHEELERS, ET.AL.   )
                               )
            Defendants.        )
                               )
                               )
                               )

This action came on regularly for trial on June 22, 2007, in Department 511 of the Superior Court, the Hon. Harry Sheppard, Judge presiding; the plaintiffs appearing by attorney Patricia A. Turnage and the defendants appearing by attorneys David Dalby and David Winnett.

A jury of twelve persons was regularly impaneled and sworn. Witnesses were sworn and testified. After hearing the evidence and arguments of counsel, the jury was duly instructed by the Court and the case was submitted to the jury with directions to return a verdict on special issues. The jury deliberated and thereafter returned into court with its verdict as follows:

The jury found by a preponderance of the evidence that Fremont Freewheelers, Jason Sage, Jeff Wu and Bob Parker were negligent. The jury found that Larry Upthegrove and Lloyd Rather were not negligent. As to the negligent defendants, the jury found by a preponderance of the evidence that Fremont Freewheelers', Jason Sage's, and Jeff Wu's negligence was each a

1
JUDGMENT ON JURY VERDICT

substantial factor in causing harm to plaintiff, Cornelius Lopes. The jury awarded Cornelius Lopes the sum of $3,000.00 in lost earnings and $14,000.00 in medical/dental expenses for a total sum of $17,000.00 in total past economic damages. The jury awarded Cornelius Lopes the sum of $5,000.00 in future medical/dental expenses, for a total of $22,000.00 in past and future economic damages. The jury awarded Cornelius Lopes the sum of $55,000.00 for past non-economic damages; i.e., physical pain, mental suffering, loss of enjoyment of life, disfigurement, physical impairment, inconvenience, grief, anxiety, humiliation and/or emotional distress. The jury awarded Cornelius lopes the sum of $20,000.00 for future non-economic damages; i.e., general damages for future physical pain, mental suffering, loss of enjoyment of life, disfigurement, physical impairment, inconvenience, grief, anxiety, humiliation and/or emotional distress.   Total award to Cornelius Lopes is $97,000.00.

The jury found by a preponderance of the evidence that Cornelius Lopes was 25% at fault for the accident, reducing his damage award to $72,750.00 for his percentage of fault. The jury also found that the following shared responsibility for Cornelius Lopes' harm as follows: Fremont Freewheelers, 35%; Jason Sage, 25%; Jeff Wu, 12%; Bob Parker, 3%.

The jury found by a preponderance of the evidence that Teresa Lopes did not prove her loss of consortium claim and did not award her any damages.

It appearing by reason of said verdict that plaintiff, Cornelius Lopes, is entitled to judgment against defendants, Fremont Freewheelers, Jason Sage, Jeff Wu, and Bob Parker in the sum of $72,750.00, ~~prejudgment interest at the rate of 7% from June 12, 2004 on the unliquidated claim in the amount of $_____ and post-judgment interest thereon at the rate of ten percent (10%) per annum from the date of~~ the entry of this judgment until paid, ~~together with costs and disbursements~~ in the amount of $_____.

It appearing by reason of said verdict that: plaintiff, Cornelius Lopes is entitled to judgment against defendants,

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED that said plaintiff, Cornelius Lopes, have and recover from said defendants ~~the sum of $_____ with prejudgment interest thereon at the rate of seven percent (7%) per annum~~

2
JUDGMENT ON JURY VERDICT

the sum of $72,750.00, and post-judgment interest thereon at the rate of ten percent (10%) per annum from the date of the entry of this judgment until paid, together with costs ~~and disbursements~~ in the amount of $_____.

It appearing by reason of said verdict that: plaintiff, Cornelius Lopes is entitled to judgment against defendants,

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED that said plaintiff, Cornelius Lopes, have and recover from said defendants the sum of $ __72,750__ and with interest thereon at the rate of ten per cent (10%) per annum from the date of entry of this judgment until paid, together with costs ~~and disbursements~~ in the amount of $_____

Dated: July 24, 2007

_____
Harry Sheppard, Judge of the Superior Court

APPROVED AS TO FORM:

_____
HINSHAW & CULBERTSON, LLP

A0264

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FL |
|---|---|---|
| Patricia A. Turnage SBN 127873<br>Law Offices of Patricia Turnage<br>1260 "B" Street, Suite 140<br>Hayward, CA 94541 | 510-727-6752 | *5407624* |
| ATTORNEY FOR (Name): Cornealius Lopes | | |

Insert name of court and name of judicial district and branch court, if any:
Hayward Hall of Justice
Superior Court

