Norman La Force, State Bar #102772
Fortune O'Sullivan & Hudson
560 Mission Street, 21st Floor
San Francisco, CA 94105
(415) 227-2300

Attorneys for Defendant
CB Richard Ellis, Inc. incorrectly
sued herein as CB Ellison

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORNEALIUS LOPES, TERESA LOPES | Case No.: CV07 6213 JL |
| Plaintiff, | CERTIFICATE OF SERVICE |
| vs. | |
| FREMONT FREEWHEELERS; K&K INSURANCE, et al, | |
| Defendants. | |

I, Jeannie Rogers, hereby declare that:

I am over 18 years of age and not a party to the within action. I am employed at and my business address is 560 Mission Street, 21st Floor, San Francisco, California 94105.

On this date, I served an exact copy of DEFENDANT'S MOTION TO DISMISS; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF; REQUEST FOR JUDICAL NOTICE IN SUPPORT THEREOF, on all interested parties in this action as follows:

Cornealius Lopes, Pro Per
6251 Quartz Place
Newark, CA 94560
Phone: (510) 790-3818

1   I declare under penalty of perjury, in accordance with 28 U.S.C. Section 1746, that the
2   foregoing is true and correct.
3   Executed this December 12, 2007, at San Francisco, California.

_____
Jeannie Rogers