GARY M. LEPPER, #45498
FURAH FARUQUI, #233083
LAW OFFICES OF GARY M. LEPPER
1600 S. Main Street, Suite 305
Walnut Creek, CA 94596
(925) 256-6180
(925) 943-6190 (fax)

Attorneys for defendants
Joseph Dale Wren, Newark Police Department
and Jim Davis

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORNELIUS LOPES,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>FREMONT FREEWHEELERS, K&K INSURANCE, USA CYCLING, NORTHERN CALIFORNIA AND NEVADA CYCLING ASSOCIATION (NCNCA), ROBERT PARKER, LAWRENCE UPTHEGROVE, LLOYD RATH, RICHARD BROCKIE, GARY BIRCH, SALLY WILSON, JASON SAGE, TIM O'HARA, JEFF WRONG, JOSEPH DALE WREN, C.B. ELLISON, BYRON SHEPPARD, LARRY NOLAN, STEVE GRUSIS, LARRY ROSA, FREMONT FREEWHEELERS RACE TEAM, LINDA BUFFETTI, JOE BAUGHMAN AND PETER ALLEN, FFBC RACE TEAM, ALAMEDA COUNTY DISTRICT ATTORNEY, NEWARK POLICE DEPARTMENT, CASEY CARRINGTON, JIM DAVIS, ALAMEDA COUNTY SHARA MESIC DEPUTY D.A., LISA FARIA DEPUTY D.A., PETAGREW DEPUTY D.A.,<br><br>　　　　　　Defendants. | No. C07-06213-JL<br><br>**NOTICE OF APPEARANCE ON BEHALF OF JOSEPH DALE WREN, NEWARK POLICE DEPARTMENT AND JIM DAVIS** |

///

///

NOTICE OF REMOVAL OF ACTION　　　1　　　F:\CASE\Lopes\NEW\P\notice of appearance.doc

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2      PLEASE TAKE NOTICE that Joseph Dale Wren, Newark Police Department, and Jim
3  Davis, hereby formally appear by and through their attorneys, Gary M. Lepper and Furah Z.
4  Faruqui, Law Offices of Gary M. Lepper, 1600 S. Main Street, Suite 305, Walnut Creek,
5  California, 94596, telephone: (925) 256-6180; facsimile: (925) 943-6180.

6

7  DATED: January 9, 2008                    LAW OFFICES OF GARY M. LEPPER

8

9                                             _____
                                               FURAH Z. FARUQUI

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

NOTICE OF REMOVAL OF ACTION              2              *F:\CASE\Lopes\NEW\P\notice of appearance.doc*

1 | PROOF OF SERVICE

2  I declare that: I am employed in the County of Contra Costa. On January 10, 2008, I served the following document(s):

NOTICE OF APPEARANCE

_X_ **(by mail)** on all parties in said action, in accordance with California Code of Civil Procedure §1013a(3) by placing a true copy thereof enclosed in a sealed envelope in a designated area for outgoing mail, addressed as set forth below. At the Law Offices of Lepper & Harrington, mail is placed in that designated area, is given the correct amount of postage and is deposited that same day, in the ordinary course of business, in the United States mailbox in the City of Walnut Creek, California.

__X__ (**by electronic transfer**) I caused such document(s) to be electronically served through the One Legal system for the above-entitled case to the parties on the Service List maintained on Pacer's website for this case. The file transmission was reported as complete and a copy of the court's confirmation will be maintained with the original document(s) in our office. My electronic business address is dbennett@lepper-harrington.com.

___ **(by personal delivery)** by causing to be personally delivered a true copy thereof to the person and at the street address set forth below.

____ **(by Federal Express)** delivery, with charges thereon fully prepaid, in a Federal Express collection box, at Walnut Creek, California, and address as set forth below.

____ **(by fax transmission)** on all parties by transmitting said document(s) from our office facsimile machine (925) 943-6190 to facsimile machine number(s) shown below. Following transmission, I received a "transmission report" from our fax machine indicating that the transmission had been transmitted without error.

| Cornelius Lopes<br>6251 Quartz Place<br>Newark, CA  94560 | Plaintiff |
|---|---|

I declare under penalty of perjury and the laws of the United States that the foregoing is true and correct, and that this declaration was executed on January 10, 2008, at Walnut Creek, California.

_____
Gwynne Hooke

NOTICE OF REMOVAL OF ACTION         3         F:\CASE\Lopes\NEW\P\notice of appearance.doc