1  Norman La Force, State Bar #102772
   Fortune O'Sullivan & Hudson
2  560 Mission Street, 21st Floor
   San Francisco, CA 94105
3  (415) 227-2300

4

   Attorneys for Defendant
5  CB Richard Ellis, Inc. incorrectly
   sued herein as CB Ellison

6

7

8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10

11

   | | |
   |---|---|
   | CORNELIUS LOPES, | Case No.: CV 07-6213 JL |
   | Plaintiff, | |
   | vs. | DEFENDANT'S REPLY IN SUPPORT OF ITS MOTION TO DISMISS PURSUANT TO RULE 12(b)(6) |
   | FREMONT FREEWHEELERS; K&K INSURANCE, USA CYCLING NORHTERN CALIFORNIA AND NEVADA CYCLING ASSOC. (NCNCA), ROBERT PARKER; LAWRENCE UPTHEGROVE; LLOYD RATH; RICHARD BROCKIE, GARY BIRCH, SALLY WILSON, JASON SAGE, TIM O'HARA, JEFF WRONG, JOSEPH DALE WREN C.B.ELLISON, BRYAN SHEPPARD, LARRY NOLAN, STEVE GRUSIS, LARRY ROSA FREMONT FREEWHEELERS RACE TEAM, LIND BUFFETTI, JOE BAUGHMAN AND PETER ALLEN, FFBC RACE TEAM ALAMEDA COUNTY DISTRICT ATTORNEY, NEWARK POLICE DEPT., CASEY CARRINGTON, JIM DAVIS, ALAMEDA COUNTY SHARA MESIC DEPUTY D.A., LISA FARIA DEPUTY D.A. PETAGREW DEPUTY D.A. | Date: January 30, 2008 Time: 9:30 a.m. Courtroom: Magistrate-Judge James Larson |
   | Defendants. | |

1

1   Plaintiff has submitted an opposition to defendant's motion that does not address the
2   legal grounds that defendant has asserted for the court to dismiss this action against it.  This
3   defendant has nothing to do with the various claims and complaints that plaintiff has asserted
4   against the Newark police or other people associated with the police or a court case that
5   plaintiff was involved in.  Plaintiff had simply sued this defendant for injuries arising out of
6   an accident that occurred on June 12, 2004.  This defendant did not even have any connection
7   with that accident for which reason plaintiff through is attorney at the time dismissed with
8   prejudice his lawsuit against this defendant for any injuries arising out of that accident.
9   Moreover, California Code of Civil Procedure §335.1 bars any suit against this defendant for
10  that accident or for any other claims even under the federal civil rights statute for claims
11  arising out of that accident.  *McDougal v. County of Imperial*, 942 F.2d 668, 674-675 (9th
12  Cir.1991). Therefore, defendant requests the court grant defendant's motion.

15  Dated:  January 15, 2008                    Fortune, Drevlow, O'Sullivan & Hudson

17                                              By: _____
18                                              Norman La Force
                                                Attorney for Defendant
19                                              CB Richard Ellis, Inc. incorrectly
20                                              sued herein as CB Ellison