**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**
_____

www.cand.uscourts.gov

Richard W. Wieking                                                                    General Court Number
Clerk                                                                                          415.522.2000

**January 24, 2008**

CASE NUMBER:  CV 07-06213 JL
CASE TITLE:  CORNEALIUS LOPES-v-FREMONT FREEWHEELERS

REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **SAN FRANCISCO** division.

**Honorable PHYLLIS J. HAMILTON** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **PJH** immediately after

the case number.


ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 1/24/08

FOR THE EXECUTIVE COMMITTEE:

_____*Richard W. Wieking*_____
                                                                                                Clerk


NEW CASE FILE CLERK:

Copies to: Courtroom Deputies                         Special Projects
Log Book Noted                                               Entered in Computer 1/24/08 MAB


CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                                      Transferor CSA