1  Norman La Force, State Bar #102772
   Fortune O'Sullivan & Hudson
2  560 Mission Street, 21st Floor
   San Francisco, CA 94105
3  (415) 227-2300

4

5  Attorneys for Defendant
   CB Richard Ellis, Inc. incorrectly
6  sued herein as CB Ellison

7

8
                    UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10

11

12 | CORNEALIUS LOPES, TERESA LOPES          | Case No.: CV 07 6213 PJH

13 |         Plaintiff,

14 |    vs.                                  | DEFENDANT'S RE-NOTICE OF
                                              MOTION TO DISMISS PURSUANT TO
15 | FREMONT FREEWHEELERS; K&K                | RULE 12(b)(6)
   INSURANCE, USA CYCLING NORHTERN
16 | CALIFORNIA AND NEVADA CYCLING            | Date: April 2, 2008
   ASSOC. (NCNCA), ROBERT PARKER;            Time: 9:00 a.m.
17 | LAWRENCE UPTHEGROVE; LLOYD              | Courtroom: Judge Phyllis J. Hamilton
   RATH; RICHARD BROCKIE, GARY
18 | BIRCH, SALLY WILSON, JASON SAGE,
   TIM O'HARA, JEFF WRONG, JOSEPH
19 | DALE WREN C.B.ELLISON, BRYAN
   SHEPPARD, LARRY NOLAN, STEVE
20 | GRUSIS, LARRY ROSA FREMONT
   FREEWHEELERS RACE TEAM, LIND
21 | BUFFETTI, JOE BAUGHMAN AND PETER
   ALLEN, FFBC RACE TEAM ALAMEDA
22 | COUNTY DISTRICT ATTORNEY,
   NEWARK POLICE DEPT., CASEY
23 | CARRINGTON, JIM DAVIS, ALAMEDA
   COUNTY SHARA MESIC DEPUTY D.A.,
24 | LISA FARIA DEPUTY D.A. PETAGREW
   DEPUTY D.A.
25
            Defendants.
26

27

28

                                       1

1

2   TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

3   PLEASE TAKE NOTICE THAT on April 2, 2008 at 9:00 a.m. before Judge Phyllis Hamilton, United States Judge, located at Courtroom 3, 17th Floor at 450 Golden Gate Avenue, San Francisco, CA 94102, or as soon thereafter as may be heard in the above entitled court, Defendant /Petitioner CB Richard Ellis, Inc. incorrectly sued herein as CB Ellison will move this court to dismiss this action against it pursuant to Federal Rules of Civil Procedure, Rule 12(b)(6) because the complaint fails to state a claim upon which relief may be granted on the grounds that res judicata bars this complaint and that the applicable statute of limitations bars any claim against the moving party.

This motion is based on this notice of motion, the memorandum of points and authorities accompanying this motion, the pleadings in this action, the request for judicial notice of plaintiff's prior complaint and dismissal, and such other and further evidence as may be produced at the time of the hearing. The prior notice of motion and memorandum of points and authorities and request for judicial notice were all previously served on plaintiff and also sent to co-defendants upon co-defendants' appearance in this action.

Dated: January 31, 2008

Fortune O'Sullivan & Hudson

By: _____
Norman La Force
Attorney for Defendant
CB Richard Ellis, Inc. incorrectly
sued herein as CB Ellison

Norman La Force, State Bar #102772
Fortune O'Sullivan & Hudson
560 Mission Street, 21st Floor
San Francisco, CA 94105
(415) 227-2300

Attorneys for Defendant
CB Richard Ellis, Inc. incorrectly
sued herein as CB Ellison

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORNEALIUS LOPES, TERESA LOPES<br><br>Plaintiff,<br><br>vs.<br><br>FREMONT FREEWHEELERS; K&K INSURANCE, et al,<br><br>Defendants. | Case No.: CV07 6213 PJH<br><br>CERTIFICATE OF SERVICE |

I, Norman La Force, hereby declare that:

I am over 18 years of age and not a party to the within action. I am employed at and my business address is 560 Mission Street, 21st Floor, San Francisco, California 94105.

On this date, I served an exact copy of DEFENDANT'S RE-NOTICE OF MOTION TO DISMISS on all interested parties in this action as follows:

| | |
|---|---|
| Cornealius Lopes, Pro Per<br>6251 Quartz Place<br>Newark, CA 94560<br>Phone: (510) 790-3818 | Gary Lepper<br>Law Offices of Gary M. Lepper<br>1600 South Main Street, Suite 305<br>Walnut Creek, CA 94596 |

I declare under penalty of perjury, in accordance with 28 U.S.C. Section 1746, that the foregoing is true and correct.

1  Executed this January 31, 2008, at San Francisco, California.

_____
Norman La Force