UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CORNELIUS LOPES,

    Plaintiff,

    v.

FREMONT FREEWHEELERS, et al.,

    Defendants.
_____/

No. C 07-6213 PJH

**ORDER**

    The court has reviewed the papers filed in support of and in opposition to the motion of defendant CB Ellis, Inc. (sued as CB Ellison) to dismiss the claims asserted against it, and finds the motion appropriate for determination without oral argument. Accordingly, the court will decide the motion on the papers, and will issue a written decision. No hearing will be held.

**IT IS SO ORDERED.**

Dated: February 1, 2008

_____
PHYLLIS J. HAMILTON
United States District Judge