GARY M. LEPPER, #45498
FURAH Z. FARUQUI, #233083
LAW OFFICES OF GARY M. LEPPER
1600 S. Main Street, Suite 305
Walnut Creek, CA 94596
(925) 256-6180
(925) 943-6190 (fax)

Attorneys for defendants
Joseph Dale Wren, Newark Police Department
and Jim Davis

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORNELIUS LOPES,<br><br>              Plaintiff,<br><br>   vs.<br><br>FREMONT FREEWHEELERS, et al.,<br><br>              Defendants. | No. C07-06213-JL<br><br>**STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>**Date:        March 20, 2008**<br>**Time:       2:30 p.m.**<br>**Courtroom:  3** |

Attorneys for defendants JOSEPH DALE WREN, NEWARK POLICE DEPARTMENT, JIM DAVIS ("City"), and attorneys for defendant C.B. RICHARD ELLIS agree that the presently-scheduled case management conference (March 20 at 2:30 p.m.) may be continued to April 3, 2008 at 2:30 p.m., or some other date the court chooses, because the City's attorney will be out of town from March 19, 2008 through March 24, 2008. The City's attorney has attempted to contact the plaintiff to obtain his consent, but he has not returned her calls.

///

///

///

STIPULATION AND ORDER TO                 1                *F:\CASE\Lopes\NEW\P\stip.cont.cmc.doc*
CONTINUE CASE MANAGEMENT CONFERENCE

///

## STIPULATION

The parties hereby stipulate that the presently scheduled case management conference (March 20, 2008, at 2:30 p.m.) be continued to April 3, 2008, also at 2:30 p.m. Moreover, the parties agree that the joint case management statement is now due on March 27, 2008.

Date:  March  7, 2008                LAW OFFICES OF GARY M. LEPPER

                                     /s/
                                     _____
                                     FURAH Z. FARUQUI
                                     Attorney for defendants Joseph Dale Wren, Newark
                                     Police Department and Jim Davis

Date:  March  7, 2008                FORTUNE, O'SULLIVAN & HUDSON

                                     /s/
                                     _____
                                     NORMAN LaFORCE
                                     Attorney for defendants CB Richard Ellis, Inc.

## ORDER OF CONTINUANCE

As the parties have stipulated, IT IS ORDERED that the case management conference be continued to April 3, 2008.

IT IS SO ORDERED.

3/11/08
                                     _____
                                     PHYLLIS J. HAMILTON
                                     United States

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Phyllis J. Hamilton]*

STIPULATION AND ORDER TO                    2                           F:\CASE\Lopes\NEW\P stip.cont.cmc.doc
CONTINUE CASE MANAGEMENT CONFERENCE