# Fortune O'Sullivan & Hudson

Attorneys At Law
Not a Partnership
Employees of a member company of Zurich Financial Services Group
560 Mission Street, #2100
San Francisco, California 94105
Telephone: (415) 227-2300
Facsimile: (415) 227-2360

William S. Caspari
Michael Dolan
William F. Fitzgerald
Peter Fortune
Paul A. Herp
Mark W. Hudson
Norman La Force
Arlene V. H. Lee*
Alice W. O'Sullivan*
Scott J. Olsen
Cynthia Shambaugh
John Wasinda

Fresno Office:
5260 North Palm Avenue, #300
Fresno, CA 93704
Telephone: (559) 440-4116
Facsimile: (559) 440-4118

Sacramento Office:
3249 Quality Drive, #200
Rancho Cordova, CA 95670
Telephone: (916) 851-3782
Facsimile: (916) 947-5261

March 12, 2008

**Reply to San Francisco**

Honorable Phyllis J. Hamilton
Judge, U.S. District Court
450 Golden Gate Avenue
San Francisco, CA 94102

Re: Cornealius Lopes v. Fremont Freewheelers, et al
U.S. District Court No. C07 6213 PJH

Dear Judge Hamilton:

Pursuant to the Court's order granting defendant CB Richard Ellis, Inc.'s motion to dismiss, I would request that the court sign the enclosed formal Judgment of Dismissal and return to me via efiling.

Sincerely yours,

Norman La Force

NLF:sw

Enclosure: Judgment of Dismissal

cc: Plaintiff, in pro per w/ enc.
Counsel for defendants Newark Police Dept. et. al. w/enc.

Cor(Court-Judgment).doc

*Certified Specialist Workers' Compensation by California State Bar, Board of Legal Specialization

Norman La Force, State Bar #102772
Fortune O'Sullivan & Hudson
560 Mission Street, 21st Floor
San Francisco, CA 94105
(415) 227-2300

Attorneys for Defendant
CB Richard Ellis, Inc. incorrectly
sued herein as CB Ellison

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORNEALIUS LOPES,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>FREMONT FREEWHEELERS; K&K INSURANCE, USA CYCLING NORHTERN CALIFORNIA AND NEVADA CYCLING ASSOC. (NCNCA), ROBERT PARKER; LAWRENCE UPTHEGROVE; LLOYD RATH; RICHARD BROCKIE, GARY BIRCH, SALLY WILSON, JASON SAGE, TIM O'HARA, JEFF WRONG, JOSEPH DALE WREN C.B.ELLISON, BRYAN SHEPPARD, LARRY NOLAN, STEVE GRUSIS, LARRY ROSA FREMONT FREEWHEELERS RACE TEAM, LIND BUFFETTI, JOE BAUGHMAN AND PETER ALLEN, FFBC RACE TEAM ALAMEDA COUNTY DISTRICT ATTORNEY, NEWARK POLICE DEPT., CASEY CARRINGTON, JIM DAVIS, ALAMEDA COUNTY SHARA MESIC DEPUTY D.A., LISA FARIA DEPUTY D.A. PETAGREW DEPUTY D.A.<br><br>　　　　Defendants. | Case No.: CV 07-06213 PJH<br><br>JUDGMENT OF DISMISSAL |

1

Judgment of Dismissal as to CB Richard Ellis, Inc.　　　　　　Lopes v. Fremont Freewheelers, #C 07-6213 PJH

Pursuant to the Court's order granting defendant CB Richard Ellis, Inc.'s motion to dismiss,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that plaintiff's complaint and each cause of action therein is dismissed with prejudice as to CB Richard Ellis, Inc. sued erroneously as CB Ellison and that plaintiff shall take nothing as and against CB Richard Ellis, Inc.

Dated: _____

_____
Judge, United States District Court