# Fortune O'Sullivan & Hudson

Attorneys At Law
Not a Partnership
Employees of a member company of Zurich Financial Services Group
560 Mission Street, #2100
San Francisco, California 94105
Telephone: (415) 227-2300
Facsimile: (415) 227-2360

William S. Caspari
Michael Dolan
William F. Fitzgerald
Peter Fortune
Paul A. Herp
Mark W. Hudson
Norman La Force
Arlene V. H. Lee*
Alice W. O'Sullivan*
Scott J. Olsen
Cynthia Shambaugh
John Wasinda

Fresno Office:
5260 North Palm Avenue, #300
Fresno, CA 93704
Telephone: (559) 440-4116
Facsimile: (559) 440-4118

Sacramento Office:
3249 Quality Drive, #200
Rancho Cordova, CA 95670
Telephone: (916) 851-3782
Facsimile: (916) 947-5261

March 12, 2008

**Reply to San Francisco**

Honorable Phyllis J. Hamilton
Judge, U.S. District Court
450 Golden Gate Avenue
San Francisco, CA 94102

    Re:    Cornealius Lopes v. Fremont Freewheelers, et al
            U.S. District Court No. C07 6213 PJH

Dear Judge Hamilton:

    Pursuant to the Court's order granting defendant CB Richard Ellis, Inc.'s motion to dismiss, I would request that the court sign the enclosed formal Judgment of Dismissal and return to me via efiling.

Sincerely yours,

Norman La Force

NLF:sw

Enclosure: Judgment of Dismissal

cc:    Plaintiff, in pro per w/ enc.
        Counsel for defendants Newark Police Dept. et. al. w/enc.

Cor(Court-Judgment).doc
*Certified Specialist Workers' Compensation by California State Bar, Board of Legal Specialization

1  Norman La Force, State Bar #102772
   Fortune O'Sullivan & Hudson
2  560 Mission Street, 21st Floor
   San Francisco, CA  94105
3  (415) 227-2300

4
   Attorneys for Defendant
5  CB Richard Ellis, Inc. incorrectly
   sued herein as CB Ellison
6

7

8
                    UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10

11
   CORNEALIUS LOPES,                    Case No.:  CV 07-06213 PJH
12
          Plaintiff,
13
                                        JUDGMENT OF DISMISSAL
   vs.                                  AS TO DEFENDANT
14                                      CB RICHARD ELLIS
   FREMONT FREEWHEELERS; K&K
15 INSURANCE, USA CYCLING NORHTERN
   CALIFORNIA AND NEVADA CYCLING
16 ASSOC. (NCNCA), ROBERT PARKER;
   LAWRENCE UPTHEGROVE; LLOYD
17 RATH; RICHARD BROCKIE, GARY
   BIRCH, SALLY WILSON, JASON SAGE,
18 TIM O'HARA, JEFF WRONG, JOSEPH
   DALE WREN C.B.ELLISON, BRYAN
19 SHEPPARD, LARRY NOLAN, STEVE
   GRUSIS, LARRY ROSA FREMONT
20 FREEWHEELERS RACE TEAM, LIND
   BUFFETTI, JOE BAUGHMAN AND PETER
21 ALLEN, FFBC RACE TEAM ALAMEDA
   COUNTY DISTRICT ATTORNEY,
22 NEWARK POLICE DEPT., CASEY
   CARRINGTON, JIM DAVIS, ALAMEDA
23 COUNTY SHARA MESIC DEPUTY D.A.,
   LISA FARIA DEPUTY D.A. PETAGREW
24 DEPUTY D.A.

25        Defendants.

26

27

28
                                    1

1  Pursuant to the Court's order granting defendant CB Richard Ellis, Inc.'s motion to
2  dismiss,
3  IT IS HEREBY ORDERED, ADJUDGED AND DECREED that plaintiff's complaint
4  and each cause of action therein is dismissed with prejudice as to CB Richard Ellis, Inc. sued
5  erroneously as CB Ellison and that plaintiff shall take nothing as and against CB Richard
6  Ellis, Inc.

9  Dated:  3/13/08

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*