|   |   |   |
|---|---|---|
| 1 | CORNELIUS LOPES | **FILED** |
| 2 | 6251 QUARTZ PLACE<br>NEWARK, CA. 94560 | MAR 2 7 2008 |
| 3 |   | RICHARD W. WIEKING<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA |

*RECEIVED MAR 27 2008 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| Cornelius Lopes<br>    Plaintiff.<br>    v.<br>Fremont Freewheelers, et. al.,<br>    Defendants, | Case No. C 07 6213 PJH<br><br>STIPULATION ~~AND ORDER~~ TO<br>CHANGE THE TIME OF THE CMC<br>FROM April 3, 2208 to May 30, 2008 |
|---|---|

Plaintiff Cornelius Lopes is requesting from the Court to change the Time of the CMC because a majority of the defendants have not mailed back a signed acknowledgement of receipt of the Summons and Complaint the Plaintiff mailed to them pursuant to California Code of Civil Procedure ss415.30

1  This stipulation is in conformance with Civil L.R. 7-12
2  requesting an order to change Case Management Conference from April 3, 2008 to May
3  30, 2008 an event already scheduled by the Court.
4  Declarations:
5  The Plaintiff request is due to defendants not signing and mailing back the summons and
6  complaint, served by mail to all 30 Defendants on December 3, 2007.   Under ss415.30 of
7  the California Code of Civil Procedure the service would not be effective on the Defendants.

9  There have been no previous time stipulations in this case either by the Plaintiff or Defendants.

11  The effect the requested time modification will have by this stipulation will allow a process
12  server to serve all Defendants with the summons and complaint within the eight week period.
13  CB Ellison and the City of Newark are the only parties who have filed notice of appearance and
14  CB Ellison is no longer a party of this suite.
15  Plaintiff ask this Court to grant the CMC, this cases first hearing so the other parties can be served
16  with the Summons and Complaint and be held to answer for the civil rights violations on the
17  Plaintiff.

*Cornelius Lopez* (signature)