# United States District Court
### NORTHERN DISTRICT OF CALIFORNIA

Cornelius Lopes
6251 Quartz Place
Newark, CA 94560
                Plaintiff
        V.

Fremont Freewheelers St. M.
                Defendants

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: C 07 6213 PJH

TO: (Name and address of defendant)

See Attachment:

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

May 29, 2008 at 2:30 pm

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE 4/15/08

(BY) DEPUTY CLERK

BETTY FONG

Peter Allen
8691 Hartridge W
Fair Oaks, CA. 95628

Linda Buffett & USA Cycling
USCF / Norba Promoter
1 Olympic Plaza, Colorado Springs, CO. 80905

Steve Grusis
5070 N. Maroa
Fresno, CA. 93704

Larry Nolan
38735 Kimbro St.
Fremont, CA. 94536

Tim O'Hara
2938 Sorrento Way
Union City, CA. 94587

Sally Wilson
30977 San Antonio Way
Hayward, CA. 94545

Fremont Freewheelers
325 Cove Ct.
San Leandro, CA. 94560

Jason Sage
325 Cove Ct.
San Leandro, CA. 94560

Larry Upthegrove
4605 Gold Crest Way
Antioch, CA.

Gary Birch
8126 Locust Place
Dublin, CA. 94568

Robert Parker
726 Hibiscus Place
San Jose, CA. 95121

Joe Baughman
4580 Blainfield Batavia OH 45103

K&K Insurance
Fort Wayne Indiana 46801

Richard Brockie
47010 Kato Rd.
Fremont, CA. 94538

Bryon Sheppard
504 Woodrow Ave
Santa Clara, CA. 95060

Alameda County D.A.
Asst. DAs: Lisa Faria, Shara Mesic, Mrs. Pettigrew
1225 Fallon St. Rm 900
Oakland, CA 94612

Lloyd Rath
583 10th Ave
San Francisco, CA. 94118

Jim

Northern California Cycling Association
2431 Carlmont Dr. #21 Belmont, CA 94002

Casey Carrington
2431 Carlmont Dr. #21 Belmont, CA 94002