# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

Cornelius Lopez

      <u>Plaintiff</u>

**V.**

Fremont Freewheelers Et. Al.

      <u>Defendants</u>

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:    C07 6213 PJH

TO: (Name and address of defendant)

Newark Police Department

Newark, CA. 94560

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

May 29, 2008 at 2:30 pm

450 Golden Gate Ave

San Francisco, CA 94102

415 522-2000

an answer to the complaint which is herewith served upon you, within _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

<u>Richard W. Wieking</u>
CLERK

DATE   4 - 16 -08

BRENDA TOLBERT

(BY) DEPUTY CLERK