MARK P MEUSER, (CSB #231335)
PO Box 5412
Walnut Creek, CA 94596
Telephone: (415) 577-2850
Facsimile: (925) 262-2318
e-mail: mpm@markmeuser.com

Attorney for Larry Nolan, Defendant

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORNEALIUS LOPES,<br>Plaintiff,<br>Vs.<br>FREEMONT FREEWHEELERS, et al.,<br>Defendants. | Case No.: C 07-6213 PJH<br><br>NOTICE OF APPEARANCE OF MARK MEUSER ON BEHALF OF DEFENDANT LARRY NOLAN |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Larry Nolan, does hereby formally appears by and through his attorney Mark Meuser; PO Box 5412; Walnut Creek, CA 94596; telephone: (415) 577-2850; facsimile: (925) 262-2318; email: mpm@markmeuser.com.

Respectfully submitted this 30th day of April 2008.

by: __/s/ Mark P. Meuser_______________
Mark P Meuser (CSB #231335)
PO Box 5412
Walnut Creek, CA 94596
(415) 577-2850 – Telephone
mpm@markmeuser.com

ATTORNEY FOR DEFENDANT LARRY NOLAN

PROOF OF SERVICE
Lopes v. Freemont Freewheelers et. al.
USDC Northern District CA CV 07-06213-JL

I declare that: I am employed in the County of Contra Costa. On April 30, 2008, I served the following document(s):

NOTICE OF APPEARANCE

_X__ **(by mail)** on all parties in said action, by placing a true copy thereof enclosed in a sealed envelope in a designated area for outgoing mail, addressed as set forth below. At the Hassan Law Firm, mail is placed in that designated area, is given the correct amount of postage and is deposited that same day, in the ordinary course of business, in the United States mailbox in the City of Walnut Creek, California.

__X__ (**by electronic transfer**) I caused such document(s) to be electronically served to the parties on the Service List maintained on Pacer's website for this case. My electronic business address is mpm@markmeuser.com.

___ **(by personal delivery)** by causing to be personally delivered a true copy thereof to the person and at the street address set forth below.

____ **(by Federal Express)** delivery, with charges thereon fully prepaid, in a Federal Express collection box, at San Francisco, California, and address as set forth below.

_____ **(by fax transmission)** on all parties by transmitting said document(s) from our office facsimile machine (415) 775-2507 to facsimile machine number(s) shown below. Following transmission, I received a "transmission report" from our fax machine indicating that the transmission had been transmitted without error.

| | |
|---|---|
| Cornelius Lopes<br>6251 Quartz Place<br>Newark, CA 94560 | Plaintiff |
| Gary M. Lepper<br>Furah Faruqui<br>Law Offices of Gary M. Lepper<br>1600 S. Main Street, Suite 305<br>Walnut Creek, CA 94596 | Counsel for Defendants Joseph Dale Wren, Newark Police Department and Jim Davis |

I declare under penalty of perjury and the laws of the United States that the foregoing is true and correct, and that this declaration was executed on April 30, 2008, at San Francisco, California.

__/s/ Mark P. Meuser______________
Mark P. Meuser