MARK P MEUSER, (SBN 231335)
P.O. Box 5412
Walnut Creek, CA 94596
Telephone: (415) 577-2850
Facsimile: (925) 262-2318
E-mail: mpm@markmeuser.com

Attorney for Larry Nolan, Defendant

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORNEALIUS LOPES,<br><br>　　　　Plaintiff,<br><br>　Vs.<br><br>FREEMONT FREEWHEELERS, et al.,<br><br>　　　　Defendants. | Case No.: C 07-6213 PJH<br><br>DEFENDANT LARRY NOLAN'S MOTION TO DISMISS PURSUANT TO RULE 12(b)(6)<br><br>Date: June 25, 2008<br>Time: 9:00am<br>Courtroom: Hon. Phyllis J. Hamilton |

TO ALL PARTIES AND TO THEIR ATTORNEY(S) OF RECORD:

　　PLEASE TAKE NOTICE THAT on June 25, 2008 at 9:00 a.m. before Judge Phyllis J. Hamilton, located at Courtroom 3, 17th floor at 450 Golden Gate Avenue, San Francisco, CA 94102, or as soon thereafter as may be heard, Defendant Larry Nolan will move this Court to dismiss this action against him under Federal Rules of Civil Procedure, Rule 12(b)(6) because 1) the complaint is barred by the statutes of limitation, 2) fails to state a claim upon which relief may be granted, and 3) the relief requested is not authorized under the law.

　　This motion is based on this notice of motion, the memorandum of points and authorities accompanying this motion, the pleadings in this action, the request for judicial

1

Lopez v. Freemont Freewheelers et al.
Nolan Motion to Dismiss

notice of plaintiff's prior criminal prosecution (Alameda Superior Court, Case No. 209109-1) and prior suit against Joseph Dale Wren, et al., (Federal District Court, Northern District of California, Case No., C 06-03705 CRB), and such other and further evidence as may be produced at the time of the hearing.

Dated: May 7, 2008      By: __/s/ Mark P. Meuser_____
                                            Mark P Meuser (SBN 231335)
                                            P.O. Box 5412
                                            Walnut Creek, CA 94596
                                            (415) 577-2850 – Telephone
                                            mpm@markmeuser.com

                              ATTORNEY FOR DEFENDANT LARRY NOLAN