1  DAVID I. DALBY (SBN: 114850)
   ddalby@hinshawlaw.com
2  HINSHAW & CULBERTSON LLP
   One California Street, 18th Floor
3  San Francisco, CA 94111
4  Telephone:   415-362-6000
   Facsimile:    415-834-9070
5
6  Attorneys for Defendants
   USA Cycling, Inc. and Linda Buffetti
7
8
9              UNITED STATES DISTRICT COURT
10             NORTHERN DISTRICT OF CALIFORNIA
11                  SAN FRANCISCO DIVISION
12
   CORNEALIUS LOPES,                )  Case No.:  C 07-6213 PJH
13                                   )
              Plaintiff,             )  Hon. Phyllis J. Hamilton
14                                   )
        vs.                          )  DECLARATION OF LINDA BUFFETTI IN
15                                   )  SUPPORT OF USA CYCLING, INC.'S
   FREEMONT FREEWHEELER, et al.,     )  MOTION FOR DISMISSAL FOR
16                                   )  FAILURE TO PROPERLY SERVE THE
              Defendants.            )  COMPLAINT (FRCP 12(b)(5)
17                                   )
                                     )  Complaint Filed: November 16, 2007
18                                   )
                                     )
19 _____

20      I, LINDA BUFFETTI declare:

21      1.   I am and have been employed full time by defendant USA Cycling, Inc. in
22 Colorado Springs, Colorado since 1999.  USA Cycling is a Colorado non-profit corporation.  I
23 am USA Cycling's member services coordinator for the western region of the United States.  In
24 that capacity, I assist member bicycle clubs in obtaining permits for local cycling events.
25      2.   I am an hourly employee of USA Cycling.  I am not an officer, director, managing
26 agent, general agent of USA Cycling.  I am not an agent authorized by appointment or by law to
27 receive service of process on behalf of USA Cycling.
28
                                        1

3.  On April 23, 2008 while I was working at USA Cycling in Colorado Springs, I received a telephone call from the head of security for the facility, Mr. Chuck George. Mr. George asked me to come to his office. I went to Mr. George's office and a woman I did not know handed me two copies of the summons and first amended complaint in this action in the United States District Court for the Northern District of California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED: May 7, 2008           _____
                                                      LINDA BUFFETTI

2

DECLARATION OF LINDA BUFFETTI IN SUPPORT OF USA CYCLING'S MOTION TO DISMISSAL FOR FAILURE TO PROPERLY SERVE THE COMPLAINT, CASE NO. C 07-6213 PJH

2970950v1 888497