DAVID I. DALBY (SBN: 114850)
CASEY A. HATTON (SBN: 246081)
HINSHAW & CULBERTSON LLP
One California Street, 18th Floor
San Francisco, CA 94111
Telephone:   415-362-6000
Facsimile:    415-834-9070
ddalby@hinshawlaw.com

*Attorneys for Defendants*
USA Cycling, Inc. and Linda Buffetti

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| CORNEALIUS LOPES,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>FREEMONT FREEWHEELER, et al.,<br><br>　　　　Defendants. | Case No.: C 07-6213 PJH<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS USA CYCLING, INC.'S AND LINDA BUFFETTI'S MOTION TO DISMISS THE COMPLAINT PURSUANT TO FRCP RULE 12(b)(5)(6)**<br><br>Date:　　　　June 25, 2008<br>Time:　　　　9:00 a.m.<br>Courtroom:　3<br>Hon. Phyllis J. Hamilton<br><br>Complaint Filed: November 2, 2007 |

　　　　Defendants USA CYCLING, INC's and LINDA BUFFETTI'S Motion to Dismiss this action as to them came on regularly for hearing on Wednesday, June 25, 2008 in the above-entitled court. The Honorable Phyllis J. Hamilton presiding. Defendants USA Cycling, Inc. and Linda Buffetti were represented by their attorney David Ian Dalby of Hinshaw & Culbertson LLP. Plaintiff Cornealius Lopes represented himself.

　　　　After considering the papers in support of and opposing defendants' motion and those matters of which defendants requested judicial notice and the oral argument at the

1

hearing, and Good Cause appearing, defendants' motion to dismiss is granted. Plaintiff's summons and complaint were never properly or timely served on USA Cycling, Inc. The only count alleged against USA Cycling, Inc., Count Eight, is barred by the applicable statute of limitations and fails to state facts upon which relief can be granted.

As to Linda Buffetti, Count Two of the complaint fails to state facts upon which relief can be granted and Count Eighteen is barred by the applicable statute of limitations and fails to state facts upon which relief can be granted.

Accordingly, plaintiff's complaint is dismissed as to defendants USA Cycling, Inc. and Linda Buffetti.

DATED:  June ___, 2008

_____
Phyllis J. Hamilton
United States District Judge