Steven C. Wolan (State Bar No. 56237)
Andrea S. Carlise (State Bar No. 151648)
Maureen M. Duffy (State Bar No. 168090)
PATTON ♦ WOLAN ♦ CARLISE LLP
1999 Harrison Street, Suite 1350
Oakland, California 94612
Telephone: (510) 987-7500
Facsimile: (510) 987-7575

Attorneys for Defendants
LISA FARIA, SHARA MESIC BELTRANO and
STACY PETTIGREW in their capacities
as Alameda County Deputy District Attorneys

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORNELIUS LOPES,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>FREMONT FREEWHEELERS, et al.,<br><br>　　　　　Defendants.<br>_____ / | NO. C-07-6213 PJH<br><br>NOTICE OF MOTION AND MOTION TO DISMISS COMPLAINT FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED [FRCP 12(b)(6)] OR, IN THE ALTERNATIVE, MOTION FOR MORE DEFINITE STATEMENT [FRCP 12(e)]<br><br>Date:　June 25, 2008<br>Time:　9:00 a.m.<br>Dept.:　Courtroom 3, 17th Floor<br>Judge:　Phyllis J. Hamilton |

TO ALL PARTIES HEREIN AND TO THEIR ATTORNEYS OF RECORD:

　　　PLEASE TAKE NOTICE that on June 25, 2008 or as soon thereafter as the matter may be heard in Courtroom 3 of the above-entitled court located at 450 Golden Gate Avenue, San Francisco, California, defendants Alameda County Deputy District Attorneys LISA FARIA, SHARA MESIC BELTRANO and STACY PETTIGREW will and do hereby move this Court to dismiss Plaintiff's Complaint, and every claim therein, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure

1  because Plaintiff's Complaint fails to state a claim upon which relief can be granted, on the grounds that:
2  Plaintiff's Complaint is too vague to determine what is being alleged against which Defendant,
3  Plaintiff's vague claims are barred by *res judicata,* prosecutorial immunity, and the statute of limitations,
4  and any state tort claim is barred by Plaintiff's failure to exhaust administrative remedies. In the
5  alternative, Defendants will and hereby do move this Court for a more definite statement regarding
6  Plaintiff's Complaint, and each claim stated therein, pursuant to Rule 12(e) of the Federal Rules of Civil
7  Procedure.

8      This Motion will be based upon this Notice of Motion, the attached Memorandum of Points and
9  Authorities and Request for Judicial Notice served and filed herewith, the Complaint, the papers and
10  records on file in the above-entitled matter, and on such other oral and documentary evidence as may be
11  presented at the hearing of this motion.

Dated: May 13, 2008

PATTON ♦ WOLAN ♦ CARLISE LLP

by:____/s/_____
STEVEN C. WOLAN
ANDREA S. CARLISE
MAUREEN M. DUFFY
Attorneys for Defendants
LISA FARIA, SHARA MESIC BELTRANO and
STACY PETTIGREW in their capacities
as Alameda County Deputy District Attorneys