1  Steven C. Wolan (State Bar No. 56237)
2  Andrea S. Carlise (State Bar No. 151648)
   Maureen M. Duffy (State Bar No. 168090)
3  PATTON ♦ WOLAN ♦ CARLISE LLP
   1999 Harrison Street, Suite 1350
4  Oakland, California 94612
   Telephone: (510) 987-7500
5  Facsimile: (510) 987-7575

6
   Attorneys for Defendants
7  LISA FARIA, SHARA MESIC BELTRANO and
   STACY PETTIGREW in their capacities
8  as Alameda County Deputy District Attorneys

9

10                        UNITED STATES DISTRICT COURT

11                       NORTHERN DISTRICT OF CALIFORNIA

12

13  CORNELIUS LOPES,                        NO. C-07-6213 PJH

14                 Plaintiff,               DEFENDANTS LISA FARIA, SHARA MESIC
                                            BELTRANO AND STACY PETTIGREW'S
15       vs.                                REQUEST FOR JUDICIAL NOTICE IN
                                            SUPPORT OF THEIR MOTION TO DISMISS
16  FREMONT FREEWHEELERS, et al.,           PURSUANT TO RULE 12(b)(6)
17
                   Defendants.              Date:  June 25, 2008
18                                          Time:  9:00 a.m.
                                    /       Dept.: Courtroom 3, 17th Floor
19                                          Judge: Phyllis J. Hamilton

20

21

22

23       Defendants and Moving Parties LISA FARIA, SHARA MESIC BELTRANO and STACY

24  PETTIGREW request the Court to take judicial notice of the attached documents:

25       1.    Warrant filed on July 15, 2004 entitled People of the State of California v. Neal Lopes,

26  Alameda County Superior Court case number 209109-1. (Exhibit A).

27       2.    Clerk's docket and minutes of October 12, 2005 where the Court granted dismissal of

28  charges in the case of *People v. Lopes*. (Exhibit B).

---

REQUEST FOR JUDICIAL NOTICE                              *Lopes v. Alameda County Deputy District Attorneys*
                                    1                    Case No. C-07-6213 (PJH)

3. Memorandum and Order dated December 14, 2006 entitled *Cornelius Lopes v. Joseph Dale Wren, et al.*, United States District Court for the Northern District of California, case number C 06-03705 CRB. (Exhibit C).

Dated: May 13, 2008                                PATTON ♦ WOLAN ♦ CARLISE LLP

                                                  by:____/s/_____
                                                  STEVEN C. WOLAN
                                                  ANDREA S. CARLISE
                                                  MAUREEN M. DUFFY
                                                  Attorneys for Defendants
                                                  LISA FARIA, SHARA MESIC BELTRANO and
                                                  STACY PETTIGREW in their capacities
                                                  as Alameda County Deputy District Attorneys