Exhibit A

SUPERIOR COURT OF CALIFORNIA, COUNTY OF ALAMEDA,
FREMONT HALL OF JUSTICE

**FILED**
ALAMEDA COUNTY
JUL 1 6 2004
CLERK OF THE SUPERIOR COURT
By _____ Deputy

| PEOPLE OF THE STATE OF CALIFORNIA | NO. 209109-1 |
|---|---|
| v. | COMPLAINT |
| NEAL LOPES | PFN: D04278  CEN: 4267588 |
| Defendant(s). | WARRANT |

The Undersigned, being sworn says, on Information and belief, that NEAL LOPES did, in the County of Alameda, State of California, on or about June 12, 2004, commit a Misdemeanor, to wit: BATTERY, a violation of section 242 of the PENAL CODE of California, in that said defendant(s) did willfully and unlawfully use force and violence upon the person of LLOYD RATH.

### SECOND COUNT

The Undersigned further deposes and says on Information and belief, that said NEAL LOPES did, in the County of Alameda, State of California, on or about June 12, 2004, commit a Misdemeanor, to wit: BATTERY, a violation of section 242 of the PENAL CODE of California, in that said defendant(s) did willfully and unlawfully use force and violence upon the person of BOB PARKER.

Pursuant to Penal Code Section 1054.5(b), the People are hereby informally requesting that defendant's counsel provide discovery to the People as required by Penal Code Section 1054.3.

Complainant therefore prays that a warrant issue and that said defendant(s) be dealt with according to law.

Subscribed and sworn to before me,
Thursday, July 15, 2004

/s/ Newark PD-04-3845



LISA M. FARIA
Deputy District Attorney
State Bar #85555 dm
Alameda County, California