Exhibit B

170-J01 (REV 5

## SUPERIOR COURT OF CALIFORNIA, COUNTY OF ALAMEDA
### CLERKS DOCKET AND MINUTES

| | |
|---|---|
| DOCKET NAME | DEPT. _____ CRT. DATE / TIME |
| EVENT NAME    LOPES, NEAL | RPT. NO. _____ DOCK NO. |
| PROC. | CEN. _____ PFN. _____ A DAY _____ SJ DATE |
| CHARGES | |

| | | | | | |
|---|---|---|---|---|---|
| BAIL | STAT. | BOND DT. | BOND CO. | | DOB |
| BAIL | STAT. | BOND DT. | BOND CO. | | BAC |
| FINE/REST. | DATE PAID | REC. NO. | TIME WAIVED | | |

### PROCEEDING

| | |
|---|---|
| JUDGE | DEP. D.A. |
| DEP. CLERK | DEF. ATTY. |
| REPORTER | OTHERS    ☐ Not Present |

**Defendant:** ☐ Present ☑ Not Present ☐ Excused ☐ In Custody ☐ Pro Per
☐ Interpreter _____ is present. Language spoken: _____
☐ Defendant duly arraigned/advised as to constitutional rights ☐ Defendant waives arraignment ☐ Waiver of Rights filed
☐ Defendant served: ☐ _____ Complaint ☐ Discovery ☐ Petition ☐ Motion ☐ Protective Order (PC 136.2)
☐ Referred to Public Defender ☐ Public Defender files conflict ☐ Financially ineligible ☐ Private counsel appointed
☐ Plea Withdrawn ☐ Change of Plea ☐ Plea to count(s)_____ ☐ Not Guilty ☐ Guilty ☐ No Contest/Found Guilty
☐ Stipulates to:  lesser included / reasonably related  offense of count(s)_____ to charge(s)_____
☐ Time waived for: ☐ Preliminary Examination _____days ☐ Trial ☐ Sentence ☐ Time not waived ☐ Time waiver withdrawn
☐ **Clauses:** ☐ Stricken _____ ☐ Admitted_____ ☐ Sentencing Purposes Only
☐ **Priors:** ☐ Stricken _____ ☐ Admitted_____ ☐ Denied
☐ **Probation:** ☐ **Conditional Sentence:** ☐ Granted for_____years/months ☐ See attached conditions
   ☐ Revoked ☐ Restored ☐ Modified ☐ Extended to _____ ☐ Continue on same terms and conditions ☐ Terminated
☐ Defendant admits probation violation ☐ Previous order revoking probation vacated, set aside, defendant restored to probation
☐ Submit to search and seizure of person, residence, vehicle or any property under defendant's control _____
☐ No contact with / not to approy _____ directly or indirectly: stay at least _____ away
☐ Additional order(s): _____
☐ Petition/Motion _____ ☑ Granted ☐ Denied ☐ Withdrawn
☐ Referred to: ☐ Probation Dept. ☐ Financial Hearing Officer
**Restitution:** ☐ Referred to _____ for Determination ☐ Ordered ☐ Reserved ☐ Modified
☐ Bail Forfeited ☐ Bail Forfeiture Set Aside ☐ Bail Reinstated ☐ Bail Exonerated ☐ Summary Judgment Entered
☐ **Bench Warrant:** ☐ Issued ☐ Withheld ☐ Withdrawn ☐ Bail Set at $_____ ☐ No Cite Release ☐ Night Service

_BSilva's minutes - all exhibits are withdrawn + returned to respective parties — P.O. terminated — info scanned 10/19/05 exhibits courts ..._

| | | | | | |
|---|---|---|---|---|---|
| Cont: Date: | Time: | Dept. | | Time: | Dept. _____ Proc.: |

ORPUS Codes: _____

DOCKET NAME _____    DOCK NO. _____