1 Steven C. Wolan (State Bar No. 56237)
Andrea S. Carlise (State Bar No. 151648)
2 Maureen M. Duffy (State Bar No. 168090)
PATTON ♦ WOLAN ♦ CARLISE LLP
3 1999 Harrison Street, Suite 1350
4 Oakland, California 94612
Telephone: (510) 987-7500
5 Facsimile: (510) 987-7575

6
Attorneys for Defendants
7 LISA FARIA, SHARA MESIC BELTRANO and
STACY PETTIGREW in their capacities
8 as Alameda County Deputy District Attorneys

9
UNITED STATES DISTRICT COURT
10
NORTHERN DISTRICT OF CALIFORNIA
11

12

13 CORNELIUS LOPES,                          NO. C-07-6213 PJH

14             Plaintiff,                    CERTIFICATE OF SERVICE BY MAIL

15     vs.
16
FREMONT FREEWHEELERS, et al.,
17
             Defendants.
18
_____/
19

20

21

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

PROOF OF SERVICE

PROOF OF SERVICE

I, Leah J. Duckworth, declare:

I am employed in the County of Alameda, California. I am over the age of 18 years and not a party to the within-entitled action. I am employed by the law firm of PATTON ♦ WOLAN ♦ CARLISE LLP, whose business address is 1999 Harrison Street, Suite 1350, Oakland, California 94612.

On May 13, 2008, I caused to be served:

NOTICE OF MOTION AND MOTION TO DISMISS COMPLAINT FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED [FRCP 12(b)(6)] OR, IN THE ALTERNATIVE, MOTION FOR MORE DEFINITE STATEMENT [FRCP 12(e)]; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO DISMISS COMPLAINT FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED [FRCP 12(b)(6)] OR, IN THE ALTERNATIVE, MOTION FOR MORE DEFINITE STATEMENT [FRCP 12(e)]; DEFENDANTS LISA FARIA, SHARA MESIC BELTRANO AND STACY PETTIGREW'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF THEIR MOTION TO DISMISS PURSUANT TO RULE 12(b)(6); and [PROPOSED] ORDER

__X__ **(by mail)** on all parties in said action, in accordance with Code of Civil Procedure Section 1013, by placing a true copy thereof enclosed in a sealed envelope in a designated area for outgoing mail, addressed as set forth below. At Patton, Wolan & Carlise, LLP, mail placed in that designated area is given the correct amount of postage and is deposited that same day, in the ordinary course of business, in a United States mailbox in the City of Oakland, California.

Cornelius Lopes
6251 Quartz Place
Newark, CA 94560

I declare under penalty of perjury that the foregoing is true and correct, and that this Declaration was executed on May 13, 2008, at Oakland, California.

_____/s/_____
Leah J. Duckworth

PROOF OF SERVICE