Steven C. Wolan (State Bar No. 56237)
Andrea S. Carlise (State Bar No. 151648)
Maureen M. Duffy (State Bar No. 168090)
PATTON ♦ WOLAN ♦ CARLISE LLP
1999 Harrison Street, Suite 1350
Oakland, California 94612
Telephone: (510) 987-7500
Facsimile: (510) 987-7575

Attorneys for Defendants
LISA FARIA, SHARA MESIC BELTRANO and
STACY PETTIGREW in their capacities
as Alameda County Deputy District Attorneys

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORNELIUS LOPES, | NO. C-07-6213 PJH |
| Plaintiff, | [PROPOSED] ORDER |
| vs. | |
| FREMONT FREEWHEELERS, et al., | Date: June 25, 2008<br>Time: 9:00 a.m.<br>Dept.: Courtroom 3, 17th Floor |
| Defendants. | Judge: Phyllis J. Hamilton |

_____/

Defendants LISA FARIA, SHARA MESIC BELTRANO and STACY PETTIGREW in their capacities as Alameda County Deputy District Attorneys brought a Motion to Dismiss Plaintiff's Complaint or, in the Alternative, a Motion for More Definite Statement in the above-referenced matter which was heard in the above-referenced court this date. The matter was argued and submitted.

The Court having considered all the evidence in the above-referenced matter hereby rules as follows:

///

///

1. Defendants' Motion to Dismiss Plaintiff's Complaint is GRANTED in its entirety with prejudice;

2. Or, in the Alternative, Defendants' Motion for More Definite Statement is GRANTED.

3. Plaintiff shall take nothing by way of his Complaint.

Dated: _____, 2008

_____
PHYLLIS J. HAMILTON, JUDGE
UNITED STATES DISTRICT COURT