MARK P MEUSER, (SBN 231335)
P.O. Box 5412
Walnut Creek, CA 94596
Telephone: (415) 577-2850
Facsimile: (925) 262-2318
E-mail: mpm@markmeuser.com

Attorney for Defendants
Larry Nolan, Garry Birch, and Jason Sage

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CORNEALIUS LOPES,<br><br>    Plaintiff,<br><br>Vs.<br><br>FREEMONT FREEWHEELERS, et al.,<br><br>    Defendants. | Case No.: C 07-6213 PJH<br><br>DEFENDANT GARRY BIRCH AND JASON SAGE'S MOTION TO DISMISS PURSUANT TO RULE 12(b)(6)<br><br>Date: June 25, 2008<br>Time: 9:00am<br>Dept: Courtroom 3, 17th Floor<br>Judge: Hon. Phyllis J. Hamilton |

TO ALL PARTIES AND TO THEIR ATTORNEY(S) OF RECORD:

    PLEASE TAKE NOTICE THAT on June 25, 2008 at 9:00 a.m. before Judge Phyllis J. Hamilton, located at Courtroom 3, 17th floor at 450 Golden Gate Avenue, San Francisco, CA 94102, or as soon thereafter as may be heard, Defendant Garry Birch and Jason Sage will move this Court to dismiss this action against him under Federal Rules of Civil Procedure, Rule 12(b)(6) on the following grounds:

    1) Defendant Jason Sage moves to dismiss this action on the grounds that res judicata bars this complaint;

1

Lopez v. Freemont Freewheelers et al.
Birch and Sage Motion to Dismiss

2) Defendants Jason Sage and Garry Birch move to dismiss the complaint since it is barred by the statutes of limitation;

3) Defendants Jason Sage and Garry Birch move to dismiss this action because the complaint fails to state a claim upon which relief may be granted.

This motion is based on this notice of motion, the memorandum of points and authorities accompanying this motion, the pleadings in this action, the request for judicial notice of plaintiff's prior criminal prosecution (Alameda Superior Court, Case No. 209109-1) and prior suit against Joseph Dale Wren, et al., (Federal District Court, Northern District of California, Case No., C 06-03705 CRB), and prior complaint in Lopes v. Fremont Freewheelers et. al., (Alameda Superior Court, Case No. HG06260161), and such other and further evidence as may be produced at the time of the hearing.

Dated: May 20, 2008            By:  /s/ Mark P. Meuser
                                    Mark P Meuser (SBN 231335)
                                    P.O. Box 5412
                                    Walnut Creek, CA 94596
                                    (415) 577-2850 – Telephone
                                    mpm@markmeuser.com

                                    Attorney for Defendants
                                    Larry Nolan, Garry Birch, and Jason Sage