MARK P MEUSER, (SBN 231335)
PO Box 5412
Walnut Creek, CA 94596
Telephone: (415) 577-2850
Facsimile: (925) 262-2318
e-mail: mpm@markmeuser.com

Attorney for Defendant
Larry Nolan, Garry Birch, and Jason Sage

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CORNEALIUS LOPES,<br><br>           Plaintiff,<br><br>     Vs.<br><br>FREEMONT FREEWHEELERS, et al.,<br><br>           Defendants. | Case No.: C 07-6213 PJH<br><br>[PROPOSED] ORDER GRANTING DEFENDANTS' LARRY NOLAN, GARRY BIRCH, AND JASON SAGE'S MOTION TO DISMISS THE COMPLAINT PURSUANT TO RULE 12(b)(6)<br><br>Date: June 25, 2008<br>Time: 9:00am<br>Dept.: Courtroom 3, 17th Floor<br>Judge: Phyllis J. Hamilton |

Defendants LARRY NOLAN, GARRY BIRCH, and JASON SAGE's Motion to Dismiss this action as to them came on regularly for hearing on Wednesday, June 25, 2008 in the above-entitled court. The Honorable Phyllis J. Hamilton presiding. Defendants Larry Nolan, Garry Birch, and Jason Sage were represented by their attorney Mark P. Meuser. Plaintiff Cornealius Lopes represented himself.

After considering the papers in support of the opposing defendants' motion and those matters of which defendants requested judicial notice and the oral arguments at the

1  hearing, and Good Cause appearing, defendants' motion to dismiss is granted. The counts
2  alleged against the various defendants are barred by the applicable statute of limitations,
3  plaintiff failed to state a cause of action upon which relief could be granted, and as to
4  Defendant Jason Sage, the doctrine of Res Judicata precluded this action from being filed
5  against him.
6  
7  Accordingly, plaintiff's complaint is dismissed as to defendants Larry Nolan,
8  Garry Birch, and Jason Sage.
9  Dated: June ____, 2008          by: _____
10                                              Phyllis J. Hamilton
                                                United States District Judge

Lopez v. Freemont Freewheelers et al.
Order granting Defendants Larry Nolan, Garry Birch, and Jason Sage's Motion to Dismiss