PROOF OF SERVICE
Lopes v. Freemont Freewheelers et. al.
USDC Northern District CA CV 07-06213-JL

I declare that: I am employed in the County of Contra Costa. On May 20, 2008, I served the following document(s):

MOTION TO DISMISS
MEMORANDUM AND POINTS AND AUTHORITIES
REQUEST FOR JUDICIAL NOTICE
PROPOSED ORDER

_X__ **(by mail)** on Plaintiff Lopes, by placing a true copy thereof enclosed in a sealed envelope in a designated area for outgoing mail, addressed as set forth below. At the offices of Mark P. Meuser, mail is placed in that designated area, is given the correct amount of postage and is deposited that same day, in the ordinary course of business, in the United States mailbox in the City of Walnut Creek, California.

__X__ (**by electronic transfer**) I caused such document(s) to be electronically served to the parties on the Service List maintained on Pacer's website for this case. My electronic business address is mpm@markmeuser.com.

| | |
|---|---|
| Cornelius Lopes<br>6251 Quartz Place<br>Newark, CA 94560 | Plaintiff |
| Gary M. Lepper<br>Furah Faruqui<br>Law Offices of Gary M. Lepper<br>1600 S. Main Street, Suite 305<br>Walnut Creek, CA 94596 | Counsel for Defendants Joseph Dale Wren, Newark Police Department and Jim Davis |
| David Ian Dalby<br>Hinshaw & Culbertson LLP<br>One California Street, 18th Floor<br>San Francisco, CA 94111 | Counsel for Defendant United States Cycling Association and Linda Buffetti |
| Steven C. Wolan<br>Andrea S. Carlise<br>Maureen M. Duffy<br>Patton – Wolan – Carlise LLP<br>1999 Harrison Street, Suite 1350<br>Oakland, CA 94612 | Counsel for Lisa Faria, Shara Mesic Beltrano, and Stacy Pettigrew |

　　I declare under penalty of perjury and the laws of the United States that the foregoing is true and correct, and that this declaration was executed on May 20, 2008, at Walnut Creek, California.

　　　　　　　　　　　　　　　　　　__/s/ Mark P. Meuser_____
　　　　　　　　　　　　　　　　　　Mark P. Meuser

1

Lopez v. Freemont Freewheelers et al.
Proof of Service, Birch and Sage Motion to Dismiss