UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

E-filing

CORNELIUS LOPES

    Plaintiff,

FREMONT FREEWHEELERS

    Defendants,

CASE NO. C 076213 PJH

PLAINTIFF ANSWER TO SHOW CAUSE

**RECEIVED** 2008 MAY 16 P 4: 22 RICHARD W. WIEKING, CLERK U.S. DISTRICT COURT NO. DIST. OF CA.

**FILED** MAY 16 2008 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

Plaintiff has filed proof of service on some Defendants but has answered the Court here, to show cause not to dismiss the other defendants from the case.

1   The Plaintiff is showing cause why this Court should not dismiss the complaints on the remaining
2   defendants.
3   Officer Joseph Dale Wren testified for the Defendants in Plaintiff's civil that Cornelius Lopes
4   the Plaintiff was a suspect that day of the accident. From June 12, 2004 until June 3, 2004 the
5   Plaintiff was in contact with David Morse and Associates the claims agent for K&K Insurance
6   and the Newark Police Department giving statement to both. The Defendant officer Wren also
7   testifies the Plaintiff was never mirandized.
8   The remaining defendants as defined in the Courts order to show cause adopted certain conduct
9   know to them intentionally broke the law. The conduct causing the deprivation of the Plaintiff's
10  federal rights can be fairly attributed to the State. The Fremont Freewheelers and the remaining
11  defendants had conducted its investigation into the accident under color of the law and were
12  enforced under color of California law, given to them by officer Wren when asked to perform
13  their investigation. Plaintiff is aware that conduct in "under color of law" or "state action" for
14  purposes of ss1983 are a matter of federal law, Gorenc v. Salt River Project Agr. C.A. 9 Ariz.
15  1989, 869 F.2. 503.
16  The investigation conducted by the Defendants utilized the USCF and the Northern California
17  Cycling Association's web site to figure out how the accident happened and how to help the
18  Alameda County DA prosecute the Plaintiff, even though, they were not the injured party.
19  Larry Upthegrove and Robert Parker conspired under color of law and deprived the Plaintiff his
20  Fourteenth Amendment Right, by testifying but not persuading the D.A. of Alameda County to
21  press charges against the Plaintiff. They were paid by K&K Insurance, HRH a Borker and Chub
22  Medical for the injuries they received as to the negligence of the Fremont Freewheelers Bike Club
23  for the June 12, 2004 accident but yet, settled out of court with the Plaintiff insurance company
24  for the same injuries. Moreover, they both indicated in depositions they became aware as to how
25  the accident happened by chatting online with other cyclist on the ffbc-rt promotions web site.
26  Parker and Upthegrove the Defendants impacted the Plaintiff and as "state actors" they are guilty
27  because they testified the Plaintiff caused them harm, knowing it was not true.
28  Joe Baughman with K&K Insurance conspired and participated on the affairs of an enterprise and

1   engaged in interstate commerce through the pattern of racketeering in violation of 18 U.S.C.
2   ss1962 (d). The Defendant knew if the Plaintiff was found guilty of a crime the insurance
3   company and the Fremont Freewheelers Bike Club and their bike club would not be liable to him
4   or the city for damages. K&K Insurance provided photos of the accident with caption depicting
5   their version of how the accident happened to the FFBC bike club which were posted on their
6   web site, letting the other cyclist know, their version as to how the accident happened. The
7   purpose of illegally committing fraud by utilizing email to defraud the insurance company was his
8   purpose and he corruptly influenced the outcome of a state court proceeding. As a result he denied
9   the due process rights of the Plaintiff.
10  Casey Carrington is an officer with the Northern California Cycling Association allowed
11  through his relationship with Richard Brockie publish on the clubs web site list and solicited
12  the Alameda County District Attorney to file charges against the Plaintiff.
13  Jeff Wong conspired with Jason Sage, Sally Wilson, Gary Birch and Richard Brockie to
14  influence the outcome of a criminal proceeding, the legal issue is this pattern of racketeering
15  involving the enterprise of this group deny the Plaintiff the equal protection of the law. The
16  Plaintiff believes it did, Defendant Wong should be held to answer for his crime under 18 U.S.C.
17  ss1962 and be charged with ss242, battery.
18  Lloyd Rath interfered with Plaintiff's 13th Amendment Rights and as a conspirator "under color"
19  of law he deprived the Plaintiff of his 14th Amendment Rights.
20  The Alameda County District Attorney was served the same time Defendant Faria, Mesic and
21  Petagrew were served; therefore, council's Patton Wolan Carlise should represent it as well.
22  The Plaintiff challenges the way the Alameda County District Attorney selects jurors which is
23  currently segregated to county and state employee's in civil and criminal courts. It violated
24  Due Process Rights and citizens rights in the County of Alameda. Holland v. Illinois, 493, US
25  1990.
26  The Plaintiff asks to have all Defendants held over for trial in these civil rights claims but also
27  need to restate, the Plaintiff is seeking to have these person(s) arrest. I am making a citizens arrest
28  on all defendants for violating the Plaintiffs constitutional rights as defined in his claim.

*Cornelius J. Lopez*
5/16/08