AO 440 (Rev. 8/01) Summons in a Civil Action  /-076213 PJH                                    E-filing

| | |
|---|---|
| **RETURN OF SERVICE** | |
| Service of the Summons and Complaint was made by me [1] | DATE 4/29/08 |
| Name of SERVER: Wai Lee | TITLE: A Personal Process Server |

Check one box below to indicate appropriate method of service

☐ Served Personally upon the Defendant. Place where served:

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Gary Birch
Name of person with whom the summons and complaint were left:
Daughter of Gary Birch at 8126 Locust Place, Dublin. She did not want to give her name. I served a copy of the First Amended Complaint, Summons in Case # C07-6213 PJH

☐ Returned unexecuted:

☐ Other (specify):

FILED MAY 16 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RECEIVED MAY 16 P 4:1

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | to serve as a process server | $30 — |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4/29/08
Date

Signature of Server: Wai La

Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure