AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE 4/29/08 |
| Name of SERVER<br>Wai Lee | TITLE |

Check one box below to indicate appropriate method of service

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Servered to reiception: David Van Duyne at the front desk at Seagate Corp 47010 Kato Rd. Fremont, CA 94538
Richard Brooker

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  | Process Server | $30— |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4/29/08
Date

Signature of Server

6228 Quartz Pl.
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

[Stamp: FILED MAY 16 2008 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]
[Stamp: RECEIVED 2008 MAY 16 P 21 RICHARD W. WIEKING U.S. DISTRICT CLERK DIST. OF CA.]