CV-07-6213 PJH

E-filing

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me FILED | DATE 4-23-08 |
| Name of SERVER Barbara Proctor  MAY 16 2008 | TITLE Private Process Server |

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Check one box below to indicate appropriate method of service

☒ Served Personally upon the Defendant. Place where served: 1 Olympic Plaza Colorado Springs CO

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

RICHARD W. WIEKING, CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA.

2008 MAY 16 P 4:25 RECEIVED

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4-25-08
Date

Signature of Server: Barbara Potts

Address of Server:

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

| ATTORNEY OR PARTY WITHOUT ATTORNEY:<br>Cornelius Lopes<br>6251 Quartz Place<br>Newark, CA 94560<br>TELEPHONE NO.: (510) 790-3818<br>ATTORNEY FOR: | *FOR COURT USE ONLY* |
|---|---|
| DISTRICT COURT OF CALIFORNIA, COUNTY OF | |
| PLAINTIFF:<br>DEFENDANT: Fremont Freewheelers et al | CASE NUMBER:<br>C076213PJH |
| **PROOF OF SERVICE** | Ref. No. or File No.: |

1. I am over 18 years of age and not a party to this action.

2. Received by Courier Process Service, Inc. on 4/23/2008 at 2:16 pm to be served on **Linda Buffetti, 1 Olympic Plaza, Colorado Springs, CO 80909.**

3. **PERSONALLY** served **Summons, First Amended Complaint** to: **Linda Buffetti** at the address of: **1 Olympic Plaza, Colorado Springs, CO 80909, in El Paso County**

4. Date and Time of service:  4/23/2008 at 3:25 pm

5. Description of Person Served: Age: 50s, Sex: F, Race/Skin Color: White, Height: 5'5", Weight: 120, Hair: Black, Glasses: N

6. My name, address, telephone number, and, if applicable, county of registration and number are:
   Name: Barbara Potts
   Firm: Courier Process Service, Inc.
   Address: 115 East Vermijo Avenue, Suite 202, Colorado Springs, CO 80903-2008
   Telephone number: (719) 475-7360
   Registration Number: Process Server
   County: All Areas
   The fee for the service was: $45.00

7. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:

Barbara Potts                                     ▶ *Barbara Potts* (signature)
(TYPE OR PRINT NAME OF PERSON WHO SERVED THE PAPERS)    (SIGNATURE OF PERSON WHO SERVED THE PAPERS)

Page 1 of 1

**PROOF OF SERVICE**                          Job Number 2008005753