AO 440 (Rev. 8/01) Summons in a Civil Action

E-filing

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE 4/25/08 |
| Name of SERVER  Wai Lu | TITLE Process Server |

FILED
MAY 16 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RECEIVED MAY 16 P 4:21 RICHARD W. WIEKING, CLERK U.S. DISTRICT COURT NO. DIST. OF CA

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

Adrissa Ochoa at Patton Wolan Carlise, 1999 Harrison St. 1350 Oakland, CA.

☐ Returned unexecuted: Lisa Faria, Shara Mesic, Mrs. Petagrew and the Alameda County District Attorney's Office. They are counsel for the defendants.

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES  Process Server | TOTAL  $10— |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4/25/08
             Date

Signature of Server  Wai Lu

Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure