CV-07-6213 PJH

AO 440 (Rev. 8/01) Summons in a Civil Action

E-filing

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE 4/29/08 |
| Name of SERVER Wai Lee | TITLE Process Server |

FILED MAY 1 6 2008 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

RECEIVED 2008 MAY 16 P 4:21 RICHARD W. WIEKING, CLERK U.S. DISTRICT COURT NO. DIST. OF CA.

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served:

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Fremont Freewheelers
Name of person with whom the summons and complaint were left:
Daughter of Gary Birch at 8126 Locust Place, Dublin CA. She did not want to give her name. I served upon the daughter the Summons and Complaint First Amended. Case # C076213 PJH

☐ Returned unexecuted:

☐ Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | Process Server | $30— |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 4/29/08
            Date

Signature of Server

Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure