AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | 4-29-08 |

**Name of SERVER**

FILED
MAY 16 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where Served:

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

George Dayzie, Security guard at the front gate of his house, of Tim O'Hara

☐ Returned unexecuted:

☒ Other (specify):

King Security Service Inc.
Merridian on Union City @ Front Gate    Security Officer: George Dayzie

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____          _George Dayzie_
                    Date                              Signature of Server

                                         4-29-08   Security Officer
                                              Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure