AO 440 (Rev. 8/01) Summons in a Civil Action

CV-07-6213 PJH

E-filing

| RETURN OF SERVICE |
|---|
| Service of the Summons and Complaint was made by me | DATE 4/29/08 |
| Name of SERVER Wai Lee | TITLE Process Server |

FILED
MAY 1 6 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Check one box below to indicate appropriate method of service

[X] Served Personally upon the Defendant. Place where served: 22139 Castilley Lane Hayward, CA

[ ] by Serving personally Jason Sage, Promoter of freight Freewheelers.
Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

[ ] Returned unexecuted:

[X] Other (specify): He was served with a Summons and First Amended Complaint in case # C07 6213 PJH

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4/29/08
Date

Signature of Server: Wai Lee

Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure