AO 440 (Rev. 8/01) Summons in a Civil Action          CV-07-6213 PJH          E-filing

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE 4/29/08 |
| Name of SERVER Wai Lee | TITLE Process Server |

RECEIVED
2008 MAY 16 P 4: 21
RICHARD W. WIEKING, CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA.

FILED
MAY 1 6 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Check one box below to indicate appropriate method of service

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): I served the secretary of the place of business of Sally Wilson at 30977 San Antonio Way, Hayward. I served a copy of the summons and complaint, First Amended. In case # C076213 PJH

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES Process Server | TOTAL $30 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4/29/08
                   Date                                Signature of Server: Wai Lee

Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure