MARK P MEUSER, (SBN 231335)
P.O. Box 5412
Walnut Creek, CA 94596
Telephone: (415) 577-2850
Facsimile: (925) 262-2318
E-mail: mpm@markmeuser.com

Attorney for Defendants
Larry Nolan, Garry Birch, Jason Sage, Sally Wilson,
Richard Brockie, Tim O'Hara, & Fremont Freewheelers Bicycle Club

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CORNEALIUS LOPES,<br><br>    Plaintiff,<br><br>Vs.<br><br>FREEMONT FREEWHEELERS, et al.,<br><br>    Defendants. | Case No.: C 07-6213 PJH<br><br>NOTICE OF APPEARANCE FOR RICHARD BROCKIE, TIM O'HARA, SALLY WILSON, AND FREMONT FREEWHEELERS BICYCLE CLUB<br><br>Judge: Hon. Phyllis J. Hamilton |

TO ALL PARTIES AND TO THEIR ATTORNEY(S) OF RECORD:

   PLEASE TAKE NOTICE that Sally Wilson, Richard Brockie, Tim O'Hara, and Fremont Freewheelers Bicycle Club (incorrectly sued as Fremont Freewheelers), does hereby formally appear by and through their attorney Mark Meuser; P.O. Box 5412; Walnut Creek, CA 94596; telephone (415) 577-2850; facsimile (925) 262-2318, and e-mail mpm@markmeuser.com.

//

//

//

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Dated: May 21, 2008            By: __/s/ Mark P. Meuser_____
                                            Mark P Meuser (SBN 231335)
                                            P.O. Box 5412
                                            Walnut Creek, CA 94596
                                            (415) 577-2850 – Telephone
                                            mpm@markmeuser.com

Attorney for Defendants
Larry Nolan, Garry Birch, Jason Sage, Sally Wilson, Richard Brockie, Tim O'Hara, & Fremont Freewheelers Bicycle Club

2

Lopes v. Freemont Freewheelers et. al.
Notice of Appearance for Wilson, Brockie, O'Hara, & Fremont Freewheelers

PROOF OF SERVICE
Lopes v. Freemont Freewheelers et. al.
USDC Northern District CA CV 07-06213-JL

I declare that: I am employed in the County of Contra Costa. On May 20, 2008, I served the following document(s):

NOTICE OF APPEARANCE

_X__ **(by mail)** on Plaintiff Lopes, by placing a true copy thereof enclosed in a sealed envelope in a designated area for outgoing mail, addressed as set forth below. At the offices of Mark P. Meuser, mail is placed in that designated area, is given the correct amount of postage and is deposited that same day, in the ordinary course of business, in the United States mailbox in the City of Walnut Creek, California.

__X__ (**by electronic transfer**) I caused such document(s) to be electronically served to the parties on the Service List maintained on Pacer's website for this case. My electronic business address is mpm@markmeuser.com.

| | |
|---|---|
| Cornelius Lopes<br>6251 Quartz Place<br>Newark, CA 94560 | Plaintiff |
| Gary M. Lepper<br>Furah Faruqui<br>Law Offices of Gary M. Lepper<br>1600 S. Main Street, Suite 305<br>Walnut Creek, CA 94596 | Counsel for Defendants Joseph Dale Wren, Newark Police Department and Jim Davis |
| David Ian Dalby<br>Hinshaw & Culbertson LLP<br>One California Street, 18th Floor<br>San Francisco, CA 94111 | Counsel for Defendant United States Cycling Association and Linda Buffetti |
| Steven C. Wolan<br>Andrea S. Carlise<br>Maureen M. Duffy<br>Patton – Wolan – Carlise LLP<br>1999 Harrison Street, Suite 1350<br>Oakland, CA 94612 | Counsel for Lisa Faria, Shara Mesic Beltrano, and Stacy Pettigrew |

    I declare under penalty of perjury and the laws of the United States that the foregoing is true and correct, and that this declaration was executed on May 21, 2008, at Walnut Creek, California.

                                                  __/s/ Mark P. Meuser_____
                                                  Mark P. Meuser