Steven C. Wolan (State Bar No. 56237)
Andrea S. Carlise (State Bar No. 151648)
Maureen M. Duffy (State Bar No. 168090)
PATTON ♦ WOLAN ♦ CARLISE LLP
1999 Harrison Street, Suite 1350
Oakland, California 94612
Telephone: (510) 987-7500
Facsimile: (510) 987-7575

Attorneys for Defendants
LISA FARIA, SHARA MESIC BELTRANO and
STACY PETTIGREW in their capacities
as Alameda County Deputy District Attorneys

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORNELIUS LOPES,<br><br>               Plaintiff,<br><br>vs.<br><br>FREMONT FREEWHEELERS, et al.,<br><br>               Defendants.<br>_____/ | NO. C-07-6213 PJH<br><br>JOINT CASE MANAGEMENT STATEMENT<br>Federal Rule of Civil Procedure 16(b) and<br>Civil L.R. 16-2<br><br>Date: May 29, 2008<br>Time: 2:30 p.m.<br>Dept.: Courtroom 3, 17th Floor<br>Judge: Phyllis J. Hamilton |

    A.    <u>Description of the Case</u>

        Plaintiff collided with a bicyclist participating in a bicycle race in June 2004 and was subsequently arrested for intentionally causing the accident. Plaintiff was never convicted of these criminal charges and the Superior Court granted dismissal of the case brought against Plaintiff, *People v. Lopes*, No. 209109-1, on October 12, 2005. Following this dismissal, Plaintiff filed a vague Complaint against a number of Defendants, including Assistant District Attorneys LISA FARIA and SHARA MESIC (now SHARA MESIC BALTRANO).

B. <u>Procedural History</u>

1. Plaintiff's First Complaint

On or around June 12, 2006, Plaintiff filed his first Complaint against a number of Defendants including Joseph Dale Wren, the Newark Police Department, the Newark Police Union (collectively, the "City"), LISA FARIA and SHARA MESIC. Plaintiff was allowed to amend his first Complaint four times, after which this Court found that Plaintiff still failed to state a claim against Defendant FARIA. It also found that Plaintiff's allegations against MESIC fell squarely within the doctrine of absolute prosecutorial immunity. Thus, on December 14, 2006, this Court dismissed the claims against FARIA and MESIC, without leave to amend. The City of Newark's Motion for Summary Judgment was granted on June 25, 2007.

2. Plaintiff's Second and Current Complaint Arising from the Same Incident

On or around November 2, 2007, Plaintiff filed his current Complaint in Alameda County Superior Court, and he filed his First Amended Complaint on or around November 8, 2007.

On December 7, 2007, this case was removed from the Alameda County Superior Court to the Northern District of California. On December 13, 2007, Defendant CB Richard Ellis, Inc. filed its Motion to Dismiss pursuant to FRCP 12(b)(6) on the grounds of *res judicata* and statute of limitations. On March 10, 2008, this Court granted Defendant CB Richard Ellis, Inc.'s motion and dismissed it from this case.

On April 25, 2008, the law offices of PATTON ♦ WOLAN ♦ CARLISE LLP received Plaintiff's Summons for his current Complaint which consists of 18 vague and ambiguous "Counts" against a long list of Defendants. The Alameda County District Attorney only appears in Counts 13, 14 and 15, and LISA FARIA, "Mrs. PETAGREW" and SHARA MESIC only appear in Count 17. Like Plaintiff's first Complaint, this second Complaint is vague, ambiguous and often indecipherable.

On May 7, 2008, Defendant Larry Nolan filed his Motion to Dismiss pursuant to FRCP 12(b)(6) on the grounds that the applicable statutes of limitations have run, Plaintiff has failed to state a cause of action upon which relief can be granted, and Plaintiff has failed to plead applicable remedies in accordance with the law. This Motion is scheduled to be heard on June 25, 2008.

///

On May 12, 2008, Defendants Linda Buffetti and USA Cycling filed a Motion to Dismiss as to Counts 2, 8 and 18. This Motion is scheduled to be heard on June 25, 2008.

On May 13, 2008, Defendants FARIA, MESIC BELTRANO and PETTIGREW filed a Motion to Dismiss pursuant to FRCP 12(b)(6) on the grounds of *res judicata*, immunity and statute of limitations. This Motion is scheduled to be heard on June 25, 2008.

On May 20, 2008, Defendants Jason Sage and Garry Birch filed their Motion to Dismiss pursuant to FRCP 12(b)(6) on the grounds that the applicable statutes of limitations have run, Plaintiff has failed to state a cause of action upon which relief can be granted, and as for Jason Sage, that the doctrine of *res judicata* bars the current litigation. Defendant Jason Sage is listed in Counts 1, 4, 5, 6, 7, 8, 12, & 18 while Defendant Garry Birch is listed in Counts 5, 6, 7, 8, 12, & 18.

