UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CORNEALIUS LOPES,

    Plaintiff(s),

v.

FREMONT FREEWHEELERS, et al.

    Defendant(s).
_____/

No. C 07-06213 PJH

**CLERK'S NOTICE**

    YOU ARE HEREBY NOTIFIED that the Initial Case Management Conference currently set for May 29, 2008 at 2:30 p.m. is VACATED, in this matter. The case management conference will be reset after the ruling on the pending motions to dismiss.

Richard W. Wieking
Clerk, U.S. District Court

by:_____
Nichole Heuerman, Deputy Clerk
Honorable Phyllis J. Hamilton
(415) 522-2023

Dated: May 23, 2008