MARK P MEUSER, (SBN 231335)
P.O. Box 5412
Walnut Creek, CA 94596
Telephone: (415) 577-2850
Facsimile: (925) 262-2318
E-mail: mpm@markmeuser.com

Attorney for Defendants
Larry Nolan, Garry Birch, Jason Sage Sally Wilson,
Richard Brockie, Timothy O'Hara, & Fremont Freewheelers Bicycle Club

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CORNEALIUS LOPES,<br><br>        Plaintiff,<br><br>    Vs.<br><br>FREEMONT FREEWHEELERS, et al.,<br><br>        Defendants. | Case No.: C 07-6213 PJH<br><br>DEFENDANT SALLY WILSON, RICHARD BROCKIE, TIMOTHY O'HARA, AND FREMONT FREEWHELLERS BICYCLE CLUB'S MOTION TO DISMISS PURSUANT TO RULE 12(b)(5) AND (6)<br><br>Date: July 9, 2008<br>Time: 9:00am<br>Dept: Courtroom 3, 17th Floor<br>Judge: Hon. Phyllis J. Hamilton |

TO ALL PARTIES AND TO THEIR ATTORNEY(S) OF RECORD:

PLEASE TAKE NOTICE THAT on July 9, 2008 at 9:00 a.m. before Judge Phyllis J. Hamilton, located at Courtroom 3, 17th floor at 450 Golden Gate Avenue, San Francisco, CA 94102, or as soon thereafter as may be heard, Defendants Sally Wilson, Richard Brockie, Timothy O'Hara, & Fremont Freewheelers Bicycle Club will move this

1

Lopez v. Freemont Freewheelers et al.
Wilson, Brockie, O'Hara, Fremont Motion to Dismiss

Court to dismiss this action against him under Federal Rules of Civil Procedure, Rule 12(b)(5) and (6) on the following grounds:

1) Defendants move to dismiss the complaint since they were not properly served and the time for service of process has expired;

2) Defendants move to dismiss the complaint since it is barred by the statutes of limitation;

3) Defendants move to dismiss this action because the complaint fails to state a claim upon which relief may be granted.

4) Defendant Fremont Freewheelers Bicycle Club moves to dismiss this action on the grounds that res judicata bars this complaint;

This motion is based on this notice of motion, the memorandum of points and authorities accompanying this motion, the pleadings in this action, the request for judicial notice previously filed by Defendants Jason Sage and Garry Birch (Document 44 filed on 5/20/08) and such other and further evidence as may be produced at the time of the hearing.

Dated: June 2, 2008					By:   /s/ Mark P. Meuser
						Mark P Meuser (SBN 231335)
						P.O. Box 5412
						Walnut Creek, CA 94596
						(415) 577-2850
						mpm@markmeuser.com

						Attorney for Defendants
						Larry Nolan, Garry Birch, Jason Sage, Sally Wilson, Richard Brockie, Timothy O'Hara, & Fremont Freewheelers Bicycle Club

2

Lopez v. Freemont Freewheelers et al.
Wilson, Brockie, O'Hara, Fremont Motion to Dismiss