MARK P MEUSER, (SBN 231335)
P.O. Box 5412
Walnut Creek, CA 94596
Telephone: (415) 577-2850
Facsimile: (925) 262-2318
E-mail: mpm@markmeuser.com

Attorney for Defendants
Larry Nolan, Garry Birch, Jason Sage, Sally Wilson,
Richard Brockie, Tim O'Hara, & Fremont Freewheelers Bicycle Club

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CORNEALIUS LOPES,<br><br>　　　Plaintiff,<br><br>Vs.<br><br>FREEMONT FREEWHEELERS, et al.,<br><br>　　　Defendants. | Case No.: C 07-6213 PJH<br><br>DECLARATION OF FREMONT FREEWHEELERS BICYCLE CLUB IN SUPPORT OF THEIR MOTION TO DISMISS FOR IMPROPER SERVICE<br><br>Date: July 9, 2008<br>Time: 9:00am<br>Dept: Courtroom 3, 17th Floor<br>Judge: Hon. Phyllis J. Hamilton |

　　　My name is Jeff Girard, I am the president of Fremont Freewheelers Bicycle Club. If called as a witness in this proceeding, I could and would competently testify as follows:

　　　1.　　Our Agent for Service of Process as registered with the California Secretary of State is Karen White; 38749 Altura Street; PO Box 1868; Fremont, CA 94538.

---

Lopes v. Freemont Freewheelers et. al.
Declaration of Fremont Freewheelers

1

2. Our website www.fremontfreewheelers.org/officers.html lists all of our officers of the club. Neither Garry Birch, nor his daughter are officers of Fremont Freewheelers. A list of our officers is attached as Exhibit A.

Dated: May 23, 2008          By: _____
                                  Jeff Girard, President
                                  Fremont Freewheelers Bicycle Club

Lopes v. Freemont Freewheelers et. al.
Declaration of Fremont Freewheelers

Exhibit A

## 2007 Club Officers

**Fremont Freewheelers Bicycle Club**

### FFBC Board Meeting

1st Thursday of the month @ 6:30 P.M.
**Sillman Center in Newark**
6800 Mowry Avenue, Newark, CA 94560.
510-742-4400



| President | Jeff Girard | 530.414.0114 |
|---|---|---|
| Vice President | Dan Lucchesi | 510.797.2005 |
| Secretary | Conni Smith | 510.471.8047 |
| Treasurer | Jean O'Donnell | 510.791.2944 |
| Ride Coordinator | Jim Herman | 510.790.9044 |
| Race Team Director | Jason Sage | 510.582.1123 |
| Race Team Liaison | Richard Brockie | 650.868.3346 |
| Director at Large | Becky Denevan | 510.651.4243 |
| Pedal Pounders | Mark Davis | 510.573-0184 |
| Membership | Dave Ransom | 510.796.1258 |
| Newsletter Printing and Distribution | Dave Ransom | 510.796.1258 |
| Club Clothing Sales | Ed Tanaka | 510.657.5068 |
| Newsletter Editor | Wei Sun | 408. 373.9102 |
| Primavera Chair 2008 | Ed Tanaka | 510.657.5068 |
|  | Todd Tracy | 510.742.5482 |
| Web MasterAlternate E-mail | Valdez Hill | 510.794.4474 |
|  | FFBC WebMaster |  |
| Bicycle Education Committee Chair | Eric Dittmar | 510.791.1758 |

| | | |
|---|---|---|
| East Bay Bicycle Coalition | John Goeschi | 408. 921.8129 |
| Member Outreach | Molly Michelfelder | 510.797.6458 |
| Meeting Refreshments | Susan Lucchesi | 510.797.2005 |
| Equipment Manager | Ron Razura | 510.797.6135 |
| Cinderella Chair 2008 | Open | Open |
| *Holiday Party 2007* | Susan Lucchesi | 510.797.2005 |
| | Florence Silver | 510.651.1411 |
| *2007/2008 NOMINATING COMMITTEE* | Florence Silver<br>Dave Epps<br>Todd Tracy<br>Sydney Fridenberg<br>Marylou Hicks<br>Lori Summer | |

ffbc home | rides | primavera | cinderella training rides | race team | club forms | about us

last updated: 09/24/2007

Please contact us with your questions, comments, and suggestions.
Copyright © 2003 Fremont Freewheelers Bicycle Club. All rights reserved.