MARK P MEUSER, (SBN 231335)
P.O. Box 5412
Walnut Creek, CA 94596
Telephone: (415) 577-2850
Facsimile: (925) 262-2318
E-mail: mpm@markmeuser.com

Attorney for Defendants
Larry Nolan, Garry Birch, Jason Sage, Sally Wilson,
Richard Brockie, Timothy O'Hara, & Fremont Freewheelers Bicycle Club

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CORNEALIUS LOPES,<br><br>       Plaintiff,<br><br>Vs.<br><br>FREEMONT FREEWHEELERS, et al.,<br><br>       Defendants. | Case No.: C 07-6213 PJH<br><br>DECLARATION OF TIMOTHY O'HARA IN SUPPORT OF HIS MOTION TO DISMISS FOR IMPROPER SERVICE<br><br>Date: July 9, 2008<br>Time: 9:00am<br>Dept: Courtroom 3, 17th Floor<br>Judge: Hon. Phyllis J. Hamilton |

My name is Timothy O'Hara, if called as a witness in this proceeding, I could and would competently testify as follows:

1.    I have never been personally served in this litigation.

2.    I am in receipt of Document 53 filed on 5/16/08 by the plaintiff in which he claims copies of complaint and summons were left at my house with a person of suitable age, George Dayzie.

Lopes v. Freemont Freewheelers et. al.
Declaration of Timothy O'Hara

3.   George Dayzie is not an adult who lives at my dwelling house and upon understanding and belief he does not even live in the housing complex in which I reside.

4.   George Dayzie is not and has never been my agent.

5.   I did receive a copy of the complaint and summons on May 2, 2008 by Ernesto Bautista. Ernesto Bautista did not know what he was giving me but simply told me that someone had left a package for me.

6.   Ernesto Bautista does not reside at my residence. Upon information and belief Ernesto Bautista does not even reside in the housing complex in which I reside.

7.   I have never received a copy of the complaint and summons via USPS mail since April 29, 2008 to present.

Dated: May 23, 2008            By: _____
                                   Timothy O'Hara

2

Lopes v. Freemont Freewheelers et. al.
Declaration of Timothy O'Hara