MARK P MEUSER, (SBN 231335)
P.O. Box 5412
Walnut Creek, CA 94596
Telephone: (415) 577-2850
Facsimile: (925) 262-2318
E-mail: mpm@markmeuser.com

Attorney for Defendants
Larry Nolan, Garry Birch, Jason Sage, Sally Wilson,
Richard Brockie, Tim O'Hara, & Fremont Freewheelers Bicycle Club

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CORNEALIUS LOPES,<br><br>　　　　Plaintiff,<br><br>Vs.<br><br>FREEMONT FREEWHEELERS, et al.,<br><br>　　　　Defendants. | Case No.: C 07-6213 PJH<br><br>DECLARATION OF RICHARD BROCKIE IN SUPPORT OF THEIR MOTION TO DISMISS FOR IMPROPER SERVICE<br><br>Date: July 9, 2008<br>Time: 9:00am<br>Dept: Courtroom 3, 17th Floor<br>Judge: Hon. Phyllis J. Hamilton |

　　　　My name is Richard Brockie, if called as a witness in this proceeding, I could and would competently testify as follows:

　　　　1.　　I have never been personally served in this litigation.

　　　　2.　　Seagate Technology LLC (incorrectly identified as Seagate Corp) located at 47010 Kato Rd., Fremont, CA 94538 is not my residential address and the receptionist there does not live at my residence.

　　　　3.　　The receptionist at Seagate Technology LLC is not my agent.

1

Lopes v. Freemont Freewheelers et. al.
Declaration of Richard Brockie

4. Upon hearing that the plaintiff claimed to have served me, I spoke with the receptionist and was told that he told the process server that he was not authorized to accept service of process.

5. The receptionist never gave me a copy of the complaint.

6. Since April 29, 2008, I have never received a copy of the complaint via USPS mail.

Dated: May 22, 2008    By: _____
                           Richard Brockie

2

Lopes v. Freemont Freewheelers et. al.
Declaration of Richard Brockie