MARK P MEUSER, (SBN 231335)
P.O. Box 5412
Walnut Creek, CA 94596
Telephone: (415) 577-2850
Facsimile: (925) 262-2318
E-mail: mpm@markmeuser.com

Attorney for Defendants
Larry Nolan, Garry Birch, Jason Sage, Sally Wilson,
Richard Brockie, Tim O'Hara, & Fremont Freewheelers Bicycle Club

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CORNEALIUS LOPES,<br><br>Plaintiff,<br><br>Vs.<br><br>FREEMONT FREEWHEELERS, et al.,<br><br>Defendants. | Case No.: C 07-6213 PJH<br><br>DECLARATION OF SALLY WILSON IN SUPPORT OF HER MOTION TO DISMISS FOR IMPROPER SERVICE<br><br>Date: July 9, 2008<br>Time: 9:00am<br>Dept: Courtroom 3, 17th Floor<br>Judge: Hon. Phyllis J. Hamilton |

My name is Sally Wilson, if called as a witness in this proceeding, I could and would competently testify as follows:

1. I have never been personally served in this litigation.

2. According to the "Return of Service", Document 56, filed 5/16/08, by Plaintiff, the process server states that he served the secretary at 30977 San Antonio Way, Hayward, CA.

3. 30977 San Antonio Way, Hayward, Ca, is not my residential address, it is the address for Columbus Foods. I do not have a secretary who works for me at Columbus Foods.

Lopes v. Freemont Freewheelers et. al.
Declaration of Sally Wilson

1

4. Upon information and belief, it is my understanding that Plaintiff may have given some legal documents to a receptionist at Columbus Foods, on April 30, 2008.

5. Upon information and belief, the receptionist, who was supposedly given documents by the process server no longer works at Columbus Foods.

6. The receptionist is not and has never been my agent.

7. Since April 30, 2008, I have never received a copy of the complaint in the mail.

Dated: May 23, 2008    By: *Sally Wilson*
Sally Wilson

2

Lopes v. Freemont Freewheelers et. al.
Declaration of Sally Wilson