UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CORNEALIUS LOPES,

    Plaintiff,

v.

FREMONT FREEWHEELERS, et al.,

    Defendants.
_____/

No. C 07-6213 PJH

**ORDER**

    Plaintiff Cornealius Lopes filed this action on November 2, 2007 in Alameda County Superior Court. On November 8, 2007, he filed a first amended complaint naming 30 defendants. On December 7, 2007, one of those defendants (the only defendant served as of that date) removed the case. That defendant was subsequently dismissed. It appears that plaintiff has served some, though not all, of the remaining 29 defendants.

    The court is in receipt of various motions to dismiss, filed by 15 defendants. Some of the motions are noticed for hearing on June 25, 2008, and others are noticed for July 9, 2008. In the interests of conserving judicial resources, the court prefers to hear all the motions to dismiss on the same date. Accordingly, the date for the motions presently noticed for June 25, 2008, is hereby CONTINUED to July 9, 2008.

    Plaintiff's opposition to all the motions must be filed and served no later than June 18, 2008. Any replies to the opposition must be filed and served no later than June 25, 2008.

**IT IS SO ORDERED.**

Dated: June 3, 2008

_____
PHYLLIS J. HAMILTON
United States District Judge