FILED
JUN 18 2008
RICHARD
CLERK, U.S.

RECEIVED
2008 JUN 18 P 5:57
RICHARD W. WIEKING, CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA.

CORNELIUS LOPES
6251 QUARTZ PLACE
NEWARK, CA. 94560

UNITED STATED DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Cornelius Lopes
Plaintiff,
v.

Fremont Freewheelers, et al.
Defendants,

E-filing

CASE No. C 07 6213 PJH
**PLAINTIFF'S OPPOSITION TO DISMISSING CLAIMS**

Plaintiff is introducing points and authorities as to why his claims should not be dismissed.

Introduction

Plaintiff was jogging in Newark for 1-1/2 hours in an industrial park on the street closest to the curb in a counter clock wise position. On or around 8:15 am he was struck head on by three cyclists, knocked unconscious and rushed by EMS to Kaiser Hospital in Fremont were hospital records show he was in and out of consciousness. See exhibit P.

Plaintiff was never told he was a suspect nor was the plaintiff given a Miranda warning, yet K&K Insurance and the Newark Police questioned me regarding the accident.

In exhibit Q, from the caption at the bottom this photo was taken on 61204 at 8:11 am as the cyclist ride on the opposite side of the street the Plaintiff was jogging in. In exhibit R, on the top photo the Plaintiff is jogging on opposite side of the street as the cyclists are keeping to the same lane as exhibit Q. Defendant Sage wrote a time line that appears in the original police report this time line has the accident occurring between 8:11 and 8:15, for the record all depositions Defendant Sage has given has the accident occurring at 8:15am. This time line is exhibit S. Exhibits T and U show the Plaintiff and two cyclists down in the lane opposite to where the cyclist were riding. In exhibit V, after the accident all cyclists are back on the opposite side of the street.

During the civil case in July 2007 twelve cyclist testified that they followed one another at speeds reaching 35 miles an hour.

For reasons only a federal trial will discover, a pedestrian who was jogging for an 1-1/2 was hit by three cyclists knocked unconscious and then charges were filed against him seven days later, for battery 2-counts and a Hate crime. This Court should grant the Plaintiff claims to be heard in her Court.







FFBC Home Rides Events Race Team Club Fo

**Fremont Freewheelers Criterium, June 12*th*, 2004**
The Masters 45/55 field.
(Photo by Iwan Tjioe.)

| **ffbc home** | **rides** | **primavera** | **race team** | **pedal pounders** | **about us** | **club form:**

© 2002-04, FFBC RaceTeam
e-mail the **race team webmaster**

[.../2004/Pictures/040612-0811-005.html]: Last ed
Format

Time Table:

7:15 a.m. Jogger is seen on the coarse.

7:15-800 a.m. Jogger is on the course. He is jogger counter to the flow of the race. He is on the inside going opposite direction of the cyclist that are pre-riding the course.

8:00 Masters 45/55 race lines up to start their race. The jogger passes by. Tim O'Hara offers to ask the jogger to jog on the sidewalk.

8:03-8:05 Tim returns to tell the field that the jogger said "fuck you jew".

8:05 The field and the officials decided to go forth and race. They agree to look out for the jogger.

8:06 The race started.

8:11-8:15 The jogger pasted by the officials area. The Chief Official notified him about the race and the permits and if he would move to the sidewalk. The jogger only replied with a middle finger.

8:15 - 8:20 Call over the radio the riders had hit the jogger.

8:20 - 8:40 Emergency service is called. The police are first on the scene. Then fire is called a long with an ambulance. The police officers start their investigation.

9:00 After everything is cleared the race resumes.



(R)

photo: AbbiOrca.com

Photo: fremont_6_04_R_0526

(T)

3A

(u)

photo: fremont_6_04_R_0527

photo: fremont_6_04_R_0534

(v)





The actions of USA Cycling prevented the Newark Police Department and its officers from performing their duties but their active participation resulted in criminal charges and a Hate crime to filed against the Plaintiff. In Trimarco v. Klein NYC 1982the quintessential test for negligence are when: proof of an accepted practice is accompanied by evidence that the Defendant conformed to it. In Griffin v. Breckenridge, 403 U.S. 88 (1971) a unanimous Court held 42 U.S.C. ss1985 (3) applicable to certain private conspiracies. Justice Steward found "three possible forms for this state action limitation" (1) there must be action under color of state law, (2) that there must be interference with or influence upon state authorities and (3) there must be a private conspiracy so massive and effective it supplants those authorities and thus satisfies the state action requirement.

In Exhibit A, the Defendants was represented by David Morris and Associates which performed an investigation on behalf of USA Cycling and forwarded it along with photos to Jason Sage who then forwarded it to the NPD and the Alameda County DA. These actions were done under color of law; as an investigation which influenced state authorities to charge the Plaintiff for a crime, its actions meet limitations (1) and (2). In Exhibit B, David Morris provided the Newark Police Department and Jason Sage with photos with captions. These photos were put on the Fremont Freewheelers web site for other cyclist to view and chat about also as to how their theory of the accident happened. The insured is USA Cycling, it obstructed justice by pretext through their captions on the photos for the purpose of depriving Plaintiff of equal protection of the law.

The requirement as an element of cause of action in (3) is an invidiously discriminatory motivation; ss1983 contains language referring to "custom" of the people of the State a wide spread longstanding practice.

