1  Steven C. Wolan  (State Bar No. 56237)
2  Andrea S. Carlise (State Bar No. 151648)
   Maureen M. Duffy (State Bar No. 168090)
3  PATTON ♦ WOLAN ♦ CARLISE LLP
   1999 Harrison Street, Suite 1350
4  Oakland, California 94612
   Telephone:  (510) 987-7500
5  Facsimile:  (510) 987-7575

6
   Attorneys for Defendants
7  LISA FARIA, SHARA MESIC BELTRANO and
   STACY PETTIGREW in their capacities
8  as Alameda County Deputy District Attorneys

9

10                    UNITED STATES DISTRICT COURT

11                  NORTHERN DISTRICT OF CALIFORNIA

12

13  CORNELIUS LOPES,                    NO.  C-07-6213 PJH

14                  Plaintiff,          REPLY MEMORANDUM OF POINTS AND
                                        AUTHORITIES IN SUPPORT OF
15      vs.                             DEFENDANTS FARIA, BELTRANO AND
                                        PETTIGREW'S MOTION TO DISMISS
16                                       COMPLAINT FOR FAILURE TO STATE A
    FREMONT FREEWHEELERS, et al.,        CLAIM UPON WHICH RELIEF CAN BE
17                                       GRANTED [FRCP 12(b)(6)] OR, IN THE
                    Defendants.          ALTERNATIVE, MOTION FOR MORE
18                                       DEFINITE STATEMENT [FRCP 12(e)]
19  _____/

20                                       Date:  June 25, 2008
21                                       Time:  9:00 a.m.
                                         Dept.:  Courtroom 3, 17th Floor
22                                       Judge: Phyllis J. Hamilton

23

24

25              I.    **INTRODUCTION**

26      Plaintiff Cornelius Lopes' (hereinafter "Plaintiff") has filed a 27-page document in response to

27  the instant motion (hereinafter "Opposition") which is incomprehensible.  This Opposition consists of a

28  title page and six pages of text interspersed with 20 pages of photos and other documents that appear to

---

1    be exhibits related to the June 2004 incident at issue in Plaintiff's Complaint. However, none of the

2    pages of Plaintiff's Opposition provides any intelligible response to Defendants' Motion to Dismiss, nor

3    do they provide any authority for Plaintiff's allegations against Defendants LISA FARIA, SHARA

4    MESIC BELTRANO or STACY PETTIGREW.

5        In sum, Plaintiff fails to provide any support for his request that "the Alameda County D.A.'s

6    claims should not be dismissed [*sic*]." (Opposition, 23:1-2). Further, he fails to address any of the issues

7    raised in the Motion to Dismiss. Thus, Defendants respectfully request that the Motion to Dismiss be

8    granted in its entirety, without leave to amend and that Defendants FARIA, MESIC BELTRANO and

9    PETTIGREW be dismissed from the case.

10                            **II.    LEGAL ARGUMENT**

11       A Motion to Dismiss under FRCP 12 (b)(6) is appropriate when Plaintiff fails to state a claim

12   upon which relief can be granted. Here, Plaintiff has failed to state a claim against any of the

13   Defendants which is comprehensible, or upon which relief can be granted. Further, as noted in the

14   Memorandum of Points and Authorities in Support of Defendants' Motion to Dismiss, Plaintiff's

15   Complaint is difficult to decipher, but Defendants *guess* that Plaintiff is alleging claims against

16   Defendants which are barred by *res judicata*, prosecutorial immunity, the statute of limitations, and

17   Plaintiff's failure to exhaust required administrative remedies.

18       A.    Plaintiff Fails to Provide Any Support for His Opposition to Defendants' Motion to Dismiss

19       In the document entitled "Plaintiff's Opposition to Dismiss Claims," Plaintiff does not provide

20   any support, nor even any mention, as to why his claims against Defendants FARIA, MESIC

21   BELTRANO and PETTIGREW should not be dismissed. In fact, Plaintiff's Opposition does not

22   mention Alameda County Deputy District Attorney Defendants FARIA, MESIC BELTRANO or

23   PETTIGREW in any way, and Plaintiff only mentions "the Alameda County D.A." once, as follows:

24   "The Alameda County D.A.'s claims should not be dismissed because of the lasting lynching effects

25   upon the plaintiff." (Opposition, 23:1-2). Such an assertion does not provide any guidance to

26   Defendants as to what he is asserting against them, nor does it provide any authority for not dismissing

27   his Complaint against them.

28   ///

---

1

**III.   CONCLUSION**

2        For the foregoing reasons, it is respectfully requested that this Court grant Defendants' Motion to

3    Dismiss in its entirety, without leave to amend, and dismiss Defendants from this case.

4

5    Dated:  June 25, 2008                        PATTON ♦ WOLAN ♦ CARLISE LLP

6

7                                                by:____/s/_____
                                                    STEVEN C. WOLAN
8                                                   ANDREA S. CARLISE
                                                    MAUREEN M. DUFFY
9                                                   Attorneys for Defendants
                                                    LISA FARIA, SHARA MESIC BELTRANO and
10                                                  STACY PETTIGREW in their capacities
                                                    as Alameda County Deputy District Attorneys
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PROOF OF SERVICE

1

2    I, Leah J. Duckworth, declare:

3        I am employed in the County of Alameda, California. I am over the age of 18 years and

4    not a party to the within-entitled action. I am employed by the law firm of PATTON ♦ WOLAN

5    ♦ CARLISE LLP, whose business address is 1999 Harrison Street, Suite 1350, Oakland,

6    California 94612.

7        On June 25, 2008, I caused to be served:

8    ▪    REPLY MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF
         DEFENDANTS FARIA, BELTRANO AND PETTIGREW'S MOTION TO DISMISS
9        COMPLAINT FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN
         BE GRANTED [FRCP 12(b)(6)] OR, IN THE ALTERNATIVE, MOTION FOR MORE
10       DEFINITE STATEMENT [FRCP 12(e)]

11

12   _X_  (by mail) on all parties in said action, in accordance with Code of Civil Procedure
              Section 1013, by placing a true copy thereof enclosed in a sealed envelope in a
13            designated area for outgoing mail, addressed as set forth below. At PATTON ♦
              WOLAN ♦ CARLISE LLP, mail placed in that designated area is given the correct
14            amount of postage and is deposited that same day, in the ordinary course of
              business, in a United States mailbox in the City of Oakland, California.
15

16       Cornelius Lopes
17       6251 Quartz Place
         Newark, CA 94560
18

19       I declare under penalty of perjury that the foregoing is true and correct, and that this

20   Declaration was executed on June 25, 2008, at Oakland, California.

21

22            ____/s/_____
              Leah J. Duckworth
23

24

25

26

27

28

PROOF OF SERVICE