GARY M. LEPPER, #45498
FURAH Z. FARUQUI, #233083
LAW OFFICES OF GARY M. LEPPER
1600 S. Main Street, Suite 305
Walnut Creek, CA 94596
(925) 256-6180
(925) 943-6190 (fax)

Attorneys for defendants
Joseph Dale Wren, Newark Police Department
and Jim Davis

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORNELIUS LOPES, | ) No. C07-06213-PH |
| Plaintiff, | ) **DECLARATION OF FURAH FARUQUI** |
| vs. | ) **IN SUPPORT OF JOSEPH DALE** |
| | ) **WREN, NEWARK POLICE** |
| | ) **DEPARTMENT and JIM DAVIS' REPLY** |
| FREMONT FREEWHEELERS, et al., | ) **TO PLAINTIFF'S OPPOSITION TO** |
| | ) **MOTION TO DISMISS (Federal Rule of** |
| Defendants. | ) **Civil Procedure 12(b)(6)** |
| | ) |
| | ) **Date:    July 9, 2008** |
| | ) **Time:    9:00 a.m.** |
| | ) **Courtroom: 3** |

I, Furah Z. Faruqui, declare and say:

1.      I am an attorney-at-law admitted to practice in the Northern District of California and am an associate with Law Offices of Gary M. Lepper, attorneys-of-record for defendants Joseph Dale Wren, Newark Police Department, and Jim Davis.

2.      Attached as Exhibit A is a true and correct copy of the police report filed by Officer Wren on June 12, 2004.

If called as a witness, I could so testify competently under oath. So declared under penalty of perjury this 25th day of June, 2008, at Walnut Creek, California.

_____/s/_____
FURAH Z. FARUQUI

FARUQUI DECLARATION          1      *F:\CASE\Lopes\NEW\P\MOTION DISMISS\REPLY.dec.Faruqui.doc*
No. C07-06213-PH