

**NEWARK POLICE DEPARTMENT**

NARRATIVE

CASE NO: 04-3845    DATE: 6-13-04    OFFICER: WREN    PAGE 1 OF 2

| | |
|---|---|
| 1 | SCENE: ON 6-13-2004 AT 0800 HRS I RECIEVED A REQUEST |
| 2 | TO CONTACT NEAL LOPES. I WAS PROVIDED WITH LOPES |
| 3 | TELEPHONE NUMBER. |
| 4 | |
| 5 | STATEMENT: LOPES TOLD ME THAT HE DID NOT REMEMBER |
| 6 | WHAT HAD HAPPENED AT THE TIME OF INCIDENT. LOPES TOLD |
| 7 | ME THAT HE NOW RECALLS WHAT LEAD UP TO THE INCIDENT. |
| 8 | HE SAID THAT HE WAS RUNNING IN THE AREA OF EUREKA ST. AND |
| 9 | STEVENSON. LOPES SAID HE RUNS IN THE AREA "ALL THE TIME." |
| 10 | ON THIS INCIDENT LOPES SAID HE DID NOTICE THAT THE ROADWAYS |
| 11 | WERE BEING BLOCKED OFF. HE STARTED RUNNING LAPS PRIOR |
| 12 | TO THE BICYCLE RACE STARTING. LOPES SAID THAT THE RACERS |
| 13 | HAD PASSED HIM SEVERAL TIMES, GOING IN THE OPPSITE DIRECTION. |
| 14 | LOPES SAID THAT HE WAS IN THE ROADWAY WHEN THE |
| 15 | RACERS WERE APPROACHING. LOPES SAID HE NOTICED A RACER |
| 16 | COMING AT HIM WITH HIS HEAD DOWN. LOPES TOLD ME THAT |
| 17 | THIS RIDER STEERED TOWARDS HIM CAUSING THE IMPACT. LOPES |
| 18 | BELIEVES THAT THIS ACT WAS INTENTIONAL ON BEHALF OF THE |
| 19 | RACER. |
| 20 | After LOPES PROVIDED ME WITH THIS INFORMATION I ASKED |
| 21 | HIM QUESTIONS. I ASKED LOPES IF HE WAS TOLD TO STAY |
| 22 | OFF THE COURSE AND HE SAID "NO." I TOLD HIM THAT IT |
| 23 | WAS REPORTED THAT HE ARGUED WITH ANOTHER PARTY ABOUT BEING |
| 24 | OUT ON THE TRACK. LOPES TOLD ME THAT EVERYONE HE CAME |
| 25 | INTO CONTACT WITH WAS NICE. HE SAID HE NEVER ARGUED WITH |
| 26 | ANYONE. |
| 27 | AFTER SPEAKING WITH LOPES REGARDING THIS INCIDENT |
| 28 | I TOLD HIM THAT THE REPORT WILL BE SENT TO THE DA'S OFFICE. |

**EXHIBIT A**

NPD014



**NEWARK POLICE DEPARTMENT**
NARRATIVE

CASE NO: 04-3845    DATE: 6-13-04    OFFICER: Wren #66    PAGE 2 of 2

1  I EXPLAINED TO LOPES THAT THERE WAS INFORMATION THAT
2  HE MAY HAVE STRUCK A RACER WITH HIS ARM. LOPES TOLD
3  ME THAT HE REMEMBERS SOMEONE SAYING THIS AS HE WAS
4  LYING ON THE GROUND. LOPES DENIES THIS, SAYING THAT HE
5  WAS JUST JOGGING.
6     LOPES HAD NO FURTHER INFORMATION TO PROVIDE.
7
8  END OF REPORT          66
9
10    ON 6-13-04 AT 1545 hrs I WAS NOTIFIED BY NEWARK POLICE dispatch
11  That A FAX HAD BEEN RECIEVED ADDRESSED TO ME. THIS FAX WAS SIGNED
12  BY A PERSON IDENTIFYING HIMSELF AS "NEAL LOPES." THE FAX
13  IS A TYPE WRITTEN STATEMENT CONCERNING THE INCIDENT WHICH
14  occurred ON 6-12-04. THIS FAX STATEMENT WILL BE ATTACHED TO
15  THIS REPORT.
16
17          66
18
19
20
21
22
23
24
25
26
27
28

