1  GARY M. LEPPER, #45498
   FURAH Z. FARUQUI, #233083
2  LAW OFFICES OF GARY M. LEPPER
   1600 S. Main Street, Suite 305
3  Walnut Creek, CA 94596
   (925) 256-6180
4  (925) 943-6190 (fax)

5  Attorneys for defendants
   Joseph Dale Wren, Newark Police Department
6  and Jim Davis

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CORNELIUS LOPES, | ) | No. C07-06213-PH |
|  | ) |  |
| Plaintiff, | ) | **PROOF OF SERVICE OF** |
|  | ) | **DEFENDANTS JOSEPH DALE WREN,** |
| vs. | ) | **NEWARK POLICE DEPARTMENT and** |
|  | ) | **JIM DAVIS' REPLY TO PLAINTIFF'S** |
| FREMONT FREEWHEELERS, et al., | ) | **OPPOSITION TO MOTION TO** |
|  | ) | **DISMISS (Federal Rule of Civil Procedure** |
| Defendants. | ) | **12(b)(6)** |
|  | ) |  |
|  | ) | **Date:       July 9, 2008** |
|  | ) | **Time:       9:00 a.m.** |
|  | ) | **Courtroom:  3** |

I declare that:

I am employed in the County of Contra Costa. On June 25, 2008, I served the following document(s):

**DEFENDANTS JOSEPH DALE WREN, NEWARK POLICE DEPARTMENT and JIM DAVIS' REPLY TO PLAINTIFF'S OPPOSITION TO MOTION TO DISMISS; DECLARATIO OF FURAH FARUQUI IN SUPPORT THEREOF**

____ **(by mail)** on all parties in said action, in accordance with California Code of Civil Procedure §1013a(3) by placing a true copy thereof enclosed in a sealed envelope in a designated area for outgoing mail, addressed as set forth below. At the Law Offices of Gary M. Lepper, mail is placed in that designated area, is given the correct amount of postage and is deposited that same

PROOF OF SERVICE OF                              1           *F:\CASE\Lopes\NEW\P\MOTION DISMISS\REPLY.POS.doc*
DEFT REPLY TO OPPOSITION TO MOTION TO DISMISS
No. C07-06213-PH

1  day, in the ordinary course of business, in the United States mailbox in the City of Walnut Creek, California.

2

3  ___  **(by fax transmission)** on all parties by transmitting said document(s) from our office facsimile machine (925) 943-6190 to facsimile machine number(s) shown below.  Following transmission, I received a "transmission report" from our fax machine indicating that the transmission had been transmitted without error.

4

5

6  ___XX___ (**by electronic service**)  I caused such document(s) to be electronically served through the Lexis-Nexis e-filing system for the above-entitled case to the parties on the Service List maintained on Lexis Nexis' website for this case.  The file transmission was reported as complete and a copy of the Lexis Nexis service receipt will be maintained with the original document(s) in our office. My electronic business address is ghooke@lepperlaw.com.

7

8

9

10

11  I declare under penalty of perjury and the laws of the United States that the foregoing is true and correct, and that this declaration was executed on June 25, 2008, at Walnut Creek, California.

/S/
_____

12

13  Gwynne Hooke

14

15

16

17

18

19

20

21

22

23

24

25

26

27

PROOF OF SERVICE OF                                    2        F:\CASE\Lopes\NEW\P\MOTION DISMISS\REPLY.POS.doc
DEFT REPLY TO OPPOSITION TO MOTION TO DISMISS
No. C07-06213-PH