FILED

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORNELIUS LOPES | Case Number C07 6213 PJH |
| Plaintiff, | CERTIFICATE OF SERVICE |
| v. | |
| Fremont Freewheelers et al<br>Defendants, | |

I, LYDIA LEE THE UNDERSIGNED, HERBY CERTIFY I AM OVER 18.

THAT ON JUNE 18, 2008 I FAXED OPPOSITION TO DISMISSING CLAIMS TO THE PERSONS BELOW AND MAILED HARD COPIES TO THEM BY PALCING THEM IN THE US MAIL WITH FIST CLASS POSTAGE.

MARK MEUSER
POBOX 5412
WALNUT CREEK, CA. 94596

STEVEN WOLAN
1999 HARRISON STREET
SUITE 1350
OAKLAND, CA. 94612

FURAH FARUQUI
1600 S. MAIN STREET
SUITE 305
WALNUT CREEK, CA. 94596

*/s/ Lydia Lee*