UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTES

**Date:** July 9, 2008                                                                 **JUDGE:** Phyllis J. Hamilton

**Case No:** C- 07-6213 PJH

**Case Name:** Cornealius Lopes v. Freemont Freewheelers, et al.

**Attorney(s) for Plaintiff:** Cornealius Lopes, Pro Se
**Attorney(s) for Defendant:** Jesper Rasmussen, Mark Meuser, David Dalby, Farah Faruqui

**Deputy Clerk:** Frank Justiliano                    **Court Reporter:** Katherine Wyatt

### PROCEEDINGS

Defendant Larry Nolan's Motion to Dismiss - Held.

Defendants' USA Cycling & Linda Buffetti's Motion to Dismiss- Held.

Defendants' Lisa Faria, Shara Mesic Beltrano and Stacy Pettigrew's Motion to Dismiss- Held.

Defendant Gary Birch and Jason Sage's Motion to Dismiss-Held.

Defendants Joseph Dale Wren, Newark Police Department and Jim Davis' Motion to Dismiss- Held.

Defendant Sally Wilson, Richard Brockie, Timothy O'Hara and Fremont Freewheelers Bicycle Club's Motion to Dismiss-Held.

Matters taken under submission.

**Order to be prepared by:**   [] Pl [] Def  [X]  Court

**Notes:**

**cc:** file