```
DAVID I. DALBY (SBN: 114850)
CASEY A. HATTON (SBN: 246081)
HINSHAW & CULBERTSON LLP
One California Street, 18th Floor
San Francisco, CA 94111
Telephone:   415-362-6000
Facsimile:   415-834-9070
ddalby@hinshawlaw.com

Attorneys for Defendants
USA Cycling, Inc. and Linda Buffetti
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CORNEALIUS LOPES,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>FREEMONT FREEWHEELER, et al.,<br><br>　　　　　Defendants. | Case No.: C 07-6213 PJH<br><br>**DECLARATION OF DAVID IAN DALBY IN RESPONSE TO JULY 9, 2008 ORDER AFTER HEARING**<br><br>Complaint Filed:   November 2, 2007 |

I, DAVID IAN DALBY, declare:

1. I am an attorney at law licensed to practice before this Court and I am a member of Hinshaw & Culbertson LLP, attorneys for defendant USA CYCLING, INC. and LINDA BUFFETTI. I have personal knowledge of the facts recited in this Declaration and could competently testify thereto if called upon to do so.

2. Plaintiff Cornealius Lopes filed an action against numerous defendants entitled *Cornealius Lopes, et al. v. Fremont Freewheelers, et al*, Alameda County Superior Court, No. HG06260161 on March 16, 2006. That Alameda County lawsuit

1

1  arose out of the same June 12, 2004 incident that is the subject of this action in the United States District Court. Attached hereto is Exhibit A is a true and accurate copy of the Complaint in Alameda County Superior Court Case No. HG06260161.

3.  In Case No. HG06260161, I represented defendants Fremont Freewheelers Bicycle Club, Jason Sage, USA Cycling, Inc., Jeff Wu, Bob Parker, Paul Chuck, Larry Upthegrove and Lloyd Rath. The original complaint in Case No. HG06260161 contained causes of action for personal injuries based upon a motor vehicle claim, a general negligence claim and a premises liability claim.

4.  On June 22, 2007, Case No. HG06260161 was assigned to Department 511 of the Alameda County Superior Court for a civil jury trial on June 25, 2007. The jury trial commenced on June 26, 2007. During the course of the trial, the court granted a motion for a non-suit as to defendants USA Cycling, Inc. and Mr. Paul Chuck.

5.  Attached hereto as Exhibit B is true and accurate copy of the register of actions from the Alameda County Superior Court, Case No. HG06260161.

6.  On July 16, 2007, plaintiffs filed a motion and supporting papers in support of a motion to amend plaintiff's complaint to add causes of action for intentional infliction of emotional distress, negligent infliction of emotional distress and malicious prosecution – prior criminal proceeding, against defendants Jason Sage and Fremont Freewheelers Bicycle Club. Lopes argued that these new claims were supported by evidence that the defendants provided information to the police department and district attorney's office that caused a criminal complaint to be filed against Lopes based upon the June 12, 2004 incident. Attached hereto as Exhibit C is a true and accurate copy of plaintiffs' moving and supporting papers to amend the pleadings at trial in Case No. HG06260161. Significantly, the authorities cited by Lopes in his Supplemental Memorandum as the basis for amending the complaint in Case No. HG0626061 to add a cause of action for malicious prosecution are the same cases cited in Lopes first amended

1  complaint in this action. See Count 18, *Blancett v. Burr* (1929) 200 Cal.App.61, 69;
2  *Sandoval v. Southern California Enterprises* (1950) 98 Cal. App.2d 240.
3       7.    A hearing on plaintiffs' motion to amend the complaint in Case No.
4  HG06260161 occurred on July 17, 2007. At that time, Judge Harry R. Sheppard of the
5  Alameda County Superior Court denied plaintiffs' motion to amend the complaint.
6  (Transp. 10-14.) Attached hereto as Exhibit D is a true and accurate copy of the official
7  transcript of the oral argument on plaintiffs' motion to amend plaintiffs' complaint and
8  the Judge's ruling denying plaintiffs' motion. The court did not enter a separate written
9  order denying the motion to amend the complaint.
10      I declare under penalty of perjury under the laws of the State of California that the
11 foregoing is true and correct.
12 DATED: July 23, 2008
13                                              David I. Dalby

# PROOF OF SERVICE

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within actions; my business address is One California Street, 18th Floor, San Francisco, CA 94111.

On July 23, 2008, I served the document(s) entitled: DECLARATION OF DAVID IAN DALBY IN RESPONSE TO JULY 9, 2009 ORDER AFTER HEARING on the interested parties in this action by placing true copies thereof enclosed in a sealed envelope(s) addressed as stated below:

☒ **(BY MAIL):** I deposited such envelope in the mail at San Francisco, California. The envelope was mailed with postage fully prepaid. I am readily familiar with this firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at San Francisco, California, in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

☐ **(VIA OVERNIGHT MAIL):** I deposit such envelope to be placed for collection and handling via UPS following our ordinary business practices. I am readily familiar with this business' practice for collecting and processing correspondence for UPS. On the same day that material is placed for collection, it is picked by UPS at San Francisco, California.

☐ **(BY HAND DELIVERY):** I delivered by hand each sealed envelope to the addressee(s) mentioned in the attached service/mailing list.

☐ **(BY ELECTRONIC TRANSFER:)** I caused such document(s) to be electronically served to the parties on the Service List maintained on Pacer's Website for this case.

*(via U.S. Mail)*
Cornelius Lopes
6251 Quartz Place
Newark, CA 94560
*Plaintiff in Pro Per*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and was executed on July 23, 2008, at San Francisco, California.

_____
Grace Casey

4

DECLARATION OF DAVID I. DALBY IN RESPONSE TO JULY 9, 2008 ORDER AFTER HEARING
CASE NO. C 07-6213 PJH

2973440v1 888497