# EXHIBIT B

 Welcome Page | Calendar Information | Case Summary | Complex Litigation | Direct Calendar Departments | Co... De... Law...

HG06260161       Lopes VS Fremont Freewheelers

| Date | Action | Image (Java) | Image (TIFF) |
|---|---|---|---|
| 03/16/06 | Complaint - Other PI/PD/WD Tort Filed | 📄 | 📄 |
| 03/16/06 | Civil Case Cover Sheet Filed for Cornealius Lopes | 📄 | 📄 |
| 03/16/06 | Summons Issued and Filed | 📄 | 📄 |
| 05/30/06 | Answer to Complaint Filed for Fremont Freewheelers | 📄 | 📄 |
| 05/30/06 | Answer to Complaint Filed for USA Cycling | 📄 | 📄 |
| 05/30/06 | Answer to Complaint Filed for Jason Sage, Jeff Wu, Bob Parker, Larry Upthegrove | 📄 | 📄 |
| 05/30/06 | Cross-Complaint Filed for Bob Parker, Larry Upthegrove | 📄 | 📄 |
| 06/02/06 | Answer to Complaint Filed for CB Richard Ellis, Inc. | 📄 | 📄 |
| 06/02/06 | Cross-Complaint Filed for CB Richard Ellis, Inc. | 📄 | 📄 |
| 06/02/06 | Answer to Complaint Filed for Lloyd Rath | 📄 | 📄 |
| 06/07/06 | Answer to Complaint Filed for Paul Chuck | 📄 | 📄 |
| 06/15/06 | Initial Case Management Conference 08/04/2006 02:00 PM D- 603 | 📄 | 📄 |
| 06/30/06 | Answer to Cross-Complaint Filed for Cornealius Lopes | 📄 | 📄 |
| 06/30/06 | Cross-Complaint Filed for Cornealius Lopes | 📄 | 📄 |
| 07/18/06 | Hearing Reset to Initial Case Management Conference 08/11/2006 02:00 PM D- 603 | 📄 | 📄 |
| 07/19/06 | Substitution of Attorney Filed for Lloyd Rath | 📄 | 📄 |
| 07/20/06 | Case Management Statement of Cornealius Lopes Filed | 📄 | 📄 |
| 07/21/06 | Case Management Statement of Fremont Freewheelers, Jason Sage, USA Cycling, Jeff Wu, Bob Parker, Pau | 📄 | 📄 |
| 07/26/06 | Answer to Cross-Complaint Filed for Bob Parker, Larry Upthegrove | 📄 | 📄 |
| 07/28/06 | Case Management Statement of CB Richard Ellis, Inc. Filed | 📄 | 📄 |
| 07/28/06 | Case Management Statement of Cornealius Lopes, Teresa Lopes Filed | 📄 | 📄 |
| 08/11/06 | Case Management Conference Commenced and Completed | 📄 | 📄 |
| 08/11/06 | Case Management Conference Order Issued | 📄 | 📄 |
| 08/11/06 | Case Management Conf Continuance 11/17/2006 02:00 PM D- 603 | | |
| 10/31/06 | Case Management Statement of Cornealius Lopes Filed | 📄 | 📄 |
| 11/02/06 | Case Management Statement of Fremont Freewheelers, Jason Sage, USA Cycling, Bob Parker, Larry Uptheg | 📄 | 📄 |
| 11/08/06 | Case Management Statement of Cornealius Lopes, Teresa Lopes Filed | 📄 | 📄 |
| 11/08/06 | Case Management Statement of CB Richard Ellis, Inc. Filed | 📄 | 📄 |
| 11/17/06 | Cross-Complaint Filed for Cornealius Lopes | 📄 | 📄 |
| 11/17/06 | Case Management Conference Commenced and Completed | 📄 | 📄 |
| 11/17/06 | Case Management Conference Order Issued | 📄 | 📄 |
| 11/17/06 | Case Management Conf Continuance 03/09/2007 02:00 PM D- 603 | | |
| 11/17/06 | Master Jury Trial 03/20/2007 02:00 PM D- 604 | | |
| 11/20/06 | Answer to Cross-Complaint Filed for Fremont Freewheelers, Jason Sage, USA Cycling, Jeffrey Wu | 📄 | 📄 |

