UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CORNELIUS LOPES

    Plaintiff,

    v.

FREMONT FREEWHEELERS, et al.,

    Defendants.
_____/

No. C 07-6213 PJH

**JUDGMENT**

This matter having been fully heard, and the court having granted the motions to dismiss of defendants CB Richard Ellis (sued as C.B. Ellison); Fremont Freewheelers; USA Cycling; Richard Brockie; Gary Birch; Sally Wilson; Jason Sage; Tim O'Hara; Joseph Dale Wren; Larry Nolan; Linda Buffetti; Newark Police Department; Jim Davis; Deputy District Attorney Shara Mesic; Deputy District Attorney Lisa Faria; and Deputy District Attorney D.A. Petagrew;

and the court having dismissed defendants K&K Insurance; Northern California and Nevada Cycling Association (NCNCA); Robert Parker; Lawrence Upthegrove; Lloyd Rath; Jeff Wrong [or Wong]; Bryan [or Byron] Sheppard; Steve Grusis; Larry Rosa; Joe Baughman; Peter Allen; Fremont Freewheelers Race Team; FFBC Race Team; Alameda County District Attorney (as distinct from the defendant Deputy District Attorneys); and Casey Carrington for lack of proper service,

It is Ordered and Adjudged

that plaintiff Cornelius Lopes take nothing, and that the action be dismissed.

Dated: August 7, 2008

_____
PHYLLIS J. HAMILTON
United States District Judge