```
DUPLICATE

Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611023214
Cashier ID: sprinka
Transaction Date: 09/09/2008
Payer Name: cornelius lopes
-----------------------------------
NOTICE OF APPEAL/DOCKETING FEE
 For: cornelius lopes
 Case/Party: D-CAN-3-07-CV-006213-001
 Amount:         $455.00
-----------------------------------
CHECK
 Check/Money Order Num: 878000222
 Amt Tendered: $455.00
-----------------------------------
Total Due:      $455.00
Total Tendered: $455.00
Change Amt:     $0.00

pjh


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it  was drawn.
```