**UNITED STATES DISTRICT COURT**
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking
Clerk

**FILED**

SEP 1 2 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

General Court Number
415.522.2000

September 9, 2008

Clerk
U.S. Court of Appeals
For the Ninth Circuit
P.O. Box 193939
San Francisco, CA 94119-3939

CASE NUMBER: CV 07-6213 PJH

CASE TITLE: LOPES v. FREEMONT FREEWHEELERS

USCA Case Number: 08-16993

Dear Sir/Madam:

Enclosed is the Notice of Appeal in the above captioned case. Please acknowledge receipt on the enclosed copy of this letter and return it to this office.

Sincerely,

RICHARD W. WIEKING, Clerk

*Felicia Reloba*

by: Felicia Reloba
Case Systems Administrator

cc: Counsel of Record

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

SEP 10 2008

MOLLY C. DWYER, CLERK OF COURT
U.S. COURT OF APPEALS

| | |
|---|---|
| CORNELIUS LOPES,<br><br>　　　　Plaintiff - Appellant,<br><br>　v.<br><br>FREEMONT FREEWHEELERS; K&K INSURANCE; USA CYCLING, INC. ROBERT PARKER; LAWRENCE UPTHEGROVE; LLOYD RATH; RICHARD BROCKIE; GARY BIRCH; SALLY WILSON; JASON SAGE; TIM O'HARA JEFF WRONG; CB RICHARD ELLIS; BRYAN SHEPPARD; LARRY NOLAN STEVE GRUSIS; LARRY ROSA; LINDA BUFFETTI; JOE BAUGHMAN PETER ALLEN; FFBC RACE TEAM; NEWARK POLICE DEPARTMENT; CASEY CARRINGTON; JIM DAVIS; SHARA MESIC, Alameda County Deputy D.A.; LISA FARIA, Deputy D.A.; PETAGREW, Deputy D.A.; JOSEPH DALE WREN, Officer; NORTHERN CALIFORNIA AND NEVADA CYCLING ASSOC. (NCNCA); ALAMEDA COUNTY DISTRICT ATTORNEY,<br><br>　　　　Defendants - Appellees. | No.  08-16993<br><br>D.C. No.  3:07-cv-06213-PJH<br>Northern District of California,<br>San Francisco<br><br>**TIME SCHEDULE ORDER** |

The parties shall meet the following time schedule:

| | |
|---|---|
| **Mon., October 20, 2008** | Appellant/petitioner's opening brief and excerpts of record shall be served and filed pursuant to FRAP 32 and 9th Cir. R. 32-1; |
| **Wed., November 19, 2008** | The brief of appellee/respondent shall be filed and served, pursuant to FRAP 32 and 9th Cir. R. 32-1 |

**The optional appellant/petitioner reply brief shall be filed and served within fourteen days of service of the appellee/respondent's brief, pursuant to FRAP 32 and 9th Cir. R. 32-1.**

**Failure of the appellant to comply with the Time Schedule Order will result in automatic dismissal of the appeal. 9th Cir. R. 42-1**

**Appellants/Petitioners without representation of counsel in a prisoner appeal may have their case submitted on the briefs and record without oral argument, pursuant to FRAP 34(a). Within 10 days of the filing of the appellant's opening brief, parties may file a statement setting forth the reasons why, in the opinion of the parties, oral argument should be heard.**

FOR THE COURT:

Molly C. Dwyer
Clerk of Court

Gerald Rosen
Deputy Clerk