


Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
95 Seventh Street
Post Office Box 193939
San Francisco, California 94119-3939

**Molly C. Dwyer**
**Clerk of Court**

**(415) 355-8000**

September 10, 2008

CA9 Docket No.:     08-16993
Agency Number:     3:07-cv-06213-PJH
Short Title:          Cornelius Lopes v. Freemont Freewheelers, et al

Dear Counsel:

A copy of your notice of appeal/petition has been received in the Clerk's office of
the United States Court of Appeals for the Ninth Circuit.

The U.S. Court of Appeals docket number shown above has been assigned to this
case.  You must indicate this Court of Appeals docket number whenever you
communicate with this court regarding this case.  Please furnish this docket
number immediately to the court reporter if you place an order, or have placed an
order, for portions of the trial transcripts.  The court reporter will need this docket
number when communicating with this court.

**The due dates for designating and filing the reporter's transcript, if**
**applicable, filing the parties' briefs and otherwise perfecting the appeal have**
**been set by the enclosed "Time Schedule Order," pursuant to applicable**
**FRAP rules.  These dates can be extended only by court order. Failure of the**
**appellant to comply with the time schedule order will result in automatic**
**dismissal of the appeal.  9th Cir. R. 42-1.**

The following information is being provided in an attempt to answer the most
frequently asked questions regarding the appellate process. Please review this
information very carefully.  For convenience, we use the term "Circuit Rules"
instead of "Rules of the United States Court of Appeals for the Ninth Circuit" and
"FRAP" instead of "Federal Rules of Appellate Procedure."

Enclosed with this letter is an appellate processing schedule along with a case
processing checklist to help you monitor the progress of your case.

**Appellants/Petitioners who are filing pro se should refer to the accompanying**
**information sheet regarding the filing of informal briefs.**