PLAINTIFF/PETITIONER: Cornealius Lopes

DEFENDANT/RESPONDENT: Fremont Freewheelers; USA Cycling dba USCF, NORBA & USPRO; Bob Parker, Paul

**FILED**
ALAMEDA COUNTY
JAN 1 9 2007
CLERK OF THE SUPERIOR COURT
By _____ Deputy

**REQUEST FOR DISMISSAL**
[X] Personal Injury, Property Damage, or Wrongful Death
[ ] Motor Vehicle   [X] Other Pedestrian/Cyclists
[ ] Family Law
[ ] Eminent Domain
[ ] Other (specify):

CASE NUMBER:
HG01-2260161

— A conformed copy will not be returned by the clerk unless a method of return is provided with the document. —

1. **TO THE CLERK:** Please **dismiss** this action as follows:
   a. (1) [X] With prejudice   (2) [ ] Without prejudice
   b. (1) [X] Complaint   (2) [ ] Petition
      (3) [ ] Cross-complaint filed by (name): _____ on (date): _____
      (4) [ ] Cross-complaint filed by (name): _____ on (date): _____
      (5) [ ] Entire action of all parties and all causes of action
      (6) [X] Other (specify):* As to CB Richard Ellis, Inc. incorrectly sued herein as CB Ellison, only, each party to bear its own costs

Date: January 17, 2007

Patricia A. Turnage SBN 127873
(TYPE OR PRINT NAME OF [X] ATTORNEY [ ] PARTY WITHOUT ATTORNEY)

(SIGNATURE)
Attorney or party without attorney for: Cornelius and Theresa Lopes

[X] Plaintiff/Petitioner   [ ] Defendant/Respondent
[ ] Cross-complainant

* If dismissal requested is of specified parties only, of specified causes of action only, or of specified cross-complaints only, so state and identify the parties, causes of action, or cross-complaints to be dismissed.

2. **TO THE CLERK:** Consent to the above dismissal is hereby given.**
Date:

(TYPE OR PRINT NAME OF [ ] ATTORNEY [ ] PARTY WITHOUT ATTORNEY)

(SIGNATURE)
Attorney or party without attorney for:

[ ] Plaintiff/Petitioner   [ ] Defendant/Respondent
[ ] Cross-complainant

** If a cross-complaint — or Response (Family Law) seeking affirmative relief — is on file, the attorney for cross-complainant (respondent) must sign this consent if required by Code of Civil Procedure section 581(i) or (j).

(To be completed by clerk)
3. [✓] Dismissal entered as requested on (date): JAN 1 9 2007
4. [ ] Dismissal entered on (date): _____ as to only (name): _____
5. [ ] Dismissal **not entered** as requested for the following reasons (specify):

6. [ ] a. Attorney or party without attorney notified on (date): _____
       b. Attorney or party without attorney not notified. Filing party failed to provide
          [ ] a copy to conform   [ ] means to return conformed copy

Date: JAN 1 9 2007   Clerk, by _____, Deputy

Form Adopted by the
Judicial Council of California
982(a)(5) [Rev. January 1, 1997]
Mandatory Form

**REQUEST FOR DISMISSAL**

Legal
Solutions
Plus

Code of Civil Procedure, § 581 et seq.
Cal. Rules of Court, rules 383, 1233

Proof of Service

I, Keith O. Turnage, declare that:

I am employed in the County of Alameda, California. I am over the age of eighteen years and not a party to the within cause; my business address is 1260 B Street, Suite 140, Hayward, CA 94541.

On January 17, 2007, I served the attached Request for Dismissal on the parties through their respective counsel in said cause by serving a true and correct copy of same on each party's counsel, addressed as follows:

Norman LA Force, ESQ
Fortune, Drevlow, O'Sullivan & Hudson
560 Mission Street 21st floor
San Francisco, CA 94105

David I. Dalby, ESQ
HINSAW & CULBERTSON, LLP
One California Street 18th Floor
San Francisco, CA 94111

Cary S. Smith, ESQ
MacMorris & Carbone
1735 Technology Drive, Suite 500
San Jose CA 95110

( X ) BY MAIL: I placed each such sealed envelope, with postage thereon fully prepared for first class mail, for collection and mailing at Hayward, CA, following ordinary business practices. I am readily familiar with the practice of the Law Firm of Patricia A. Turnage for processing of correspondence, said practice being that in the ordinary course of business, correspondence is deposited in the United State Postal Service the same day as it placed for processing.

I declare under penalty of perjury the laws of the state of California that the foregoing is true and correct, and that this declaration was executed at Hayward, California.

Dated: January 17, 2007

Keith O. Turnage