On May 21, 2008, Defendants Richard Brockie, Tim O'Hara, Sally Wilson, & Fremont Freewheelers Bicycle Club learned that Plaintiff has filed Return of Services that he alleges he properly served them. Defendants will be filing Motions to Dismiss pursuant to FRCP 12(b)(4) that they were not properly served and thus must be dismissed. Defendant Brockie is listed in counts 3, 4, 6, 8, 12, & 18. Defendant Wilson is named in counts 5, 6, 7, 8, 12, & 18. Defendant O'Hara is listed in counts 5, 6, 7, 8, 12, & 18. Defendant Fremont Freewheelers Bicycle Club is listed in counts 1, 2, 3, 6, 7, & 10.

C. <u>Trial Date/Estimated Length of Trial</u>: N/A (see "H" below).

D. <u>Fact Discovery Cutoff</u>: 60 days before trial.

E. <u>Date For Designation of Experts and Other Witnesses</u>: 60 days before trial.

F. <u>Date For Pretrial Conference</u>: 2 weeks before trial.

G. <u>Subject Matter Jurisdiction; Parties Remaining to be Served</u>: Undisputed; unknown.

H. <u>Legal Bases For Defendants' Defenses</u>:

- *Res Judicata*;
- Immunity;
- Statute of limitations.

I. <u>Legal Issues In Dispute</u>: None known to Defendants.

J. <u>Issues For Dispositive Motions</u>: All legal issues (see "H," above).

///

1     K.     <u>Motions Anticipated By the Parties</u>: Defendants have filed Motions to Dismiss based on *res judicata*, immunity and the statute of limitations. If the motions are denied, then Defendants will move for summary judgment.

    L.     <u>Relief Sought By Plaintiff: Amount of Damages Claimed</u>: Unknown.

    M.     <u>Discovery Intended</u>: If Defendants' Motions to Dismiss are denied, the Defendants will conduct depositions.

    N.     <u>Related Cases</u>: C-06-03705-crb.

    O.     <u>Class Action</u>: N/A.

    P:     <u>Earliest Reasonable Dates For Discovery Cutoff, Pretrial Conference and Trial</u>: See "D," "E" and "F" above.

    Q.     <u>Prospects for Settlement</u>: None.

    R.     <u>Meet and Confer Attempts</u>: Unable to reach the plaintiff, Defendants alone submit this Joint Case Management Statement.

Dated: May 22, 2008                           PATTON ♦ WOLAN ♦ CARLISE LLP

                                              by: ___/s/_____
                                                  STEVEN C. WOLAN
                                                  ANDREA S. CARLISE
                                                  MAUREEN M. DUFFY
                                                  Attorneys for Defendants
                                                  LISA FARIA, SHARA MESIC BELTRANO
                                                  and STACY PETTIGREW in their capacities
                                                  as Alameda County Deputy District Attorneys

Dated: May 22, 2008                           by: ___/s/_____
                                                  MARK PHILIP MEUSER
                                                  Attorneys for Defendants
                                                  FREEMONT FREEWHEELERS, LARRY
                                                  NOLAN, GARRY BIRCH, JASON SAGE,
                                                  RICHARD BROCKIE, SALLY WILSON,
                                                  TIM O'HARA

| | | |
|---|---|---|
| 1 | Dated: May 22, 2008 | HINSHAW & CULBERTSON, LLP |
| 2 | | |
| 3 | | by: ___/s/_____<br>DAVID IAN DALBY |
| 4 | | Attorneys for Defendants USA CYCLING, INC., LINDA BUFFETTI |
| 5 | | |
| 6 | Dated: May 22, 2008 | FORTUNE O'SULLIVAN & HUDSON |
| 7 | | |
| 8 | | by: ___/s/_____<br>NORMAN CHARLES LA FORCE |
| 9 | | Attorneys for CB RICHARD ELLIS |
| 10 | | |
| 11 | Dated: May 22, 2008 | LAW OFFICES OF GARY M. LEPPER |
| 12 | | |
| 13 | | by: ___/s/_____<br>FURAH ZAMIR FARUQUI |
| 14 | | Attorneys for NEWARK POLICE DEPARTMENT, JIM DAVIS and JOSEPH DALE WREN |

PROOF OF SERVICE

I, Leah J. Duckworth, declare:

I am employed in the County of Alameda, California. I am over the age of 18 years and not a party to the within-entitled action. I am employed by the law firm of PATTON ♦ WOLAN ♦ CARLISE LLP, whose business address is 1999 Harrison Street, Suite 1350, Oakland, California 94612.

On May 22, 2008, I caused to be served:

- JOINT CASE MANAGEMENT STATEMENT Federal Rule of Civil Procedure 16(b) and Civil L.R. 16-2

__X__ **(by mail)** on all parties in said action, in accordance with Code of Civil Procedure Section 1013, by placing a true copy thereof enclosed in a sealed envelope in a designated area for outgoing mail, addressed as set forth below. At PATTON ♦ WOLAN ♦ CARLISE LLP, mail placed in that designated area is given the correct amount of postage and is deposited that same day, in the ordinary course of business, in a United States mailbox in the City of Oakland, California.

Cornelius Lopes
6251 Quartz Place
Newark, CA 94560

I declare under penalty of perjury that the foregoing is true and correct, and that this Declaration was executed on May 22, 2008, at Oakland, California.

_____/s/_____
Leah J. Duckworth

PROOF OF SERVICE