The Constitutional justification for the application of ss1985 (3) is a right to exercise freedom of assembly and freedom of speech as enjoined by all citizens of the United States. The statutory language in ss1 of the Fourteenth Amendment focus entirely on state action problems and there could be deprivation of the equal protection of the law by private citizens.

this statute provides an action for damages for private conspiracies "for purposes of depriving any person or class of persons of the equal protection of the laws, or equal privileges and

immunities under the law. When USA Cycling pretext their version of how the accident happened
and allowed these conversations to be conducted on their web site along with the pictures it shows
a "custom" of the people of the State of California "a wide spread practice" to interject race, in
this present case race was used against the Plaintiff to show he hates and was bias towards a race
and religious people(s). In Exhibit C, because USA Cycling was a state actor and provided false
information to the authorities Plaintiff was charged with a Hate Crime.

Title IV (inter alia) authorizes remedial action by the Attorney General (moon beem) against
continued discrimination in education, 42 U.S.C. ss2000b-2000c. According to USA Cycling
they educate and train cyclist for international competition, see exhibit D.

This claim should not be dismissed "color" of state law and whether there is  conduct which
deprived Plaintiff of equal protection does have an action of recovery  of damages occasioned
by such injury and deprivation by one or more of the conspirators.

USA Cycling has been properly served pursuant to Federal Rules of Civil Procedure, Rule 4 (h)
(1). According to Plaintiff's Exhibit E, Defendant USA Cycling's agent is Defendant Buffetti
as she has the title USCF/NORBA Promoter Service Coordinator. In Exhibit D under purpose,
third paragraph last line USCF/NORBA controls a dozen major events and issues permits.



David Morse & Associates
Insurance Claims Services

sanjose@davidmorse.com
www.davidmorse.com

☒ 5369 Camden Avenue, Suite 220A, San Jose, CA 95124 (408) 445-6800 fax (408) 445-6808
☐ P. O. Box 190, Monterey, CA 93942-0190 (831) 649-4437 fax (831) 649-8824

March 4, 2005

Neal Lopes
6251 Quartz Place
Newark, CA 94560

(A)

Re: Insured: USA Cycling Inc.
Claimant: Neal Lopes
Date of Loss: 6-12-04
Claim Number: AC00637-03
Our File Number: SJ010-048

Dear Mr. Lopes:

We represent the interests of K&K Insurance in the above captioned claim. They insure USA Cycling Inc. which has a constituent organization know as the Fremont Three Wheeler Criterion.

We have been forwarded your claim against the city of Newark regarding the injuries you sustained on June 12, 2004. We have thoroughly investigated the facts and circumstances regarding this claim and now have enough information upon in which to make a liability decision.

We have found no information that places the liability for your injuries on USA Cycling or the Three Wheeler Criterion. In fact, our investigation proves that you were advised many times that the property had been set aside by the cycling club for the purpose of a bicycle race on that day. Instead of allowing the bicycling race to take place without you, you chose to run on the same tracks that the bikes were riding.

As a result, we have advised by out our principal to deny this claim in its entirety. If you have any information, not already provided that you would like to have us reconsider. Please forward it to the undersigned.

We also wish to advise you that if feel your claim has been wrongly denied you may

# David Morse and Associates
## Photo Sheet

Insured Name: U.S.A. Cycling, Inc.
Claim #: AC00637-03
Date of Loss: 6/12/2004

DM&A File #: SJ010-048
Date Taken: 6/12/04
Adjuster Name: Chris Capels

Description: Claimant ran out in front of, and into pack of bicycles.



Photo #: 1

View: Claimant is seen jogging against the path of the bicycles.



Photo #: 2

View: 3 riders went down in the collision with the claimant.





AMR
831 received call
838 Arrived to call
904 Arrived @ hosptl. Reported

# NEWARK POLICE DEPARTMENT
## INCIDENT REPORT

occurrence — where took place

PAGE 1 OF 7

| OFFICER / BADGE #: | DATE / TIME REPORTED: | DAY OF WEEK: | DATE / TIME OF OCCURRENCE: |
|---|---|---|---|
| WREN #66 | 6/12/04 @ 0821 | SAT. | FROM: 6-12-04 @ 0821 To: |

| LOCATION: | BUSINESS NAME: | APT: | CITY: | ZIP: |
|---|---|---|---|---|
| 39000 BLOCK OF EUREKA ST. | | | [X] NEWARK | [X] 94560 |

| OFFENSES: | [ ] ATTEMPT [X] COMPLETED | FORCED ENTRY: [ ] YES [ ] NO | INVOLVES: [ ] ALCOHOL [ ] DRUGS [ ] COMPUTER |
|---|---|---|---|
| P.C. 242 | | | |

| WEAPON / INSTRUMENT USED: [X] NONE | POINT OF ENTRY: | POINT OF EXIT: | HOW LEFT SCENE: | SECURITY SYSTEM: (TYPE) |
|---|---|---|---|---|

| RELATED CASES: | METHOD OF ENTRY | TOTAL LOSS: |
|---|---|---|

CASE NO: 04-3845

**LOCATION TYPE:**

[ ] AIR/BUS/TRAIN TERMINAL (01)
[ ] BANK/SAVINGS & LOAN (02)
[ ] BAR / NIGHT CLUB (03)
[ ] CHURCH / SYNAGOGUE / TEMPLE (04)
[ ] COMMERCIAL / OFFICE BLDG (05)
[ ] CONSTRUCTION SITE (06)
[ ] CONVENIENCE STORE (07)
[ ] DEPARTMENT / DISCOUNT STORE (08)
[ ] DRUG / DOCTORS R OFFICE / HOSPITAL (09)
[ ] FIELD / WOODS (10)
[ ] GOVERNMENT / PUBLIC BLDG (11)
[ ] GROCERY / SUPERMARKET (12)
[X] HIGHWAY / ROAD / STREET (13)
[ ] HOTEL / MOTEL (14)
[ ] JAIL / PRISON (15)
[ ] LAKE / WATERWAY (16)
[ ] LIQUOR STORE (17)
[ ] PARKING LOT / GARAGE (18)
[ ] RENTAL / STORAGE FACILITY (19)
[ ] RESIDENCE / HOME (20)
[ ] RESTAURANT (21)
[ ] SCHOOL / COLLEGE (22)
[ ] SERVICE / GAS STATION (23)
[ ] SPECIALITY STORE (24)
[ ] OTHER / UNKNOWN (25)
[ ] INDUSTRIAL / MANUFACTUR (26)
[ ] MOTOR VEHICLES (27)
[ ] OTHER MOBILE (28)
[ ] OTHER RESIDENTIAL (29)