NPD0014



# NEWARK POLICE DEPARTMENT
## INVOLVED PERSONS

CASE NO: __04-3845__                    PAGE __3__ OF __7__

**INVOLVED PERSONS**

CODE: 1=INFORMANT, 2=VICTIM, 3=WITNESS, 4=SUSPECT, 5=REPORTING PERSON
ARREST: N=NONE, O=ON VIEW, W=WARRANT ARREST, PC=PROBABLE CAUSE, C=CITIZEN ARREST
STATUS: R=CITE, B=BOOK, O=OTHER
ABUSE DISPO: R=RELEASED, T=TURNED OVER TO ANOTHER AGENCY, M=MISDEMEANOR, F=FELONY
JUVENILE DISPO: H=HANDLED WITHIN DEPT, J=JUVENILE COURT, T=TURNED OVER TO ANOTHER

| CODE: | ARREST: | STATUS: | DISPO: | NAME (LAST, FIRST, MI) | RACE: | SEX: | AGE / DOB: |
|---|---|---|---|---|---|---|---|
| V | | | | RATH, LLOYD | W | M | 8-3-47 |

ADDRESS: [X]RESIDENCE [ ]BUSINESS  583 10TH AVE.   CITY / ZIP: San Francisco   PHONE: [X]RESIDENCE [ ]BUSINESS 415 668-7451

| DL# | ST: | SSN: | | PFN LOCAL NBR: | HEIGHT | WEIGHT: | HAIR: | EYES: |
|---|---|---|---|---|---|---|---|---|
| | | | | | 5-10 | 165 | GRY | BRN |

INJURY: [X]YES [ ]NO   INJURY DESCRIPTION: LEFT LOWER LEG   VIC RELATION TO OFFENDER: NONE

[ ]DOUBLE-LOCKED AND CHECKED THE HANDCUFFS FOR TIGHTNESS: [ ]   TRANSPORTED TO:   OTHER DESCRIPTION : (SCARS, MARKS, TATTOOS, CLOTHING, ETC)

| CODE: | ARREST: | STATUS: | DISPO: | NAME (LAST, FIRST, MI) | RACE: | SEX: | AGE / DOB: |
|---|---|---|---|---|---|---|---|
| W | | | | SHEPPARD, BYRON | W | M | 9-26-55 |

ADDRESS: [X]RESIDENCE [ ]BUSINESS  504 WOODROW AVE   CITY / ZIP: Santa Cruz   PHONE: [X]RESIDENCE [ ]BUSINESS 831 427-2881

| DL# | ST: CA | SSN: | | PFN / LOCAL NBR: | HEIGHT | WEIGHT: | HAIR: | EYES: |
|---|---|---|---|---|---|---|---|---|
| | | | | | 5-08 | 155 | BRN | BRN |

INJURY: [ ]YES [X]NO   INJURY DESCRIPTION:   VIC RELATION TO OFFENDER: NONE

[ ]DOUBLE-LOCKED AND CHECKED THE HANDCUFFS FOR TIGHTNESS: [ ]   TRANSPORTED TO:   OTHER DESCRIPTION : (CLOTHING, SCARS, MARKS, TATTOOS, ETC)

| CODE: | ARREST: | STATUS: | DISPO: | NAME (LAST, FIRST, MI) | RACE: | SEX: | AGE / DOB: |
|---|---|---|---|---|---|---|---|
| I | | | | SAGE, JASON ALEXANDER | W | M | 1-31-79 |

ADDRESS: [X]RESIDENCE [ ]BUSINESS  325 COVE CT   CITY / ZIP: San Leandro 94578   PHONE: [X]RESIDENCE [ ]BUSINESS 510 352-6149

| DL# | ST: CA | SSN: — | | PFN LOCAL NBR: | HEIGHT | WEIGHT: | HAIR: | EYES: |
|---|---|---|---|---|---|---|---|---|
| | | | | | 5-08 | 170 | BRN | BRN |