| | | | |
|---|---|---|---|
| 01/18/07 | Hearing Reset to Master Jury Trial 03/23/2007 09:00 AM D- 511 | 📄 | 📄 |
| 01/19/07 | Request Re: Dismissal with prejudice - partial as to: party CB Richard Ellis, Inc. Filed | 📄 | 📄 |
| 01/19/07 | Dismissal As to Defendant: CB Richard Ellis, Inc. Entered | | |
| 01/29/07 | Returned Mail: Notice of Hearing Filed | 📄 | 📄 |
| 02/06/07 | Proof of Service on Complaint As to Filed | 📄 | 📄 |
| 02/21/07 | Case Management Statement of Cornealius Lopes Filed | 📄 | 📄 |
| 02/27/07 | Case Management Statement of Cornealius Lopes Filed | 📄 | 📄 |
| 02/28/07 | Case Management Statement of Fremont Freewheelers Filed | 📄 | 📄 |
| 03/01/07 | Stipulation and Order Re: Continuance of Trial Date Filed for Fremont Freewheelers, Jason Sage, USA | 📄 | 📄 |
| 03/05/07 | Stipulation and Order Re: Continuance of Trial Date Granted | 📄 | 📄 |
| 03/06/07 | Hearing Reset to Master Jury Trial 06/22/2007 09:00 AM D- 511 | 📄 | 📄 |
| 03/06/07 | Letter re re: change of address Filed | 📄 | 📄 |
| 03/07/07 | Hearing Reset to Case Management Conf Continuance 06/01/2007 02:00 PM D- 603 | 📄 | 📄 |
| 03/15/07 | Rejection Letter Issued on Dismissal with prejudice - partial as to: cross-complaint | 📄 | 📄 |
| 03/21/07 | Request Re: Dismissal with prejudice - partial as to: cross-complaint Filed | 📄 | 📄 |
| 03/21/07 | Request Re: Dismissal with prejudice - partial as to: cross-complaint Entered | | |
| 03/21/07 | Request Re: Dismissal with prejudice - partial as to: cross-complaint Filed | 📄 | 📄 |
| 03/21/07 | Request Re: Dismissal with prejudice - partial as to: cross-complaint Entered | | |
| 03/23/07 | Request Re: Dismissal with prejudice - partial as to: party Bob Parker, Larry Upthegrove Filed | 📄 | 📄 |
| 03/23/07 | Dismissal As to Cross Defendant: Bob Parker, Larry Upthegrove Entered | | |
| 03/23/07 | Rejection Letter Issued on Dismissal with prejudice - partial as to: party | | |
| 04/03/07 | Request Re: Dismissal with prejudice - partial as to: cross-complaint Filed | 📄 | 📄 |
| 04/03/07 | Request Re: Dismissal with prejudice - partial as to: cross-complaint Entered | | |
| 05/14/07 | Case Management Statement of Fremont Freewheelers Filed | 📄 | 📄 |
| 05/15/07 | Case Management Statement of Cornealius Lopes Filed | 📄 | 📄 |
| 05/25/07 | Notice of Trial Filed for Fremont Freewheelers, Jason Sage, USA Cycling, Jeffrey Wu, Bob Parker, Pau | 📄 | 📄 |
| 06/01/07 | Case Management Conference Commenced and Completed | 📄 | 📄 |
| 06/01/07 | Case Management Conference Order Issued | 📄 | 📄 |
| 06/13/07 | Subpoenaed Records Received | | |
| 06/22/07 | Motion in Limine Defendant's #1 Filed | 📄 | 📄 |
| 06/22/07 | Master Jury Trial Called and Completed | 📄 | 📄 |
| 06/22/07 | Hearing Assigned to Civil Jury Trial 06/25/2007 01:30 PM Dept: 511 | | |
| 06/22/07 | Motion in Limine Defendant's #2 Filed | 📄 | 📄 |