**SPECIAL REPORTING:**

[ ] DOMESTIC VIOL [ ] GANG RELATED [X] HATE / BIAS MOTIVATION (Possible) [ ] HOMICIDE [ ] LEOKA [ ] SHOP [ ] VCIN [ ] VICTIM OVER 60

**INVOLVED PERSONS**

CODE: I - INFORMANT V - VICTIM W - WITNESS S - SUSPECT RP - REPORTING PERSON
ARREST: N - NONE OV - ON VIEW W - WARRANT ARREST PC - PROBABLE CAUSE CA - CITIZENS ARREST
STATUS: (1) CITE (2) BOOK (3) OTHER
ADULT DISPO: R - RELEASED T - TURNED OVER TO ANOTHER AGENCY M - MISDEMEANOR F - FELONY
JUVENILE DISPO: D - HANDLED WITHIN DEPT J - JUVENILE COURT T - TURNED OVER TO ANOTHER AGENCY

| CODE: | ARREST: | STATUS: | DISPO: | NAME (LAST, FIRST, MI) | RACE: | SEX: | AGE / DOB: |
|---|---|---|---|---|---|---|---|
| S | N | 3 | M | LOPES, NEAL | B | M | 9-11-66 |

| RESIDENCE ADDRESS: | CITY / ZIP: | RESIDENCE PHONE: |
|---|---|---|
| 6251 QUARTZ PLACE | [X] NEWARK 94560 | 790-3818 |
| BUSINESS / SCHOOL ADDRESS: — | CITY / ZIP: [ ] NEWARK 94560 — | BUSINESS PHONE: |

| DL #: | ST: | SSN: | PFN / LOCAL NBR: | HEIGHT: | WEIGHT: | HAIR: | EYES: |
|---|---|---|---|---|---|---|---|
| U4030960 | CA | | | 5-10 | 175 | BLD | BRN |

| INJURY: | INJURY DESCRIPTION: | VIC RELATION TO OFFENDER: |
|---|---|---|
| [X] YES [ ] NO | TRAMA TO UPPER LIP (CUT), FOREHEAD (SWOLLEN) | NONE |

| HANDCUFFS WERE DOUBLE-LOCKED AND CHECKED FOR TIGHTNESS BY ______ | TRANSPORTED TO: | OTHER DESCRIPTION: (SCARS, MARKS, CLOTHING, ETC) |
|---|---|---|

| CODE: | ARREST: | STATUS: | DISPO: | NAME (LAST, FIRST, MI) | RACE: | SEX: | AGE / DOB: |
|---|---|---|---|---|---|---|---|
| V | | | | PARKER, BOB | W | M | 10/24/55 |

| RESIDENCE ADDRESS: | CITY / ZIP: | RESIDENCE PHONE: |
|---|---|---|
| 726 HIBISCUS AVE. | [ ] NEWARK 94560 San Jose | 408 615-7624 |
| BUSINESS ADDRESS: — | CITY / ZIP: [ ] NEWARK 94560 | BUSINESS PHONE: |

| DL #: | ST: | SSN: | PFN / LOCAL NBR: | HEIGHT: | WEIGHT: | HAIR: | EYES: |
|---|---|---|---|---|---|---|---|
| N2677003 | CA | 94 | | 6-01 | 180 | BLK | BRN |

| INJURY: | INJURY DESCRIPTION: | VIC RELATION TO OFFENDER: |
|---|---|---|
| [X] YES [ ] NO | DISLOCATED SHOULDER (LEFT SIDE) | NONE |

| HANDCUFFS WERE DOUBLE-LOCKED AND CHECKED FOR TIGHTNESS BY ______ | TRANSPORTED TO: | OTHER DESCRIPTION: (SCARS, MARKS, CLOTHING, ETC) |
|---|---|---|

**REPORT ROUTING / DISPOSITION**

| COP: | SGTS: | DET: | PC | FU | JP | CHP | SRV CTR | ENG | AA | COURT | OTHER | TOT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LT | | | | (B) | | | | | | | Det info | 6 |

**INVESTIGATIVE STATUS:** (** REQUIRES DISPO)

[X] ACTIVE [ ] INACTIVE [ ] ** UNFOUNDED
[ ] ** CLEARED BY ARREST / EXCEPTION
[ ] ** CLOSED - ACTION COMPLETED

**CASE DISPOSITION:** (CHECK ONLY ONE)

[ ] UNFOUNDED [ ] CLEARED BY ARREST [ ] CLEARED BY ARREST BY ANOTHER AGENCY
[ ] ACTION COMPLETED [ ] EXCEPTION - DEATH OF OFFENDER
[ ] EXCEPTION - PROSECUTION DECLINED [ ] EXCEPTION - EXTRADITION DECLINED
[ ] EXCEPTION - VICTIM REF TO COOPERATE [ ] EXCEPTION - JUVENILE / NO CUSTODY

| REVIEWED BY: | ASSIGNED TO: | FOLLOW-UP DUE: | DATE REC'D IN RECORDS: | DATA ENTRY: |
|---|---|---|---|---|



D

**About USA Cycling**

The company was organized in 1920 as the Amateur Bicycle League of America and was incorporated in New York in 1921. In 1975, the name was changed to the United States Cycling Federation. In 1995, a new organization, USA Cycling, was incorporated in Colorado, and on July 1, 1995, the two corporations merged, with USA Cycling being the umbrella corporation.