INJURY: [ ]YES [X]NO   INJURY DESCRIPTION:   VIC RELATION TO OFFENDER: NONE

[ ]DOUBLE-LOCKED AND CHECKED THE HANDCUFFS FOR TIGHTNESS: [ ]   TRANSPORTED TO:   OTHER DESCRIPTION : (CLOTHING, SCARS, MARKS, TATTOOS, ETC)

| CODE: | ARREST: | STATUS: | DISPO: | NAME (LAST, FIRST, MI) | RACE: | SEX: | AGE / DOB: |
|---|---|---|---|---|---|---|---|
| W | | | | ROSA, LAWRENCE PETER | W | M | 3-16-69 |

ADDRESS: [X]RESIDENCE [ ]BUSINESS  2729 Somerset AVE   CITY / ZIP: Castro Vly CA   PHONE: [ ]RESIDENCE [ ]BUSINESS (415) 860-2860

| DL# | ST: CA | SSN: | | PFN / LOCAL NBR: | HEIGHT | WEIGHT: | HAIR: | EYES: |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

INJURY: [ ]YES [ ]NO   INJURY DESCRIPTION:   VIC RELATION TO OFFENDER:

[ ]DOUBLE-LOCKED AND CHECKED THE HANDCUFFS FOR TIGHTNESS: [ ]   TRANSPORTED TO:   OTHER DESCRIPTION : (CLOTHING, SCARS, MARKS, TATTOOS, ETC)

This copy is for ...
D3
neither ... not ... 
contained hereon ... to ...
to any other person or ...
NEWARK POLICE DEPARTMENT



NEWARK POLICE DEPARTMENT

NARRATIVE

CASE NO: 04·3850    DATE: 6/12/04    OFFICER: WREN, J.    PAGE 4 OF 7

1  SCENE: ON 6-12-2004 AT 0821 hrs I WAS DISPATCHED
2  TO THE 39000 BLOCK OF EUREKA ST, Cross of Stevenson BLVD.
3  I WAS FURTHER ADVISED BY DISPATCH THAT THIS WOULD BE
4  REGARDING A ACCIDENT INVOLVING A PED V. BICYCLIST.
5
6  INVESTIGATION: THE AREA IN WHICH THIS INCIDENT OCCURRED
7  WAS THE SCENE OF A BICYCLE RACE. THE ROADWAY HAD BEEN
8  SHUT DOWN AND A RACE COURSE SET UP. THIS EVENT WAS
9  HELD UNDER A VALID USE PERMIT ISSUED BY THE CITY OF NEWARK.
10
11 STATEMENTS: WHEN I ARRIVED I WAS DIRECTED TO THE LISTED
12 SUSPECT, LOPES, BY EVENT STAFF. I CALLED FOR EMS AND WHILE
13 WAITING, I ASKED LOPES WHAT HAPPEND. HE TOLD ME THAT HE
14 WAS "CONFUSSED" AND DID NOT KNOW WHAT HAPPEND. HE DID CONFIRM
15 THAT HE WAS IN THE ROADWAY RUNNING IN THE OPPOSITE DIRECTION
16 OF THE BICYCLE RACERS. LOPES MADE NO OTHER STATEMENTS AND
17 WAS TRANSPORTED BY AMBULANCE TO WASHINGTON HOSPITAL.
18
19 AFTER SPEAKING WITH LOPES I WAS APPROACHED BY A
20 WITNESS WHO TOLD ME HE SAW EVERYTHING. THIS WITNESS,
21 BYRON SHEPPARD, WAS BEHIND THE BICYCLIST THAT MADE
22 CONTACT WITH LOPES. SHEPPARD SAID THAT LOPES, POINTING TO
23 HIM, WAS RUNNING IN THE ROADWAY HEADING NORTH OF
24 EUREKA ST. AS THE GROUP OF RIDERS GOT CLOSE TO LOPES
25 HE RAN INTO THE CENTER OF THE GROUP. SHEPPARD SAID
26 THE HE SAW LOPES HOLD HIS RIGHT ARM OUT TO THE SIDE,
27 LEVEL WITH THE GROUND AND STRIKE A RIDER MID CHEST. THIS
28 CAUSED AN ACCIDENT INVOLVING WHAT HE THOUGHT WAS 2 OR 3