| Date | Description |
|---|---|
| 06/22/07 | Motion in Limine Defendant's #3 Filed |
| 06/22/07 | Motion in Limine Defendant's #4 Filed |
| 06/22/07 | Motion in Limine Defendant's #5 Filed |
| 06/22/07 | Motion in Limine Defendant's #6 Filed |
| 06/22/07 | Motion in Limine Defendant's #7 Filed |
| 06/22/07 | Motion in Limine Defendant's #8 Filed |
| 06/22/07 | Motion in Limine Plaintiff's #1 Filed |
| 06/22/07 | Motion in Limine Plaintiff's #2 Filed |
| 06/22/07 | Motion in Limine Plaintiff's #3 Filed |
| 06/22/07 | Motion in Limine Plaintiff's #4 Filed |
| 06/22/07 | Motion in Limine Plaintiff's #5 Filed |
| 06/22/07 | Motion in Limine Plaintiff's #6 Filed |
| 06/22/07 | Motion in Limine Plaintiff's #7 Filed |
| 06/22/07 | Motion in Limine Plaintiff's #8 Filed |
| 06/22/07 | Motion in Limine Plaintiff's #9 Filed |
| 06/22/07 | Motion in Limine Plaintiff's #10 Filed |
| 06/22/07 | Miscellaneous Defendant's List of Trial Exhibits Filed |
| 06/22/07 | List of Witness Defendants Filed |
| 06/22/07 | Proof of Service By Fax of MIL 1to10/Declarations in support Filed |
| 06/22/07 | Miscellaneous Index To Motions In Limine Filed |
| 06/22/07 | Declaration of David I. Dalby re: Expert Witnesses Filed |
| 06/22/07 | Trial Brief Filed |
| 06/22/07 | Miscellaneous Defendants Proposed Jury Instructions Filed |
| 06/25/07 | Civil Jury Trial Commenced and Continued |
| 06/25/07 | Hearing Continued to Civil Jury Trial dept: 511 date: 06/26/2007 time: 01:30 PM |
| 06/25/07 | List of Witness and List of Exhibits/Plainitffs Filed |
| 06/25/07 | Miscellaneous Plaintiff's Index of Exhibits Filed |
| 06/25/07 | Miscellaneous Plaintiff's Index Of Exhibits Filed |
| 06/25/07 | Miscellaneous Plaintiff's Proposed Amended Voir Dire Filed |
| 06/25/07 | Declaration in Support Opening of Original Transcript Filed |
| 06/25/07 | Declaration of Bradley M. Zamczyk Filed |
| 06/25/07 | Miscellaneous Reply To Opposition to MIL To Exclude Jack Caress Testimony Filed |
| 06/25/07 | Declaration of Patricia A. Turnage in support of Plaintiff's Oppo Filed |
| 06/25/07 | Miscellaneous Plaintiff's Oppo to Defendant's MIL to Admit The Police Report Filed |
| 06/25/07 | Miscellaneous Plaintiffs Oppo to Defendants MIL to Preclude Jack Caress Expert Opinion Filed |

| | | | |
|---|---|---|---|
| 06/25/07 | Declaration of Patricia Turnage in support of oppo to MIL to Limit Jack Caress Trial Testimony Filed | 📄 | 📄 |
| 06/25/07 | Miscellaneous Defendant's Oppo to Plaintif's MIL #1, #2, #8 and #10 Filed | 📄 | 📄 |
| 06/25/07 | Miscellaneous Defendant's Oppo to Plaintiff's MIL #5 Filed | 📄 | 📄 |
| 06/26/07 | Civil Jury Trial Commenced and Continued | 📄 | 📄 |
| 06/26/07 | Hearing Continued to Civil Jury Trial dept: 511 date: 06/27/2007 time: 09:00 AM | | |
| 06/26/07 | Miscellaneous Plaintiff's Amended Proposed Voir Dire/Fax Filed Filed | 📄 | 📄 |
| 06/27/07 | Civil Jury Trial Commenced and Continued | 📄 | 📄 |
| 06/27/07 | Miscellaneous Master Witness List Filed | 📄 | 📄 |
| 06/27/07 | Trial Brief Filed | 📄 | 📄 |
| 06/27/07 | Hearing Continued to Civil Jury Trial dept: 511 date: 06/28/2007 time: 09:00 AM | | |
| 06/28/07 | Civil Jury Trial Commenced and Continued | 📄 | 📄 |
| 06/28/07 | Hearing Continued to Civil Jury Trial dept: 511 date: 07/02/2007 time: 09:00 AM | | |
| 07/02/07 | Civil Jury Trial Commenced and Continued | 📄 | 📄 |
| 07/02/07 | Miscellaneous Note From Juror During Trial - #1 Filed | 📄 | 📄 |
| 07/02/07 | Miscellaneous Second Note From Juror During Trial Filed | 📄 | 📄 |
| 07/02/07 | Hearing Continued to Civil Jury Trial dept: 511 date: 07/03/2007 time: 09:00 AM | | |
| 07/02/07 | Stipulation re: original sealed transcripts to be mailed by Court Reporter to the Court Filed | 📄 | 📄 |
| 07/03/07 | Civil Jury Trial Commenced and Continued | 📄 | 📄 |
| 07/03/07 | Hearing Continued to Civil Jury Trial dept: 511 date: 07/09/2007 time: 09:00 AM | | |
| 07/09/07 | Civil Jury Trial Commenced and Continued | 📄 | 📄 |
| 07/09/07 | Hearing Continued to Civil Jury Trial dept: 511 date: 07/10/2007 time: 09:00 AM | | |
| 07/10/07 | Civil Jury Trial Commenced and Continued | 📄 | 📄 |
| 07/10/07 | Request by the Jury Filed | 📄 | 📄 |
| 07/10/07 | Request by the Jury Filed | 📄 | 📄 |
| 07/10/07 | Hearing Continued to Civil Jury Trial dept: 511 date: 07/11/2007 time: 09:00 AM | | |
| 07/11/07 | Civil Jury Trial Commenced and Continued | 📄 | 📄 |
| 07/11/07 | Hearing Continued to Civil Jury Trial dept: 511 date: 07/12/2007 time: 09:00 AM | | |
| 07/12/07 | Civil Jury Trial Commenced and Continued | 📄 | 📄 |
| 07/12/07 | Hearing Continued to Civil Jury Trial dept: 511 date: 07/16/2007 time: 09:00 AM | | |
| 07/16/07 | Civil Jury Trial Commenced and Continued | 📄 | 📄 |
| 07/16/07 | Defendant's Proposed Jury Instructions Filed | 📄 | 📄 |
| 07/16/07 | Hearing Continued to Civil Jury Trial dept: 511 date: 07/16/2007 time: 01:30 PM | | |