Since the creation of the modern bicycle, the United States has been a dominant force in cycling competition. Before World War II, cycling was second only to baseball as a national sporting pastime. Following a period of decline in the 1950s and '60s, cycling regained its popularity and today is the fastest-growing amateur participation and spectator sport. Studies show that more than 99 million Americans are active in cycling. Research futher indicates that these people spend more than $4 billion annually to participate in the sport of cycling, and that these expenditures will likely double over the next several years.

# Purpose

USA Cycling is the official cycling organization recognized by the USOC and is responsible for identifying, training and selecting cyclists to represent the United States in international competitions. USA Cycling, doing business as the USCF, NORBA and USPRO, controls nearly two dozen major events each year and issues permits for up to 3,000 more.

The major activities of USA Cycling ensure the ongoing development and safe participation in the sport of cycling. Membership services and a full spectrum of other responsibilities account for the functions of USA Cycling.

Individual members elect a board of trustees that oversees their respective association, and that board elects two of its members to sit on the board of directors, which sets USA Cycling goals and policies. The members of each association also directly elect an active athlete to sit on the board. The corporation's business is conducted by a paid professional staff, which is overseen by the executive director. Staff members are responsible for administration, coaching and athlete services, Olympic preparation, technical services, membership services, corporate development, sport science research, event planning, media coverage and public relations.

**This Article Published 2003-11-10 14:55:04 For more information contact: alee@usacycling.org**

From: "Sage, Jason" XXXXXXXX@XXXXXXXX.XXX
MIME-Version: 1.0
Mailing-List: list ffbc-rt-promotion@yahoogroups.com; contact ffbc-rt-promotion-owner@yahoogroups.com
Delivered-To: mailing list ffbc-rt-promotion@yahoogroups.com
Precedence: bulk
List-Unsubscribe: <mailto:ffbc-rt-promotion-unsubscribe@yahoogroups.com>
Date: Thu, 17 Jun 2004 15:44:30 -0500
Subject: [ffbc-rt-promotion] FW: Fremont Crit
Reply-To: ffbc-rt-promotion@yahoogroups.com
Content-Type: text/plain; charset=US-ASCII
Content-Transfer-Encoding: 7bit
X-AntiVirus: scanned for viruses by AMaViS 0.2.1 (http://amavis.org/)

An FYI.
JS

-----Original Message-----
From: Buffetti, Linda XXXXXXXX@XXXXXXXX.XXX
Sent: Thursday, June 17, 2004 1:40 PM
To: Sage, Jason
Subject: RE: Fremont Crit

Hi Jason,

Casey notified me on Monday about this bizarre event. I notified the
insurance companies the same day. Just send me the 1st reports of
occurrence and the waivers and police report if you have it.

Thank you and I am so sorry about this.
Linda

Sincerely,
Linda Buffetti
USCF/NORBA Promoter Services Coordinator
CA,NV,CO,AZ,NM,AK,HI
1 Olympic Plaza
Colorado Springs, CO 80909
(719) 866-3295 (voice)
(719) 866-4628 (fax)



Defendant Buffetti conspired to conduct and participate in the affairs of an enterprise through the pattern of racketeering activities in violation of 18 U.S.C. ss1982 (d). The enterprise for the purposes of illegally committing fraud by utilizing email to defraud the insurance company and influencing the outcome of a state court proceeding. This claim is based on the denial of due process rights of a non-profit agency. Due process in this claim speaks most obviously to procedure, especially of criminal procedure required under the Fourteenth Amendment.

When Defendant Wren took the stand in 2007 as a witness for the Defendants in a civil claim it was then that the depravation occurred. That's when Plaintiff found out no Miranda warning was given to him by the NPD; also Defendants Sage, Brockie, Buffetti and others had been given the task to perform an investigation and turn it over to the NPD and Defendant Wren.

Around that same period Plaintiff found out that Defendant Buffetti informed Defendant Sage Chub Medical policy number 64780661 had paid for medical expenses for several cyclists injured up to $25,000. Moreover, K&K Insurance the event insurance under USA Cycling provided coverage to those cyclists as well. HRH was the broker for USCF, for which Defendant Buffetti was the promoter and service coordinator for. See Exhibit E and F.

In Exhibit E Defendant Buffetti communicated with Defendant Sage Exhibit G, to defraud the insurance companies mentioned above, this was to assure the cyclist were compensated and by denying the Plaintiff this same rights and privileges as all citizens see exhibit A, they denied the Plaintiff his due process rights.

This Court should not dismiss this federal civil rights claim. Plaintiff was denied a fair trial which is a fundamental principle of liberty and justice. In Madden v. Kentucky, 309 U.S. 83 1940, the due process and equal protection clauses apply to any "person" and now read to include corporations.

- Richard.M.Brockie@seagate.com

"Sage, Jason" <jsage@allstate.com>
No Phone Info Available

06/21/2004 11:48 AM
Please respond to ffbc-rt-promotion

To: <ffbc-rt-promotion@yahoogroups.com>
cc:
Subject: [ffbc-rt-promotion] final version

Okay here is the final version. Any suggestions please make so I can have the final at the meeting. I want to send out the letter via e-mail to the club, team and an edit version to the NCNCA list. I figure we could talk about this at the meeting.