NPD014



NEWARK POLICE DEPARTMENT
NARRATIVE

CASE NO: OY-3845    DATE: 6-12-04    OFFICER: LOREN #66    PAGE 5 OF 7

1 RIDERS. SHEPPARD SAID HE DID NOT STOP OR SEE ANYTHING
2 ELSE.
3
4 I WAS THEN DIRECTED TO ANOTHER AREA OF THE RACE COURSE
5 WHERE TWO OTHER INJURED BICYCLIST WERE. WHEN I ARRIVED
6 I SPOKE TO BOB PARKER. PARKER WAS BEING SEEN BY EMS
7 FOR A POSSIBLE DISLOCATED SHOULDER. HE TOLD ME THAT HE
8 WAS RACING IN A GROUP WHEN HE NOTICED A RIDER IN
9 FRONT OF HIM SWERVE. PARKER THEN IMPACTED LOPES. PARKER
10 SAID THAT HE REALLY DID NOT SEE LOPES PRIOR TO IMPACT.
11 PARKER WENT TO WASHINGTON HOSPITAL FOR TREATMENT OF
12 HIS INJURIES. PARKER COULD NOT PROVIDE FURTHER INF.
13
14 I THEN SPOKE WITH LLOYD RATH. RATH SUFFERED AN INJURY
15 TO HIS LOWER LEFT LEG. HE TOLD ME THAT HE SAW THE RIDER
16 IN FRONT, PARKER, "FLIP OVER." RATH DID NOT SEE OR HEAR ANYTHING
17 ELSE.
18
19 AFTER SPEAKING WITH THE INVOLVED PARTIES I TALKED WITH
20 THE RACE PROMOTER, JASON SAGE. SAGE SAID THE RACE WAS
21 CALLED THE FREMONT BICYCLE RACE. HE OBTAINED THE PERMIT
22 AND WAS RESPONSIBLE FOR THE EVENT. HE TOLD ME THAT
23 LOPES WAS WARNED TO STAY OFF OF THE ROADWAY. SAGE
24 WAS TOLD WHEN LOPES WAS TOLD TO LEAVE THE COURSE
25 HE RESPONDED SOMETHING SIMILAR TO "FUCK YOU JEW." SAGE
26 SAID NO OTHER CONTACT WAS MADE WITH LOPES BECAUSE OF HIS
27 HOSTILE DEMEANOR.
28

NPD014



**NEWARK POLICE DEPARTMENT**
**NARRATIVE**

CASE NO: 04-3845    DATE: 6-12-04    OFFICER: WREN #66    PAGE 6 OF 7

1  EVIDENCE: NO EVIDENCE COLLECTED.

2

3  DISPOSITION: THIS REPORT SHOULD BE SENT TO THE

4  ALAMEDA COUNTY DISTRICT ATTORNEY'S FOR REVIEW AND

5  FILING OF PC 242 CHARGES AGAINST LOPES. VICTIMS,

6  PARKER AND RATH BELIEVE THIS ACT WAS INTENTIONAL

7  ON LOPES BEHALF. THEY REQUESTED THAT A REPORT

8  COVERING THE DETAILS OF THIS INCIDENT BE SENT TO

9  THE DA'S OFFICE.

10

11  END OF REPORT          #66

12

13  (See Supp Pages)

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NPD014



**NEWARK POLICE DEPARTMENT**
**NARRATIVE**

CASE NO: 04-3845    DATE: 6/13/04    OFFICER: S. Farley    PAGE 7 OF 7

| | |
|---|---|
| 1 | |
| 2 | On the listed date and time, I was detailed to the listed |
| 3 | location to assist Officer Wren on an accident investigation. Upon |
| 4 | arrival I spoke with (W) Peter Rosa who told me the following: |
| 5 | He was standing on the S/E corner of Stevenson Blvd and |
| 6 | Eureka St. He then observed a BMA running northbound Eureka St |
| 7 | from Stevenson Blvd in the middle of the Street. The BMA |
| 8 | was running directly towards an oncoming group of bicycle rider's. |
| 9 | (W) Rosa stated the BMA intentionally collided with the group |
| 10 | of bicycle rider's, causing an accident. (W) Rosa then contacted |
| 11 | the police and medical services. |
| 12 | (W) Rosa stated the BMA he observed running in the street and |
| 13 | purposely causing the accident was the same BMA being treated |
| 14 | by medical services. Officer Wren determined the BMA to be |
| 15 | Neal Copes, DOB of 9-11-66, |
| 16 | |
| 17 | End of Report - Officer S. Farley |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

NPD01/