| Date | Description | | |
|---|---|---|---|
| 07/16/07 | Memorandum of Points and Authorities in Support in support of Plaintiff's motion to amend pleadings | 📄 | 📄 |
| 07/16/07 | Miscellaneous Plaintiff's Request to take Judicial notice Filed | 📄 | 📄 |
| 07/16/07 | Re-Notice of Motion and motion to amend Pleadings to Conform to Proof Filed | 📄 | 📄 |
| 07/16/07 | Declaration of Patricia Turnage in Support of Plaintiffs' motion to Amend Pleadings to Conform to Pr | 📄 | 📄 |
| 07/16/07 | Hearing Continued to Civil Jury Trial dept: 511 date: 07/17/2007 time: 09:00 AM | | |
| 07/16/07 | Civil Jury Trial Commenced and Completed | 📄 | 📄 |
| 07/16/07 | Memorandum of Points and Authorities in Support Plaintiff's Supplementalin support of motion to amen | 📄 | 📄 |
| 07/17/07 | Civil Jury Trial Commenced and Completed | 📄 | 📄 |
| 07/17/07 | Hearing Reset to Civil Jury Trial 07/17/2007 01:30 PM D- 511 | | |
| 07/17/07 | Civil Jury Trial Commenced and Continued | 📄 | 📄 |
| 07/17/07 | Hearing Continued to Civil Jury Trial dept: 511 date: 07/18/2007 time: 09:00 AM | | |
| 07/17/07 | Miscellaneous Motion for Nonsuit Filed | 📄 | 📄 |
| 07/18/07 | Civil Jury Trial Commenced and Continued | 📄 | 📄 |
| 07/18/07 | Hearing Continued to Civil Jury Trial dept: 511 date: 07/19/2007 time: 09:00 AM | | |
| 07/19/07 | Civil Jury Trial Commenced and Continued | 📄 | 📄 |
| 07/19/07 | Hearing Continued to Civil Jury Trial dept: 511 date: 07/23/2007 time: 09:00 AM | | |
| 07/19/07 | Miscellaneous 1st Note from Jury during deliberations Filed | 📄 | 📄 |
| 07/19/07 | Miscellaneous Disclosure of Expert Witnesses Filed | 📄 | 📄 |
| 07/19/07 | Miscellaneous Duties of the Judge and Jury Filed | 📄 | 📄 |
| 07/23/07 | Civil Jury Trial Commenced and Completed | 📄 | 📄 |
| 07/23/07 | Miscellaneous 2nd Note from Jury During Deliberations Filed | 📄 | 📄 |
| 07/23/07 | Jury Verdict (Special) Filed | 📄 | 📄 |
| 07/25/07 | Stipulation and Order Re: Other Exparte Filed: Removal and/or Destruction of Exhibits at Close of T | 📄 | 📄 |
| 07/25/07 | Stipulation and Order Re: Other Exparte Denied | 📄 | 📄 |
| 07/25/07 | Judgment after Jury Trial Filed | 📄 | 📄 |
| 07/25/07 | Judgment Entered | 📄 | 📄 |
| 07/27/07 | Subpoenaed Records Filed | | |
| 07/27/07 | Memorandum of Costs (Summary) Filed for Cornealius Lopes | 📄 | 📄 |
| 07/31/07 | Notice of Entry of Judgment Filed | 📄 | 📄 |
| 08/06/07 | Compliance Hearing 08/14/2007 08:30 AM D- 511 | | |
| 08/06/07 | Letter re re: clarification on submitting incorrect judgment Filed | 📄 | 📄 |
| 08/06/07 | Letter re Descrepancy on judgment counsel for plaintiff submitted to the court for signature Filed | 📄 | 📄 |
| 08/14/07 | Compliance Hearing Commenced and Completed | 📄 | 📄 |

| 10/02/07 | Acknowledgment of Satisfaction of Judgment - Full Filed | | |
| 11/09/07 | Notice of Release and Order for Destruction of Exhibits Filed | | |
| 01/07/08 | Receipt for Withdrawal of Exhibit(s) Signed by Courior for Defendants Hinshaw & Culbertson LLP Filed | | |
| 04/16/08 | Order Destruction of Exhibits Filed | | |