Thanks
JS
-----Original Message-----
From: Sage, Jason
Sent: Monday, June 21, 2004 11:23 AM
To: Promotion (E-mail); Wilsonsd@Earthlink.Net
Subject: [ffbc-rt-promotion] insurance information

Okay spoke with Linda at USCF.
We have three carriers through them.
1. K and K. Actual event. Called but out to lunch. 1-800-3994.
Will provide further details.

2. HRH - Broker for USCF.
Kathy Sechrist 806-376-4761. Called and left a message.

3. Chub Medical. They handle the medical portion of the claim.
Donna Herron 1-800-252-4676 ext 4232
Policy number 64780661

They provided Excess coverag! e up to 25K. Whomever is injured, their primary, i.. Kaiser, would be the first. If it goes over Chub would step in. They have a 1,000 integrated policy, meaning a deductible. So an injured riders primary would pay the first 1,000. This all pends on the case and other factors.

If a rider has no primary then they would step in.

JS

Yahoo! Groups Links

-----Original Message-----
From: Sage, Jason XXXXXXXX@XXXXXXXX.XXX
Sent: Thursday, June 17, 2004 12:36 PM
To: Buffetti, Linda
Subject: Fremont Crit

Hi Linda, this is Jason Sage, promoter for the Fremont crit. Just wanted to e-mail you regarding the incident we had with the jogger. I wanted to know how in the insurance company would be contacted and what is the game plan. I also wanted to inform you of our game plan.
Thank you
Jason Sage

------------------------ Yahoo! Groups Sponsor ---------------------~-->
Make a clean sweep of pop-up ads. Yahoo! Companion Toolbar.
Now with Pop-Up Blocker. Get it for free!
http://us.click.XXXXXXXX.XXXL5YrjA/eSIIAA/yQLSAA/vOUolB/TM
--------------------------------------------------------------------~->

Yahoo! Groups Links

<*> To visit your group on the web, go to:
http://groups.XXXXXXXX.XXXgroup/ffbc-rt-promotion/

<*> To unsubscribe from this group, send an email to:
ffbc-rt-promotion-unsubscribe@yahoogroups.com

<*> Your use of Yahoo! Groups is subject to:
http://docs.XXXXXXXX.XXXinfo/terms/

From - Thu Jun 17 19:47:02 2004
X-Mozilla-Status: 0018
X-Mozilla-Status2: 00000000
Return-Path: XXXXXXXX@XXXXXXXX.XXX
Delivered-To: XXXXXXXX@XXXXXXXX.XXX
Received: (qmail 24901 invoked from network); 17 Jun 2004 20:55:22 -0000
Received: from unknown (HELO mx3.123-reg.co.uk) (212.67.202.233)
by 192.168.8.25 with SMTP; Thu, 17 Jun 2004 20:55:22 +0000
Received: from [66.218.66.78] (helo=n22.grp.scd.XXXXXXXX.XXX



Defendant Birch was an office with the Fremont Freewheels Bike Club in 2004, he was on the Board of directors as the race team director and race team liason, see exhibits H , I and J. This Defendant was properly served, Plaintiff excepts defense counsels challenge from line 13 of his points and authorities page 6. This Court should not dismiss this federal claim.

Defendant Tim O'Hara was properly served as specified in Code of Civil Procedure Section 415.20 (a) by leaving a copy of the summons and complaint during office hours, (b) a summons may be served on an unusual mailing address which was the guards shack, they except services there for residents. 415.2(a) Plaintiff was granted access to the gated community but when Defendant O'Hara was not home the guard informed me they except packages for residences and are authorized to sign for them. Plaintiff put a copy of the complaint and summons in the mail first class, service of the summons and complaint should be deemed complete upon the Defendant.

Defendant Brockie was served by a server who was told by the Security Officers in building A, of his employer that the gentleman at the counter would except the service and then give it to Defendant Brockie. Upon serving the person at the counter a copy of the complaint was put in the mail and therefore under Cal Civil Code 415.20, Defendant was served.

Defendant Wilson was served in accordance with 415.20 (a) by leaving a copy of the complaint with the secretary and mailing copies of the complaint and summons in accordance with 415.20 of Cal Civil Code.

The depravation the Defendants caused the Plaintiff began when officer Wren testified in 2007 the Plaintiff was not given the Miranda rule. Also, the officer testified the Plaintiff was a suspect that day, and there was no investigation as alleged in the police report, see exhibit K. The statutes of limitations began July of 2007 when the officer opened his mouth and couldn't remember the lie he wrote in the police report dated June 2004.

The claims regarding the Fremont Freewheelers are claims of civil rights violation, no such claim was before state court as mentioned in defense counsels page 12 of its points and authorities, because state courts do not deal with constitutional violations. This Court must grant access to the Plaintiff to be heard on, of the violations of his civil rights by the Defendants.

**Fremont Freewheelers Bicycle Club**

## *2004 Club Officers*

## FFBC Board Meeting

1st Thursday of the month. 6:30 P.M. @ Club Sport Fremont. I-880 @ Warren/Mission Blvd. Exit West.

| | | |
|---|---|---|
| President | Sally Wilson | 510.797-6515 |
| Vice President | Ron Drummond | 510.795-8994 |
| Secretary | Shirley Syed | 510.796.2890 |
| Treasurer | Carrie Payne | 510.795-1802 |
| Ride Coordinator | Darryl Wilson | 510.797-6515 |
| Race Team Director | Garry Birch | 925. 556.1564 |
| Race Team Liaison | Garry Birch | 925. 556.1564 |
| Director at Large | OPEN | |
| Pedal Pounders | Shelley Wills | 510.651.0635 |
| Membership | Max McClanahan | 510-713-9448 |
| Newsletter Printing and Distribution | Louis & Sydney Friedenberg | 510.793.3796 |
| Club Clothing Sales | Neil & Molly Michelfelder | 510.797.6458 |
| Newsletter Editor | Marty Hawn | 510.651.4056 |
| Primavera 2004 Co-Coordinator 's | Valdez Hill | 510.744-9921 |
| | Mark Neer | 1.408.251-4555 |
| Web Master | Valdez Hill | 510.744-9921 |
| Bicycle Education Committee Chair | Eric Dittmar | 510.791.1758 |
| EBBC Rep. | Ken Goldman | 510.790-9105 |

**Fremont Freewheelers Bicycle Club**

## *2005 Club Officers*

## FFBC Board Meeting





1st Thursday of the month. 6:30 P.M. @ Club Sport Fremont. I-880 @ Warren/Mission Blvd. Exit West.



| | | |
|---|---|---|
| President | Sally Wilson | 510.797.6515 |
| Vice President | Ron Drummond | 510.795.8994 |
| Secretary | Gary Smith | 510.797.7809 |
| Treasurer | Carrie Payne | 510.795.1802 |
| Ride Coordinator | Maurizio Gavardoni | 408.392.0715 |
| Race Team Director | Richard Brockie | 650.868.3346 |
| Race Team Liaison | Richard Brockie | 650.868.3346 |
| Director at Large | Mike Northrup | 510.796.8832 |
| Pedal Pounders | Mark Davis | 510.573-0184 |
| Membership | Dave Ransom | 510.796.1258 |
| Newsletter Printing and Distribution | Dave Ransom | 510.796.1258 |
| Club Clothing Sales | Neil & Molly Michelfelder | 510.797.6458 |
| Newsletter Editor | Brad Baldwin | 510.795.7365 |
| Primavera Chair | Mark Neer | 1.408.251-4555 |
| Web Master | Valdez Hill | 510.794.4474 |
| Bicycle Education Committee Chair | Eric Dittmar | 510.791.1758 |
| EBBC Rep. | OPEN | |

Fremont Freewheelers Bicycle Club - FFBC Page 1 of 1

FFBC Home Rides Events Race Team Club Forms About Us

**Fremont Freewheelers Bicycle Club**

# About Us

The Fremont Freewheelers Bicycle Club (FFBC) is a non-profit club organized for the purpose of promoting all facets of bic includes leisure, recreational, touring and racing, always with an emphasis on bicycle safety and education.

FFBC is a member of numerous local, state and national bicycle organizations which promote and protect the rights and w bicycling enthusiasts. These organizations include the East Bay Bicycle Coalition (EBBC), California Association of Bicycle C (CABO), Santa Clara Valley Bicycle Organization (SCVBA) and the United States Cycling Federation (USCF).

For over a quarter century FFBC has been the proud sponsor the the popular *Primavera* bicycle tour. The *Primavera* is a cl bicycle tour of the local area with four different distances: 100 miles (Century), 100 k, 70 k and 25 miles. The *Primavera* i the third Sunday in April every year.

FFBC also sponsors an annual ride series designed to introduce bicycling to women. The *Cinderella Training Rides* were or group of women in FFBC and are geared toward the completion of the women-only Cinderella 100 k ride sponsored every Valley Spokesmen Bicycle Club. Many of the women who have participated in the *Cinderella Training Rides* have gone on t active, cycling members of FFBC and the cycling community in general.

A club newsletter, *The SPOKE'NTRUTH,* is published monthly which provides information on club activities including a com schedule for the coming month for both road and off road (mountain bike) rides. Rides are scheduled for all levels of ridin beginning, intermediate and advanced.

| ffbc home | rides | primavera | cinderella training rides | race team | pedal pounders | about us | club forms
| photo album |

last updated: 03/07/2003

e-mail the webmaster

# Event Chronology

**Event Nun ber:** P2004017724

| Date | Time | Term | Operator | Action |
|---|---|---|---|---|
| 06/12/04 | 08:21:55 | hotseat | 10614 | EVENT CREATED: , Cross Streets= STEVENSON / EUREKA , Call Source= PHONE , Event Type= 1183 - ( P ) - ACCIDENT - NO DETAILS Agency= POLICE , Group= PD , Beat= 2 , Status= A , Priority= : , ETA= 0 , Hold Type= 0 , Disposition= ASSNCASE , Primary Unit= 1D35 , Primary Mi mber= 10496 , Current= F , Open Current= F EVENT COMMENT= BIKE RACE BIKE VS PED |
| 06/12/04 | )8:22:02 | hotseat | 10614 | Unit= 2D67 , Status= DP , Location= STEVENSON/EUREKA , I mployees= 11244 Unit= 2D62 , Status= DP , Location= STEVENSON/EUREKA , I mployees= 10932 |
| 06/12/04 | 08:22:58 | hotseat | 10614 | Unit= 1D35 , Status= DP , Location= STEVENSON/EUREKA , E nployees= 10496 |
| 06/12/04 | 8:23:01 | hotseat | 10614 | Unit= 1D35 , Status= AR , Location= STEVENSON/EUREKA , I mployees= 10496 |
| 06/12/04 | 8:24:52 | hotseat | 10614 | Unit= 2D62 , Status= AM , Location= STEVENSON/EUREKA , I mployees= 10932 |
| 06/12/04 | 8:27:48 | hotseat | 10614 | Unit= 2D67 , Status= AR , Location= STEVENSON/EUREKA , E nployees= 11244 |
| 06/12/04 | 8:28:42 | hotseat | 10614 | EVENT COMMENT= 67/FD |
| 06/12/04 | 8:29:14 | hotseat | 10614 | EVENT COMMENT= FIRE/AMR FOR HEAD INJURY |
| 06/12/04 | 3:29:20 | backup | 10577 | CROSS REFERENCED TO EVENT= F2004001275 |
| 06/12/04 | 3:30:04 | hotseat | 10614 | EVENT COMMENT= PD TO FLAG IN |
| 06/12/04 | 1:34:00 | hotseat | 10614 | SUPP INFO CREATED: PERSO: Name= LOPES,NEAL , Sex= M , Height= 0 , Weight= 0 , Age= 0 , DOB= 091166 |
| 06/12/04 | :53:01 | hotseat | 10614 | Unit= 1D35 , Status= -- , Location= STEVENSON/EUREKA , Emp loyees= 10496 |
| 06/12/04 | :57:51 | hotseat | 10614 | Unit= 2D67 , Status= -- , Location= STEVENSON/EUREKA , Emp loyees= 11244 |
| 06/12/04 | :58:54 | hotseat | 10614 | Unit= 1D35 , Status= CU , Comment= Alarm Timer Extended: 0 , Location= STEVENSON/EUREKA , Employees= 10496 Unit= 2D67 , Status= CU , Comment= Alarm Timer Extended: 0 , Location= STEVENSON/EUREKA , Employees= 11244 |
| 06/12/04 | 0 00:15 | hotseat | 10614 | CASE NUMBER ASSIGNED= R200403845 EVENT COMMENT= CS 242 |
| 06/12/04 | 0 02:17 | hotseat | 10614 | Unit= 1D35 , Status= AM , Location= STEVENSON/EUREKA , En ployees= 10496 |
| 06/12/04 | 0 07:42 | hotseat | 10614 | Agency= POLICE , Group= PD , Beat= 2 , Status= A , Priority= 3 , I TA= 0 , Hold Type= 0 , Disposition= ASSNCASE , Primary Unit= 1D35 , Primary Meml er= 10496 , Current= T , Open Current= F EVENT CLOSED: Unit= 2D67 , Status= AM , Location= STEVENSON/EUREKA , Em ployees= 11244 |
| 06/13/04 | 0 7:21 | hotseat | 10614 | CROSS REFERENCED TO EVENT= P2004017870 |



The Alameda County D.A.'s claims should not be dismissed because of the lasting lynching effects upon the Plaintiff. In exhibit L, Plaintiff was charged with 2-counts of PC 242 on docket number 209109 on 7 21 04 by the Newark Police. See exhibit L.

In exhibit M, the Plaintiff obtained from the California Department of Justice on 2007 a copy of the state's official history of these charges and was surprised to see under the same docket number 209109 on 8/0/2004. The Plaintiff was charged with 2-counts of domestic violence and arrested.

In exhibit N, the County of Alameda Corpus shows the Plaintiff charged with 2-counts of PC 242 under docket number 209109.

For the record the Plaintiff was never arrested by any agency but was told by the Criminal Court that pictures and prints were required so the Plaintiff went to the Fremont Police Department to comply with the Court order and did so, this was on 8/9/2004.

Plaintiff was never shown photo's by the DA as a matter of fact Attorny's Harry Traback, Attorny's Schnayerson, Mockus and Martinez were my criminal attorney's during this time and they were also told by Defendant Petegrew and Masic no photo's existed eleven months later did those people in the d.a.'s office reveal to Mr. Traback my attorney it had photos. See exhibit O.

This court must not dismiss the claims against the alameda county d.a because the civil rights violations were discovered in July of 2007 when Defendant Wren took the stand for the state and couldn't remember his lie, it is the diligence of the Plaintiff and the belief the "freedom" which keeps his claims alive. I look forward to clearing my name and changing working towards changing California law as it applies to citizens being charges and tried for crimes they did not commit.

WARRANT OF ARREST

FREMONT HALL OF JUSTICE
39439 PASEO PADRE PKWY., FREMONT, CA 94538

THE PEOPLE OF THE STATE OF CALIFORNIA

VS. (L)

DOCKET NUMBER: 209109
CEN: 4267588
PFN: DPH278

DEFENDANT: NEAL LOPES
EVENT NAME: NEAL LOPES
PFN NAME:
DEPT NO: 607
DOB: 09/11/66 RACE: B SEX: M HT: 510 WT: 175 REPORT NO: NPD04-3845
HAIR: 00 EYE: BR BALD: GLASS: MAR: POB: WCD: 07/01/09
SALIENT CHAR:
ADDRESS: 6251 QUARTZ
C-S-Z: NEWARK, CA 94560
TELEPHONE NO: AREA CODE:
EMPLOYER:
DLN: CAU4030960 SSN:
CII: FBI: MISDEMEANOR

---

WARRANT OF ARREST

THE PEOPLE OF THE STATE OF CALIFORNIA, TO ANY PEACE OFFICER IN THIS STATE:

A COMPLAINT UPON OATH HAVING BEEN MADE BEFORE ME THAT THE OFFENSE(S) OF PC 242 M, PC 242 M
HAVING BEEN COMMITTED, AND ACCUSING NEAL LOPES THEREOF.

YOU ARE COMMANDED FORTHWITH TO ARREST THE ABOVE NAMED DEFENDANT, AND TO BRING SAID DEFENDANT FORTHWITH BEFORE THE ABOVE ENTITLED SUPERIOR COURT.

DEFENDANT MAY BE ADMITTED TO BAIL IN THE AMOUNT OF: $3000.00.

( ) MAY BE SERVED DAY OR NIGHT ( ) CASH BAIL ONLY
(✓) DAY SERVICE ONLY 7 AM TO 10 PM ( ) EXTRADITE/NOT LIMITED TO CALIF

DATED: 7-21-2004 [signature]
JUDGE

SUPERIOR COURT OF CALIFORNIA EUREKA COUNTY OF ALAMEDA

************************************************************************

RETURN OF PEACE OFFICER

I CERTIFY THAT I RECEIVED THE WITHIN WARRANT ON ______________, ______
THAT I SERVED THE SAME BY ARRESTING THE WITHIN NAMED DEFENDANT ON ______________, ______, AND THAT I HAVE BROUGHT SAID DEFENDANT INTO COURT ON ______________, ______.

______________________________ ______________________________
NAME AND TITLE OF PEACE OFFICER OFFICER OR DEPUTY

UPON ADMISSION TO BAIL, SET APPEARANCE FOR NEAREST DAY THAT WILL ALLOW RECEIPT OF BOTH WARRANT AND BAIL BY THIS COURT. TIME: 9:00 AM ON ANY DAY, MONDAY THROUGH FRIDAY, EXCEPT HOLIDAYS.

DATE:20040922 TIME-13:31:50 PAGE:004
CII NUMBER:A07812141 NAME:EVANS,CONRELIUS JOHN III

CRIMINAL HISTORY TRANSCRIPT FOR OFFICIAL USE ONLY
*UNAUTHORIZED USE IS A CRIMINAL OFFENSE*

| DATE | AGENCY/FILE NUMBER | NAME | COUNT | ACTION |
|---|---|---|---|---|
| | | | 20011012 | -CONV SET ASIDE & DISM PER 1203.4 PC |

ARREST/DETAINED/CITED DOB:19660911
20040809 CASOOAKLAND 06 01 -BENCH WARRANT
010ARA413-010ARA413
242
PC-BATT:NONCOHABITATING
FORMER SPOUSE/ETC
WARRANT #209109
ARRESTED BY:
CAPDNEWARK

02 -BENCH WARRANT
242
PC-BATT:NONCOHABITATING
FORMER SPOUSE/ETC
WARRANT #209109
ARRESTED BY:
CAPDNEWARK

COM:
CNT01 NUM- T01430

ADR:
080904 (6251, QUARTZ,,, NEWARK, CA, 94560, )

SCN:
01942220009

California Penal Code Section 11125 states:
"No person or agency shall require or request another person to furnish a copy of a record or notification that a record exists or does not exist, as provided in Section 11124. A violation of this section is a misdemeanor."

Dated: SEP 24 2004

* * * *

```
ALAMEDA COUNTY CORPUS EVENTS AS OF 04/20/05 1047           TERM MSF4    PAGE  1
        REQUESTED FOR: TEG4372 CRIM HIST FRT CTR INFO
NAME:  EVANS, CORNELIUS JOHN                                  PFN: ARA413

SEX RACE  DOB    POB HGT WGT HAIR EYES YRCO YRCA YADR CITIZEN  CII: 07812141
 M    B  09/11/66 CT 510 175  00   BR   80   80         YES
                                                              FBI: 222216EA5

CHARACTERISTICS  OCCUPATION       EMPLOYER  -  SINCE          DLN: CAU4030960
                 GENERAL MGR      LARRY'S CONVECT 91
                                                              SSN: 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
                                                                    2 MORE SSNS
ADDRESS                                CITY                 STATE ZIP     PHONE
6251 QUARTZ                            NEWARK                  CA   94560 763-1514

ALIASES: LOPES, NEAL
         LOPES, NEAL JOHN
         EVANS, CONRELIUS JOHN
         EVANS, CONRELIUS JOHN 3

PERSON STATUS: NOT KNOWN TO FORMAL PROBATION
               NOT IN CUSTODY

---------------------- * * * * *  A C T I V E  * * * * * -----------------------
EVENT NAME: LOPES, NEAL
EVENT      08/09/04 1437 NEWARK PD                                 CEN: 4267588
BOOKING    08/09/04 1457 NEWARK PD                        RPT NO.: NPD04-3845
                    CUSTODY STATUS: IDENTIFIED AND RELEASED
 1) PC 242 M                CRT DOCKET: 209109             -NO DATA
 2) PC 242 M                CRT DOCKET: 209109             -NO DATA
                       ---------------------------------

DKT NAME:                                 DCCO:
COMP FILED 07/16/04 FREMONT HALL OF JUSTICE                    DOCKET: 209109
LAST CRT 04/20/05 DISP   DEPT: 607
*PENDING 04/26/05 RHG    DEPT: 607 TIME: 0900
                    BAIL STATUS: OWN RECOGNIZANCE               BAIL:
                    DFNS ATTY: TRABACK
 1) PC 242 M                ENTERED  AT BOOKING            -NO DATA
 2) PC 242 M                ENTERED  AT BOOKING            -NO DATA
```



Neal Lopes
5/4/05 8:20:23 AM
Docket# 209109

Shara Mesic

I would like to get a copy of the CD that contains the pictures from the police report date 6/12/04 from the courts docket # 209109. On 5/3/05 my attorney received for the first time several pictures from this CD, I would like to see all the pictures on the CD or get a full copy of the CD. My next court date is 5/26/05, I can pick up the CD from your office or you can mail it to my attorney.

Regards,

Neal Lopes

5/4/05 faxed to phone